**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID S. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-cv-02420-SAC-KGS |
| | ) |
| THE UNIVERSITY OF KANSAS, ET AL., | ) |
| | ) |
| Defendants. | ) |

# NOTICE OF SERVICE OF RULE 26(a)(1) DISCLOSURES OF DEFENDANTS

Defendants notify the Court that identification of initial disclosures pursuant to Rule 26(a)(1) have been electronically served upon counsel for plaintiff on the 12th day of January, 2015.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street - P. O. Box 949
Topeka, Kansas  66601-0949
Office:  (785) 232-7761; Fax: (785) 232-6604
E-Mail:   dcooper@fisherpatterson.com
          smorse@fisherpatterson.com


s/David R. Cooper
David R. Cooper                           #16690
Sarah A. Morse                            #25431
**ATTORNEYS FOR DEFENDANTS**

- 2 -

### CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing on the 12th day of January, 2015, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel R. Cofran
Attorney at Law
1000 W. 70th Street
Kansas City, Missouri 64113
dcofran@swbell.net
**ATTORNEYS FOR PLAINTIFF**


               **s/David R. Cooper**
112.30413              David R. Cooper