**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS**

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al.*, | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

*Filed Electronically*

**REQUEST FOR LEAVE TO FILE
SUPPLEMENTED AND RESTATED MEMORANDUM
IN OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT AND FOR
LEAVE TO FILE WITH SEVEN ADDITIONAL ARGUMENT PAGES**

COMES NOW plaintiff David S. Moore, Ph.D., by and through his attorney, and herewith requests leave of the Court to (a) file a "Supplemented and Restated Memorandum in Opposition to Motion to Dismiss First Amended Complaint" regarding his "First Amended Complaint for Disability Discrimination and Retaliation, Whistleblowing Retaliation, Deprivation of Constitutional Rights and Common Law Unlawful Termination of Employment" (ECF No. 30) and (b) for the Argument portion of the memorandum to exceed the 30-page limit by seven pages.  The form of "Supplemented and Restated Memorandum in Opposition to Motion to Dismiss First Amended Complaint" that plaintiff seeks to file is proffered and submitted electronically herewith as Exhibit A.  In support of his request, plaintiff states:

1. This is a seven-count disabilities and whistleblowing employment discrimination and retaliation action based on the actions of the University of Kansas and others suspending without pay and thereafter discharging David S. Moore, Ph.D. as the director of the University of Kansas Microscopy and Analytical Imaging Laboratory in Fall 2013.

2. On April 7, 2015, plaintiff timely filed his "Plaintiff's Memorandum in Opposition to Motion to Dismiss First Amended Complaint" (ECF No. 42) after having been granted six-day (ECF No. 39) and one-day (ECF No. 41) extensions of time to file his memorandum.

1

REQUEST FOR LEAVE TO FILE
PLAINTIFF'S SUPPLEMENTED AND RESTATED
MEMORANDUM IN OPPOSITION TO
MOTION TO DISMISS FIRST AMENDED COMPLAINT

*Supplementation of Memorandum*

3. Counsel for plaintiff thereafter discovered that the first subparagraph for para. 46 of the memorandum regarding plaintiff's having filed an administrative complaint with two federal agencies inadvertently had been omitted, making para. 46 as a whole not understandable.

4. The proffered memorandum adds this subparagraph as para. 46(a)[1] at p. 19.

*D. Kan. Rule 7.1(e)*
*Request for Argument Portion of Memorandum*
*to Exceed 30 Page Limit by Seven Pages*

5. D. Kan. Rule 7.1(e) limits the Argument and Authorities portion of a memorandum to 30 pages. The Argument and Authorities portion of the Memorandum as filed on April 7 (ECF No. 42) is 36 pages long. The Argument and Authorities portion of the proffered memorandum is 37 pages long. Accordingly, by this request plaintiff seeks leave to exceed the 30 page limit by seven pages. In that regard, this is a factually complex public employment discrimination case. For example:

(a) It covers up to eight years of employment;

(b) Defendants rely upon a 1,400 page Administrative Record prepared by defendants to justify the decisions to suspend plaintiff without pay for four weeks and summarily fire plaintiff while his appeal was pending before a Faculty Rights Board;

(c) Plaintiff's "First Amended Complaint for Disability Discrimination and Retaliation, Whistleblowing Retaliation, Deprivation of Constitutional Rights and Common Law Unlawful Termination of Employment" is highly detailed, 116 pages long;

(d) Plaintiff sues in seven counts, each with a discrete body of law;

(e) The motion to dismiss is based on Eleventh Amendment immunity and qualified privilege defenses unique to public employment cases which vary depending on the parties sued and the relief sought in the different counts.

*D. Kan. Rule 7.6*
*Briefs and Memoranda Compliance*

2

REQUEST FOR LEAVE TO FILE
PLAINTIFF'S SUPPLEMENTED AND RESTATED
MEMORANDUM IN OPPOSITION TO
MOTION TO DISMISS FIRST AMENDED COMPLAINT

6. D. Kan. Rule 7.6, "Briefs and Memoranda," governs formatting and exhibits. It requires that:

(a) Memoranda separately name and designate the "Nature of the Matter," "Statement of the Facts," "Questions Presented" and "Argument and Authorities" portions of the memorandum, D. Kan. Rule 7.6(a);

(b) Memoranda include an index of exhibits, D. Kan. Rule 7.6(b); and

(c) Memoranda attach as exhibits unpublished decisions cited in memoranda that may not be readily available electronically on the internet, D. Kan. Rule 7.6(c), and refer to them by exhibit designation in the body of the memorandum.

7. Plaintiff desires to re-format the memorandum in opposition to follow each of the above requirements, as set forth in the proffered memorandum attached as Exhibit A to this request.

*D. Kan. Rule 5.4.8(b)*
*Designation as Electronic Filing*

8. D. Kan. Rule 5.4.8(b) states that an electronic filing must indicate that it is electronically filed. The proffered memorandum will include a designation on p. 1.

*Correction of Errors*

9. Plaintiff would also like to correct spelling, punctuation and similar errors in the original filing. No changes have been made to content. Plaintiff is submitting electronically with this request as Exhibit B a ~~deletions~~ and <u>additions</u> comparison of the original and the proffered memorandum demonstrating that no content changes have been made.

*Form of Order*

10. A form of order granting this request is being emailed contemporaneously herewith to the Court's chambers for the Court's consideration and convenience.

Respectfully submitted,

3

Case 2:14-cv-02420-SAC-KGS   Document 44   Filed 04/16/15   Page 4 of 4

/s/ Daniel R. Cofran
Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone: 816-363-1218
Email:  dcofan@swbell.net

ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH. D.

**Certificate of Service**

The undersigned hereby certifies that copies of the above and foregoing "Request for Leave to File Supplemented and Restated Memorandum in Opposition to Motion to Dismiss First Amended Complaint and for Leave to File Seven Additional Argument Pages" were mailed by first class mail, postage prepaid; facsimile;  hand delivery; electronic mail; and/or CM/ECF electronic filing, as indicated, this 16th day of April, 2015, to:

David R. Cooper, Esq.              (By CM/ECF Electronic Filing)
Sarah A. Morse, Esq.               (By CM/ECF Electronic Filing)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas,
Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.


       /s/ Daniel R. Cofran
              Daniel R. Cofran

4

REQUEST FOR LEAVE TO TILE
PLAINTIFF'S SUPPLEMENTED AND RESTATED
MEMORANDUM IN OPPOSITION TO
MOTION TO DISMISS FIRST AMENDED COMPLAINT