| | |
|---|---|
| Subject: | NSF OIG Investigation |
| From: | SIGAL, DANIEL (dsigal@nsf.gov) |
| To: | dcofran@swbell.net; |
| Date: | Monday, March 23, 2015 10:53 AM |

**Moore v. University of Kansas**
Case No. 2:14-cv-02420-SAC-KGS
*Plaintiff David S. Moore, Ph.D.*

# Motion Exhibit A

Mr. Cofran,

Please see the attached concerning your client's complaint to NSF OIG.

Thank you,

**Daniel H. Sigal**

Investigator

Office of Inspector General

National Science Foundation

4201 Wilson Blvd., Suite II-705

Arlington, VA 22230

Tel: 703-292-8427

Fax: 703-292-9159



**National Science Foundation • Office of Inspector General**
4201 Wilson Boulevard, Suite I-1135, Arlington, Virginia 22230

March 23, 2015

Daniel R. Cofran  
1000 W. 70th St  
Kansas City, MO 64113  
dcofran@swbell.net

**via email**

Dear Mr. Cofran:

Our office has completed its investigation concerning the Whistleblower complaint of your client, David S. Moore. This investigation is closed and no further action will be taken.

You may obtain a copy of the publicly-available closeout memorandum for this matter as follows, using reference number I14120052.

The closeout memorandum will be available at nsf.gov/oig/closeouts.jsp within ten working days of this communication.

Sincerely,

Daniel Sigal  
Investigator  
Office of Inspector General  
National Science Foundation  
4201 Wilson Boulevard, Suite II- 705  
Arlington, VA  22230



NATIONAL SCIENCE FOUNDATION
OFFICE OF INSPECTOR GENERAL
OFFICE OF INVESTIGATIONS

# CLOSEOUT MEMORANDUM

Case Number: I14120052

Page 1 of 1

We received an allegation from a complainant[1] that he was retaliated against for disclosing to management officials at his university[2] information that he reasonably believed was evidence of (1) mismanagement and noncompliance of federal funds, (2) waste and mismanagement of federal funds and (3) plagiarism. We determined that our office did not have jurisdiction to investigate the complainant's allegations of retaliation because the complainant was not an NSF employee and because the complaint did not involve any NSF grants or contracts that came under the specific jurisdiction granted to our office by the American Recovery and Reinvestment Act or the Pilot Program for Enhancement of Contractor Protection from Reprisal for Disclosure of Certain Information Act to investigate retaliation claims made by employees of contractors or grantees. The complainant's plagiarism allegation was not substantiated. The remaining allegations concerned general accounting and award administration practices at the university, and accordingly were referred for review to the NSF OIG Office of Audit.

This case is **_closed_** with no further action taken.

NSF OIG Form 2 (11/02)