**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID S. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-02420-SAC-KGS |
| ) | |
| THE UNIVERSITY OF KANSAS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION TO STAY DISCOVERY

Defendants move the Court to stay all discovery and defer any obligation by either party to respond to written discovery, supplement initial disclosures, disclose retained experts and reports, or conduct any mental or physical examinations until the Court rules on these defendants' motion to dismiss (ECF 35, filed on March 10, 2015) with the following exception. Defendants are amenable to providing responses to requests numbered 65 and 66 of plaintiff's requests for productions of documents to Defendants University of Kansas (KU) and University of Kansas Center for Research, Inc. (KUCR). The specified requests pertain to the articles of incorporation for [KUCR] and contracts between KUCR and KU. Documents responsive to requests 65 and 66 will permit plaintiff's counsel to better assess whether KUCR is an arm of the state and therefore entitled to Eleventh Amendment immunity.

After consultation between the undersigned and counsel for plaintiff, counsel agrees to the requested stay of discovery and, indeed, requests that such stay become effective immediately so

as to relieve plaintiff of the expert disclosure deadline which is presently May 1, 2015. HOWEVER, counsel for plaintiff also desires that the stay not be applicable to requests for production numbered 71, 72, and 73 in addition to numbers 65 and 66.

Defendants submit a memorandum in support of their motion herewith.

                              **FISHER, PATTERSON, SAYLER & SMITH, LLP**
                              3550 S.W. 5th Street - P. O. Box 949
                              Topeka, Kansas  66601-0949
                              Office:  (785) 232-7761; Fax: (785) 232-6604
                              E-Mail:   dcooper@fisherpatterson.com
                                                 smorse@fisherpatterson.com

                              s/David R. Cooper

| David R. Cooper | #16690 |
|---|---|
| Sarah A. Morse | #25431 |
| **ATTORNEYS FOR DEFENDANTS** | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on the 1st day of May, 2015, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel R. Cofran
Attorney at Law
1000 W. 70th Street
Kansas City, Missouri 64113
dcofran@swbell.net
**ATTORNEYS FOR PLAINTIFF**

                              s/David R. Cooper
112.30413                        David R. Cooper