**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID S. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-cv-02420-SAC-KGS |
| | ) |
| THE UNIVERSITY OF KANSAS, ET AL., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

Defendants, University of Kansas and University of Kansas Center for Research, Inc., notify the Court and counsel that on the 11th day of May, 2015, they have electronically served upon counsel for plaintiff *Defendants' Response to Plaintiff's First Set of Requests for Production of Documents Numbers 65-66*.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street - P. O. Box 949
Topeka, Kansas  66601-0949
Office:  (785) 232-7761; Fax: (785) 232-6604
E-Mail:     dcooper@fisherpatterson.com
                 smorse@fisherpatterson.com

s/David R. Cooper
David R. Cooper                              #16690
Sarah A. Morse                               #25431
**ATTORNEYS FOR DEFENDANTS**

- 2 -

## CERTIFICATE OF SERVICE

   I hereby certify that I electronically filed the foregoing on the 12th day of May, 2015, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel R. Cofran
Attorney at Law
1000 W. 70th Street
Kansas City, Missouri 64113
dcofran@swbell.net
**ATTORNEYS FOR PLAINTIFF**

                  **s/David R. Cooper**
112.30413                David R. Cooper

{T0436149}