# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID S. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:14-cv-02420-SAC-KGS |
| | ) |
| THE UNIVERSITY OF KANSAS, ET AL., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS
## THE UNIVERSITY OF KANSAS CENTER FOR RESEARCH

The University of Kansas Center for Research moves, pursuant to F.R.Civ.P. 12(b)(1) and 12(b)(6), to dismiss plaintiff's First Amended Complaint, ECF 30. A supporting memorandum is filed contemporaneously herewith.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street - P. O. Box 949
Topeka, Kansas  66601-0949
Office:  (785) 232-7761; Fax: (785) 232-6604
E-Mail:   dcooper@fisherpatterson.com
          smorse@fisherpatterson.com


**s/David R. Cooper**
David R. Cooper                    #16690
Sarah A. Morse                     #25431
**ATTORNEYS FOR DEFENDANTS**

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing on the 28th day of May, 2015, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel R. Cofran
Attorney at Law
1000 W. 70th Street
Kansas City, Missouri 64113
dcofran@swbell.net
**ATTORNEYS FOR PLAINTIFF**


                 **s/David R. Cooper**
112.30413               David R. Cooper