3-146-8

## RESTATED
## ARTICLES OF INCORPORATION
## OF
## UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

0 0 5 3 7

0175   2-28-97
53   $20.00

These Restated Articles of Incorporation are adopted by the University of
Kansas Center for Research, Inc., a Kansas not for profit corporation, by the Board of
Trustees, as the corporation's governing body, in accordance with Kansas Statutes
Annotated 17-6602(c)(3) and 17-6605. The original Articles of Incorporation were
filed with the Kansas Secretary of State on June 12, 1962.

FIRST: The name of this corporation is University of Kansas Center for
Research, Inc.

SECOND: This organization is organized NOT for profit and the objects and
purposes to be transacted and carried on are to promote scientific and educational
development by encouraging, fostering and conducting scholarly investigations and
industrial and other types of research at the University of Kansas by the faculty, staff,
and students thereof, and those associated therewith, and by training persons for the
conduct of such investigations and research, and by acquiring and disseminating
knowledge in relation thereto. In furtherance and not in limitation of its powers,
and to accomplish the general purpose of the corporation, it may do any or all of the
following acts or things:

(a)  To foster and encourage education and learning in the various arts and
     sciences, both pure and applied, both in connection with the University
     of Kansas and independently thereof;

(b)  To provide, or assist in providing, the means and machinery by which
     scientific discoveries, inventions and processes may be developed,
     applied and patented, and the public and commercial uses thereof
     determined, and by which such utilization or disposition may be made of
     such discoveries, inventions and processes, and patent rights or interests
     therein, as may tend to stimulate and promote and provide funds for
     further scientific investigation and research with said University;

31468   19970305 R206 F 537



01953644

1


KU-24

2 0 5                    0 5 3 7

(c)   To receive by gift, devise, bequest, or otherwise, any real, mixed or
      personal property, either absolutely or in trust to be used, either the
      principal or income therefrom, as the donor, grantor or testator may
      designate in the furtherance of any of the above mentioned purposes or
      any other purposes within its corporate powers;

(d)   To experiment upon, test, promote, and develop the public, scientific and
      commercial value of inventions, discoveries, and processes;

(e)   To prosecute and aid in the prosecution of applications for patents, and
      obtain patents, both foreign and domestic; and of rights, licenses and
      interests in inventions, processes and patents, and to accept the same
      subject to such conditions or trusts, as may be attached thereto or imposed
      thereon with respect to payment of royalties, application of income or
      proceeds, or otherwise, and to obligate itself to perform and execute any
      and all such conditions or trusts;

(f)   To enter into contracts or trust agreements with inventors or applicants
      for or owners of patents, or of patent rights, licenses or interests, for the
      rendering of aid in the obtaining, perfecting, and maintaining of patents,
      both foreign and domestic, and the protection thereof, and for the testing,
      development, improvement, manufacture, use and disposition of
      patented articles, devices and processes, and for the disposition of the
      patent rights, licenses and interests of the inventor, upon such terms and
      conditions, and with such provisions as to application and use of
      earnings and proceeds as may be agreed upon;

(g)   To acquire and to sell and dispose of inventions, applications for patents
      and patents, both foreign and domestic, and interests therein, and patent
      rights, licenses and privileges, including territorial rights, and to grant
      licenses to others to manufacture, use and sell, or either, and to itself
      manufacture, use and sell, or either, under patents, foreign and domestic,
      or under licenses, rights and interests therein, and to receive, collect and
      enforce collection of royalties, or other consideration, for patents, or
      patent rights or interests, or devices, articles or processes, of which
      disposition may be made or contracted for;

(h)   To prosecute infringements or invasion of any patent or patent right in
      which the corporation may be interested, and to defend against infringe-
      ment, and protect, any such patent or patent right;

KU-25

(i)   To hold, purchase, acquire, sell, convey, lease, mortgage, and dispose of, property, real or personal, tangible or intangible, including its rights, privileges and franchise. It shall also have power to acquire, purchase, hold, lease, convey, mortgage and pledge real and personal property outside the State of Kansas;

(j)   To borrow money and issue, sell, or pledge, bonds, promissory notes, bills of exchange, debentures and other obligations and evidence of indebtedness, secured or unsecured, and to purchase, acquire, subscribe for, guarantee, hold and dispose of the shares, bonds and other evidences of indebtedness or contracts of any other corporation, domestic or foreign;

(k)   To enter into, make, perform, and carry out contracts of every kind for any lawful purpose without limit as to amount, with any person, firm, association or corporation, with the Government of the United States of America, or any governmental subdivision thereof, with any county, city or state government or any other municipal or governmental subdivision, also with any foreign government or foreign corporation;

(l)   To appoint such officers and agents as the business of the corporation shall require and to allow them suitable compensation;

(m)   To make bylaws not inconsistent with the constitution or laws of the United States or of this state for the management of its property, the regulation and government of its affairs;

(n)   To have and to exercise all of the powers conferred by the laws of Kansas upon corporations formed under the laws pursuant to and under which this corporation is formed as such laws are now in effect or may at any time hereafter be amended.

In furtherance of the purpose and objects of this corporation, and not in derogation of the general powers thereof, it may make such contracts and agreements with the Board of Regents of the State of Kansas for the conduct of its business, the execution of its powers and the use of its property as the trustees of the corporation may deem expedient; and may permit its property to be used, operated and enjoyed by the University of Kansas for a nominal charge, or without charge, or upon such terms and conditions as its trustees shall deem most consistent with said purposes; and in the discretion of its trustees and upon such terms as such trustees shall deem proper, may at any time, and from time to time, convey, hypothecate,

3

lease or otherwise transfer its property or any part thereof to or for the use and benefit of the University of Kansas.

2 0 6        0 0 5 3 7

THIRD:    The locations of its registered office in the State of Kansas is:

> University of Kansas Center for Research, Inc.
> 2291 Irving Hill Road
> Lawrence, Douglas County, Kansas 66045

The name and address of its resident agent is:

> Barbara J. Armbrister
> University of Kansas Center for Research, Inc.
> 2291 Irving Hill Road
> Lawrence, Kansas 66045

FOURTH:    The term for which the corporation shall exist is one hundred years.

FIFTH:    The number of trustees of this corporation shall be thirty-six (36) beginning in fiscal year 1997. In addition thereto, the following shall be ex officio trustees: The Chancellor of the University of Kansas; the Provost of the University of Kansas; the Vice Chancellor for Research and Public Service of the University of Kansas (Lawrence Campus), the Chief Financial Officer of the University of Kansas; the Comptroller of the University of Kansas (Lawrence Campus); and the President of the Kansas University Endowment Association.

Written ballots shall not be required for the election of trustees.

All the assets and earnings of this corporation shall be used exclusively for the purposes hereinabove set out, including the payment of expenses incidental thereto, and no part of the net earnings shall inure to the benefit of any trustee or any private individual, and no part of the activities of the corporation shall be for the carrying on of propaganda or otherwise attempting to influence legislation.

Should this corporation ever be terminated, whether by dissolution or by expiration of its term, then its assets shall be distributed to the Kansas University Endowment Association to be used for such charitable, educational or scientific purposes as the Trustees of said Endowment Association shall deem to be in the best interest of the University of Kansas.

4

KU-27

There shall be an executive committee which shall include the chair, the vice chair, the president, a vice president and the secretary-treasurer of this corporation, and at least five other members to be selected by the trustees from their number, at least two of whom shall be faculty members of the University of Kansas, which executive committee shall have all the powers of the trustees except to fill vacancies on the board of trustees. The executive committee shall have the power by a majority vote at one meeting to amend the Articles of Incorporation with the proposed amendment to then be submitted to the trustees (as the members) for approval.

No trustee shall be personally liable to the Corporation for monetary damages for any breach of fiduciary duty by such trustee as a trustee. Notwithstanding the foregoing sentence, a trustee shall be liable to the extent provided by applicable law (i) for breach of the trustee's duty of loyalty to the corporation, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under the provisions of K.S.A. 17-6424 and amendments thereto, or (iv) for any transaction from which the trustee derived an improper personal benefit. No amendment to or repeal of this Article shall apply to or have any effect on the liability or alleged liability of any trustee of the corporation for or with respect to any acts or omissions of such trustee occurring prior to the date when such provision becomes effective.

SIXTH:  The corporation shall have no authority to issue capital stock.

SEVENTH: The trustees shall constitute the membership of the corporation.

The method of electing trustees and fixing their terms of office shall be determined by the bylaws.

KU-28

## CERTIFICATE OF AMENDMENT AND RESTATEMENT     0 0 5 3 7

We, Howard E. Mossberg, President, and Kathe M. Shinham, Secretary-Treasurer, of the University of Kansas Center for Research, Inc., a corporation having no capital stock, which not for profit corporation was created under the laws of the State of Kansas, do hereby certify that at a meeting of the Board of Trustees as the governing body of the corporation a resolution was passed setting forth the above stated amendments to and restatement of the Articles of Incorporation and declaring the advisability of such amendments and restatement. We further certify that thereafter, pursuant to the resolution and in accordance with the Bylaws of the corporation and the laws of the State of Kansas, the Board of Trustees as the governing body, at a subsequent meeting held not earlier than 15 days and not later than 60 days following the date of the above meeting, considered the proposed amendments and restatement.

We further certify that at the meeting the governing body voted upon the amendments and restatement, and the majority of all the members of the Board of Trustees as the governing body of the corporation voted in favor of the proposed amendment.

We further certify that the amendments and restatement were duly adopted in accordance with the provisions of Kansas Statutes Annotated 17-6602 and 17-6605.

In Testimony Whereof, we have hereunto set our hands this _18th_ day of _February_, 19_97_.



_____
Howard E. Mossberg, President


_____
Kathe M. Shinham, Secretary-Treasurer

KU-29

STATE OF KANSAS      )
                     )   ss:
COUNTY OF DOUGLAS )

2 0 6          0 0 5 3 7

Be it remembered that before me, a Notary Public in and for the aforesaid county
and state, personally appeared Howard E. Mossberg, President, and Kathe M.
Shinham,  Secretary-Treasurer, of the corporation named in this document, who are
known to me to be the same persons who executed the foregoing certificate and duly
acknowledged its execution of the same this ___18th___ day of __February__
19_97_.

_Lee Ann Martin_
Notary Public

My appointment expires ___9/18___ , ~~19~~ 2000

NOTARY PUBLIC - State of Kansas
LEE ANN MARTIN
My Appt. Exp. 9/18/00

KU-30