# Exhibit A

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY, KANSAS**

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al.*, | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

**FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**
**FROM PLAINTIFF DAVID S. MOORE, PH.D. TO**
**DEFENDANT UNIVERSITY OF KANSAS AND**
**UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.**

COMES NOW plaintiff David S. Moore, by and through his attorney, and pursuant to Fed.R.Civ.P 34 requests that defendant University of Kansas ("University") and defendant University of Kansas Center for Research, Inc. ("KU Center for Research") produce and permit plaintiff David S. Moore and his legal counsel to inspect and copy the following designated documents and electronically stored information (including writings, drawings, graphs, charts, photographs, sound recordings, images and other data or data compilations stored in any medium from which information can be obtained, translated, if necessary, by the respondent into reasonably usable form) which are in the possession, custody or control of defendant University of Kansas.

**Instructions and Definitions**

*1.     Time for Responding.*

Plaintiff David S. Moore requests that the University and the KU Center for Research serve a written response(s) within 30 days after the service of these requests and state therein, with respect to each item or category, that inspection and copying will be permitted as requested unless the request is objected to, including an objection to the requested form or forms producing electronically stored information, stating the reasons for objection. If objection is made to part of an item or category, the part shall be specified and inspection permitted of the remaining parts.  With respect to electronically stored

FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
DEFENDANT UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

1

# Exhibit A

information, and subject to paragraph 6 below, the University and the KU Center for Research shall state the form or forms it intends to use for production.

*2.     Place of Production.*

Plaintiff David S. Moore requests that the University and the KU Center for Research produce these documents at the Lawrence, Kansas campus of the University of Kansas at such place, date and time as counsel for David S. Moore and the University and the KU Center for Research may agree.

*3.     Agency Record.*

In responding to these requests and producing documents, you do not need to produce documents that already have been produced as part of the Agency Record produced in the action styled *David S. Moore, Ph.D. v. University of Kansas*, Case No. 2013-CV-00535, District Court of Douglas Connty, Kansas.

*4.     Supplementation.*

Pursuant to Fed.R.Civ.P. 26(e), you are under a duty seasonably to supplement any response to this request for production for which you learn that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to plaintiff during the discovery process or in writing.

**5.**     *Form of Production.*

All documents that respond, in whole or in part, to any part or clause of any paragraph of these document requests shall be produced in their entirety, including all attachments and enclosures. Only one copy need be produced of documents that are responsive to more than one paragraph or are identical except for the person to whom it is addressed if you indicate the persons or group of persons to whom such documents were distributed. Documents that in their original condition were stapled, clipped or otherwise fastened together shall be produced in such form.

*6.     Electronically Stored Data.*

FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
DEFENDANT UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

2

# Exhibit A

In producing documents consisting of electronically stored data in machine-readable form in response to any document request, provide such data in a form that does not require specialized or proprietary hardware or software. Data files should be in sequential format, also known as ASCII files or flat text files, with the data fields in fixed-column positions. For each data file provided, the following information should be included: a record layout, a short narrative description of the contents of the file, translation of any coded fields, the number of records in the file, and a printout of the first 100 records in report format. A record layout must contain the following pieces of information: name of the field, starting and ending position in the record, length of the field, and characteristics of the field (*e.g.,* packed decimal, zoned decimal, alphanumeric). In the event meta data is excluded or lost in the event of conversion of a proprietary file to a text file, the meta data nonetheless should be provided. Data can be accepted in ASCII format. Data should not be submitted in EBCDIC format. Data should be written with generic copy utilities rather than backup programs from a specific operating system. Compression utilities are acceptable so long as the utility is provided and such provision does not violate licensing or copyright laws.

  7. *Privilege and Confidentiality.*

For any document withheld under a claim of privilege, please prepare a privilege log that identifies the document by author, addressee, date, number of pages, and subject matter; specify the nature and basis of the claimed privilege and the paragraph of this request for documents to which the document is responsive; and identify each person to whom the document or its contents, or any part thereof, has been disclosed.

  8. *Lost or Destroyed Documents.*

For any document responsive to these document requests which is known to have been destroyed or lost, or is otherwise unavailable, identify each such document by author, addressee, date, number of pages, and subject matter and explain in detail the events leading to the destruction or loss, or the reason

FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
DEFENDANT UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

3

# Exhibit A

for the unavailability of such document, including the location of such document when last in your possession, custody, or control and the date and manner of its disposition.

9.  *Time Period.*

Unless otherwise stated, the applicable time period for documents sought in these requests is December 1, 2004 (the date plaintiff David Moore's employment began as Director of the MAI Lab) through the date of responding to these requests, subject to your continuing duty to supplement your production under to Fed.R.Civ.P. 26(e).

10.  *Definitions.*

As used in these requests:

(a)  "Any" means one or more.

(b)  "Control" with respect to a document means having the right to secure the document or a copy thereof from another person.

(c)  "Communication" means any disclosure, transfer, or exchange of information or opinion, however made.

(d)  "Core Laboratories" or "Core Labs" means the University and/or KU Center for Research shared-resource science laboratories made available to the University and/or the KU Center for Research faculty, researchers and scientists with specialized instruments, equipment, processes, techniques and trained professionals for various scientific procedures and processes, *viz.,* electron microscopy and analytical imaging ("MAI Lab"), mass spectrometry and analytical proteomics ("Mass Spec Lab"), molecular graphics and modeling proteomics, x-ray crystallography, nuclear magnetic resonance proteomics ("NMR Labs") and high throughput screening ("HTS Lab").

(e)  "Documents" means any written, recorded or graphic material of any kind, whether prepared by you, or by any other person, that is in your possession, custody or control. The term includes agreements; contracts; letters; telegrams; facsimile transmissions; inter-office

FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
DEFENDANT UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

4

# Exhibit A

communications; memoranda; reports; records; instructions; specifications; notes; notebooks; scrapbooks; diaries; plans; drawings; sketches; blueprints; diagrams; photographs; photocopies; charts; graphs; descriptions; drafts, whether or not they resulted in a final document; minutes of meetings, conferences and telephone or other conversations or communications; invoices; purchase orders; bills of lading; recordings; published or unpublished speeches or articles; publications; transcripts of telephone conversations; phone mail; voice mail; electronic-mail; ledgers; financial statements; microfilm; microfiche; tape or disc recordings and computer print-outs.

(f) "Document" also includes electronically stored data from which information can be obtained either directly or by translation through detection devices or readers.  Any such document is to be produced in a reasonably legible and usable form;

(g) "Document" includes all drafts of a document and all copies that differ in any respect from the original, including any notation, underlining, marking or information not on the original. The term also includes information stored in, or accessible through, computer or other information retrieval systems (including any computer archives or back-up systems), together with instructions and all other materials necessary to use or interpret such data compilations;

(h) "Including" means including, but not limited to;

(i) "Person" means any natural person, corporation, company, partnership, joint venture, firm, association, proprietorship, agency, board, authority, commission, office or other business or legal entity, whether private or governmental;

(j) "Relating to" means containing; constituting; considering; comprising; concerning; discussing; regarding; describing; including; reflecting; studying; commenting or reporting on; mentioning, analyzing, or referring; or alluding or pertaining to, in whole or in part;

(k) "You," "your" or the "University" or the "KU Center for Research" means the University and/or the KU Center for Research; and

FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
DEFENDANT UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

5

# Exhibit A

(l) The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and *vice versa*; and the past tense shall include the present tense where the clear meaning is not distorted. The term "or" shall mean "and" and vice-versa, as necessary to bring within the scope of the following document requests all information or documents that would be excluded absent this definition.

(m) The *italicized* introductory phrase at the beginning of each request is provided for purposes of convenience only and does not limit, restrict or otherwise modify the scope of the request following with introductory phrase.

**Document Requests.**

ଔ

65. *University of Kansas Center for Research, Inc. – Corporate Documents.*

The articles of incorporation, including all amendments thereto and restatements thereof; the bylaws, including all amendments thereto and restatements thereof; and the minute book of the KU Center for Research and all documents relating to any relationship between or among the University, the KU Center for Research and the Research and Graduate Studies program of the University.

66. *University of Kansas Center for Research, Inc. – Contracts with University.*

All documents constituting of contracts and agreements between the University and the KU Center for Research, Inc., including amendments thereto and correspondence regarding such contracts and agreements from December 1, 2004 through the date of responding to these requests

67. *University of Kansas Center for Research, Inc. – Assets.*

All documents identifying the assets of the KU Center for Research, both held jointly or in common with the University and those held separately from any assets of the University from December 1, 2004 through the date of responding to these requests.

68. *University of Kansas Center for Research, Inc. – Liabilities.*

FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
DEFENDANT UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

6

# Exhibit A

All documents identifying the liabilities, including but not limited to bonded indebtedness, of the KU Center for Research, both borne jointly or in common with the University and those borne separately from any liabilities of the University from December 1, 2004 through the date of responding to these requests.

69.     *University of Kansas Center for Research, Inc. – Income.*

All documents identifying the sources and amounts of income of the KU Center for Research, from December 1, 2004 through the date of responding to these requests.

70.     *University of Kansas Center for Research, Inc. – Expenditures.*

All documents identifying the recipients and amounts of expenditures of the KU Center for Research, from December 1, 2004 through the date of responding to these requests.

71.     *University of Kansas Center for Research, Inc. – Judgments and Claims Paid by Others.*

All documents identifying any judgments or claims against the KU Center for Research paid or otherwise satisfied in whole or in part by any parties or entities other than the KU Center for Research from December 1, 2004 through the date of responding to these requests, including the name of the party or entity paying the judgment, the amount of the judgment, the amount paid, the date paid, the name of the party paid, and if a judgment the name and style of the case including the court.

72.     *University of Kansas Center for Research, Inc. – Judgments and Claims Paid by University of Kansas Center for Research.*

All documents identifying any judgments or claims against the KU Center for Research paid or otherwise satisfied in whole or in part by the KU Center for Research from December 1, 2004 through the date of responding to these requests, including the amount of the judgment, the amount paid, the date paid, the name of the party paid, and if a judgment the name and style of the case including the court.

73.     *University of Kansas Center for Research, Inc. – Open Records Act Requests.*

All documents relating to (a) requests for records of the KU Center for Research made pursuant to the Kansas Open Records Act, K.S.A. Secs. 45-215, *et seq.*, or any other statute or law and the

FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
DEFENDANT UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

7

# Exhibit A

responses of the KU Center for Research to such requests as well as (b) policies of the KU Center for Research regarding its responding to requests for records of the KU Center for Research made pursuant to the Kansas Open Records Act, K.S.A. Secs. 45-215, *et seq.*, or any other statute or law.

74.     *University of Kansas Center for Research, Inc. – Increasing Resources of University.*

All documents relating to activities of the KU Center for Research "applying, improving, and increasing the resources of the University of Kansas for research, advanced instruction, and public service."  *See University of Kansas Center for Research, Inc. v. The United States of America,* United States District Court for the District of Kansas, Case No. 08-2565-JAR-DJW (February 12, 2010).

ɞ

Respectfully submitted,

---

Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone:  816-363-1218
Email:  dcofan@swbell.net

ATTORNEY FOR PLAINTIFF DAVID S. MOORE

**Certificate of Service**

The undersigned hereby certifies that a copy(ies) of the above and foregoing First Set of Requests for the Production of Documents from Plaintiff David S. Moore, Ph.D. to Defendant University of Kansas was (were) mailed by first class mail, postage prepaid; facsimile; electronic mail; electronic filing with the United States District Court of the District of Kansas; or hand delivery, as indicated, this 9th__ day   of April, 2015 to:

David R. Cooper, Esq.   (By First Class Mail and Electronic Mail to dcooper@fisherpatterson.com)
Sarah A. Morse, Esq.     (By First Class Mail and Electronic Mail to smorse@fisherpatterson.com)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas,
Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
DEFENDANT UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

8

# Exhibit A

_____
　　　　Daniel R. Cofran

FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO
DEFENDANT UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

9