**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DAVID S. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-02420-SAC-KGS |
| | ) | |
| THE UNIVERSITY OF KANSAS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SERVICE OF DISCOVERY RESPONSE</u>

Defendants notify the Court and counsel that on the 7th day of January, 2016, they have electronically served upon counsel for plaintiff *Defendants' Response to Plaintiff's Request for Production of Documents Nos. 65-74.*

FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
Topeka, Kansas 66606
Office: (785) 232-7761 | Fax: (785) 232-6604
E-Mail:     dcooper@fisherpatterson.com
                kgrauberger@fisherpatterson.com


<u>s/Kevin J. Grauberger</u>
David R. Cooper                    #16690
Kevin J. Grauberger                #18763
**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing on the 11th day of January, 2016, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel R. Cofran
Attorney at Law
1000 W. 70th Street
Kansas City, Missouri 64113
dcofran@swbell.net
**ATTORNEYS FOR PLAINTIFF**


**s/Kevin J. Grauberger**
Kevin J. Grauberger

112.30413