**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS**

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al*., | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

**Filed Electronically CM/ECF**

**PLAINTIFF'S FIRST AMENDED NOTICE OF DEPOSITION
OF CORPORATE REPRESENTATIVE(S) OF
THE UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.**

COMES NOW plaintiff David S. Moore, Ph.D., by and through his attorney, and herewith provides notice under Fed.R.Civ.P. 30(b)(6), that counsel for plaintiff will take the deposition by oral examination of a corporate representative(s) of defendant the University of Kansas Center for Research, Inc., a Kansas non-profit corporation, whose address is 2385 Irving Hill Rd., Lawrence, Kansas ("Center for Research"), on the 22nd day of January, 2016, beginning at 9:00 a.m., at the offices of Barber Emerson, L.C., 1211 Massachusetts St., Lawrence, Kansas, such date, time and place having been agreed to by counsel for plaintiff and defendants.

The matters for examination include the following and are limited to the time period of 2004 through the current date unless otherwise stated or evident from the description of the matter:

1.      *Reasons for Formation.*  The reason or reasons for forming the Center for Research to the extent that its activities regarding scientific research under agreements funded and sponsored by the federal government, state governments, local governments, and private corporations or other business interests or private foundations ("Private Interests") otherwise could have been or could be performed by the University of Kansas ("University").

2.      *Governance*.  Voting rights of members of the Board of Trustees of the Center for Research.

1

PLAINTIFF'S FIRST AMENDED NOTICE OF DEPOSITION OF
CORPORATE REPRESENTATIVE(S) OF
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

3.      *Disposition of Assets*.  Disposition of assets of the Center for Research upon termination of its corporate existence.

4.      *Organizational Relationships*.  The relationships, if any, between the Center for Research and the Institute for Advancing Medical Innovations; the Higuchi Biosciences Center; the Schiefelbusch Institute for Live Span Studies; the Life Span Institute; the Kansas Geological Survey; the University of Kansas Medical Center; University of Kansas Medical Center Research Institute; the Transportation Research Institute; the Kansas Biological Survey; the University's Research and Graduate Studies Program n/k/a Office of Graduate Studies and Office of Research; the Kansas Bioscience Authority; the Bioscience Incubator; the Information and Telecommunication Technology Center; the Bioscience & Technology Business Center; the Kansas Technology E_ Center;  the  Biotechnology  Innovation  and Optimization Center; the Biodiversity Institute; the University of Kansas Center for Technology Commercialization;  the  Center  for  Technology  Commercialization  n/k/a  KU  Innovation  and Collaboration; the Office of Therapeutics and Drug Development; the Biotechnology, Innovations and Optimization Center; and the Kansas Technology Enterprise Corporation.

5.      *Affiliation Agreement*.  The performance of services by the Center for Research for the University under the Affiliation Agreement with the University effective December 21, 2004, including any amendments thereto, including but not limited to:

(a)      *Administration of Research Grants and Contracts*.  Activities of the Center for Research securing sponsored research grants and contracts from federal agencies, state agencies and Private Interests including processes for application, award, negotiation, grant and contract compliance, termination, and administrative and payroll services in support of such activities.

(b)      *Sponsored Agreements*.  The general duties of the Center for Research; receipt and disbursement of funds received by the Center for Redevelopment from federal agencies for Fixtures and Administration reimbursement; management and administration of federal and other sponsored research grants and contracts; accounting and purchasing procedures for investigators;

2

receipt, collection an enforcement of collection of revenues and other consideration; retention of sponsored research overhead reimbursement of costs associated with sponsored projects; and financial reporting to the University,

(c)      *Internal Research Funds*.   Activities of the Center for Research establishing and managing research funds for internal support of University faculty and research staff research, including written policies for the operation and management of research funds and payment to the Center for Research for such services.

(d)      *Patents and Patent Income*.   Activities of the Center for Research securing, protecting, licensing, assigning and otherwise developing income from patenting discoveries, inventions and processes developed by persons affiliated the Center for Research and the University.

(e)      *Technology Transfer*.   Activities of the Center for Research managing and administering University intellectual property including the development and transfer of technology; the collection of revenues and stock equities from technology transfer; the development of written policies for technology transfer addressing recovery of costs, reimbursement of expenses, use of revenues; and allocation of technology transfer revenues.

(f)      *Facilities*.   The transfer of facilities owned or leased by the Center for Research to the University; the use of the Universities' Design and Construction Management Office for renovation or construction design and construction management; the use and occupancy of facilities owned by the University used by the Center for Research, including payment or rent or use without payment of rent; and payment to the Center for Research for such services.

(g)      *Insurance and Indemnification.*   Liability insurance secured by the Center for Research covering its operations under its agreements to perform services for the University and its obligations to indemnify the University for acts and omissions of the Center for Research,

3

PLAINTIFF'S FIRST AMENDED NOTICE OF DEPOSITION OF
CORPORATE REPRESENTATIVE(S) OF
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

(h)      *University Services*.  Compensation by the Center for Research to the University for use of central services provided by the University including Core Labs and computer services.

(i)      *Compensation*.  Compensation to the Center for Research for providing services under the Affiliation Agreement.

6.      *Indirect Cost Return Agreement*.  The performance of services by the Center for Research for the University under the Indirect Cost Return Agreement with the University dated June 1, 1982. Note:  This document is referred to in the Affiliation Agreement with the University effective December 21, 2004, but has not been produced.

7.      *Technology Transfer Agreement*.   The performance of services by the Center for Research for the University under a technology transfer agreement dated April 24, 1994.  Note:  This document is referred to in the Affiliation Agreement with the University effective December 21, 2004, but has not been produced.

8.      *Employee Services Agreement*.   The activities of the Center for Research under the Employee Services Agreement with the University effective June 14, 2009, including any amendments thereto, including but not limited to antecedent arrangements or agreements for the use of University employees by the Center for Research; the categories of employees used, *e.g.,* scientists, administrators, clerical, and marketing; methods for determining and recording employees' time spent on Center for Research projects or activities; determination of employees' compensation; employees' position and work descriptions; payment by the University to the Center for Management for the latter's management of grants, awards and contracts; the University's reimbursable billing processes, and the Center for Research's sources of funds for payments to the University for the use of the University's employees.

9.      *Revenues - Government Grants and Appropriations.*  The nature and amounts of financial support in the form of grants, governmental appropriations and financial support received by the Center for Research from the federal government; state governments; the University; local governments and Private Interests other than financial support in the forms of fees for services rendered or goods provided.

10.    *Revenues - Fees for Services Rendered and Goods Sold.*   The nature and amounts of financial support received by the Center for Research in the forms of fees for services rendered and goods sold from the federal government; state governments; the University; local governments and Private Interests.

11.    *Fixtures and Administration Revenues.*   Receipt and disposition of Fixtures and Administration ("F & A") revenues received by the Center for Research from federal agencies and other entities.

12.    *Relative Amounts of Scientific Research Performed.*   The relative amounts of scientific research performed by the Center for Research for the University; the State of Kansas, including agencies thereof; and non-University and non-State of Kansas entities, *e.g.,* federal government agencies and Private Interests.

13.    *Purchases, Borrowings and Debt.*   All purchases, including borrowings and debt, of the Center for Research in excess of $500,000 for the purchase or construction of buildings, facilities, fixtures, instruments and equipment, including purchase price or construction cost, identification of purchase entity, borrowers, guarantors, other accommodation parties, lenders and current ownership entities for each such purchase or construction for, if applicable, the (Shankel) Structural Biology Center, the Life Sciences Research Laboratories, the INTERx Building, the Multidisciplinary Research Building, the Book and Archival Records Depository, the Combinational Chemistry and High Throughput Screening Facility, the Transgenic Mouse Facility, the Biobehavioral Lab, the Microscopy and Analytical Imaging Lab, the Higuchi Animal Care Unit, the Bioscience & Technology Business Center, the Wakarusa Research Facility, Biodiversity Institute (Dyche Hall), M2SEC Building, Advanced Computing Facility (Nichols Hall), the LEEP2 (School of Engineering), the High-Testing Laboratory and the High-Bay Testing Facility.

14.    *Judgments and Claims.*   Judgments, settlements and claims against the Center for Research including the identity of the party paying such claims, if any.   For purposes of this subject,

"claims" means any demand for the payment of money, other than payments to creditors in the ordinary course of business, based on any alleged liability of the Center for Research, whether paid without or with threat of litigation.

15.     *Compliance with State Administrative Regulations – Board of Regents.*   The extent to which the Center for Research complies with the requirements of the Kansas Board of Regents Policy Manual of Kansas, Chapter II, Section D, Fiscal Management and Business Administration; Chapter II, Section E, Facilities; and Chapter II, Section F, Other, including but not limited to State Appropriations, Federal Funds, Acceptance of Gifts, Financial Reporting, Affiliated Corporations, Auxiliary Enterprises, Sales of Products and Services, Service Clearing Activities, Contracts, Capital Financing, Purchasing Pursuant to K.S.A. Sec. 76-769, Purchasing Insurance, Advertising, Authorized Disposition of Surplus Property, Sponsored Research Overhead, Vehicles and Equipment, Travel, Project Planning, Summary of Approval Requirements, Capital Improvement Projects, Rehabilitation and Repair Projects, Long-Term Infrastructure Maintenance, Energy Conservation, Obsolete Buildings, Inspections, Land Transactions, Naming off Buildings, Weapons Possession, Use of Campus Facilities,

16.     *Annual Reports.*   Annual reports prepared by the Center for Research of sponsored research administered or conducted by the Center for Research and other activities for FYE 2006 through FYE 2014.

17.     *Annual Audits.*   Annual audits, including management letters, performed by third party certified public accountants of sponsored research administered or conducted by the Center for Research and other activities for FYE 2006 through FYE 2014.

18.     *Open Records Act Compliance.*   Activities of the Center for Research for compliance with Kansas statutes governing public records, particularly the Kansas Open Records Act.

19.     *Audits.*   Activities of the Center for Research for annual auditing of its books and records by a certified public accounting firm.

PLAINTIFF'S FIRST AMENDED NOTICE OF DEPOSITION OF
CORPORATE REPRESENTATIVE(S) OF
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

20.    *Income Tax Returns.*  Forms filed with the Internal Revenue Service for compliance with federal income tax laws for FYE 2005 – FYE 2014.

TAKE FUTHER NOTICE that to the extent the Court grants all or any part of *Plaintiff's Certified Motion to Compel Production of Documents by Defendants University of Kansas and the University of Kansas Center for Research, Inc. Together with Legal Memorandum in Support* (Dk. 98), filed November 13, 2015, plaintiff will seek leave of the Court, to the extent necessary, to continue to take this deposition for purposes of examination based on documents produced pursuant to any order of the Court granting all or any part of such motion to compel production of documents.

You are invited to attend and cross-examine the witness.

Respectfully submitted,

/s/ Daniel R. Cofran
Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone:  816-363-1218
Email:  dcofan@swbell.net
ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH. D.

### Certificate of Service

The undersigned hereby certifies that copies of the above and foregoing *Plaintiff's First Amended Notice of Deposition of Corporate Representative(s) of University of Kansas Center for Research, Inc.* were mailed by first class mail, postage prepaid; or sent by facsimile;  hand delivery; electronic mail; and/or CM/ECF electronic filing, as indicated, this 18th day of January, 2016, to:

David R. Cooper, Esq.              (By CM/ECF Electronic Filing)
Kevin J. Grauberger, Esq.          (By CM/ECF Electronic Filing)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc., Bernadette Gray-Little, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

/s/ Daniel R. Cofran
Daniel R. Cofran

PLAINTIFF'S FIRST AMENDED NOTICE OF DEPOSITION OF
CORPORATE REPRESENTATIVE(S) OF
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.