# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID S. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:14-cv-02420-SAC-KGS |
| | ) |
| THE UNIVERSITY OF KANSAS, ET AL., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY RESPONSE

Defendants, University of Kansas and University of Kansas Center for Research, Inc., notify the Court and counsel that on the 29th day of January, 2016, they have electronically served upon counsel for plaintiff *Defendants' Supplemental Response to Plaintiff's Requests for Production of Documents Numbers 66*.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Office: (785) 232-7761 | Fax: (785) 232-6604
E-Mail:   dcooper@fisherpatterson.com
          kgrauberger@fisherpatterson.com


**s/Kevin Grauberger**
David R. Cooper                    #16690
Kevin J. Grauberger                #18763
**ATTORNEYS FOR DEFENDANTS**

{T0441413}                         - 1 -

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing on the 29th day of January, 2016, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel R. Cofran
Attorney at Law
1000 W. 70th Street
Kansas City, Missouri 64113
dcofran@swbell.net
**ATTORNEYS FOR PLAINTIFF**


                         **s/Kevin J. Grauberger**
112.30413                                                 Kevin J. Grauberger