IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al*., | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

Filed Electronically

**PLAINTIFF'S CERTIFICATE OF SERVICE OF
FIRST SETS OF INTERROGATORIES AND
AMENDED AND RESTATED FIRST SETS OF REQUESTS FOR PRODUCTION
OF DOCUMENTS TO DEFENDANTS UNIVERSITY OF KANSAS
AND UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.**

THE UNDERSIGNED hereby certifies that a copy(ies) of the discovery request(s) listed below was (were) sent by first class mail, postage prepaid; facsimile; electronic mail; electronic filing with the United States District Court of the District of Kansas; or hand delivery, as indicated, this 12th day of February, 2016 to the undersigned legal counsel listed below:

Discovery Requests:

1. Plaintiff's First Set of Interrogatories to Defendant University of Kansas;

2. Plaintiff's First Set of Interrogatories to Defendant University of Kansas Center for Research, Inc.;

3. Plaintiff's Amended and Restated First Set of Requests for the Production of Documents to Defendant University of Kansas; and

4. Plaintiff's Amended and Restated First Set of Requests for the Production of Documents to Defendant University of Kansas Center for Research, Inc.

Legal Counsel Served:

David R. Cooper, Esq.        (By Electronic Mail, dcooper@fisherpatterson.com)
Kevin J. Grauberger, Esq.    (By Electronic Mail, kgrauberger@fisherpatterson.com)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949

CERTIFICATE OF SERVICE OF
FIRST SETS OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS TO DEFENDANTS
UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

1

Topeka, Kansas 66601-0949
Attorneys for defendants University of Kansas,
Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

Respectfully submitted,

/s/ Daniel R. Cofran
Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone: 816-363-1218
Email: dcofan@swbell.net

ATTORNEY FOR PLAINTIFF DAVID S. MOORE

**Certificate of Service**

The undersigned hereby certifies that a copy(ies) of the above and foregoing *Plaintiff's Certificate of Service of First Sets of Interrogatories and Amended and Restated First Sets of Requests for the Production of Documents to Defendants University of Kansas and University of Kansas Center for Research, Inc.* was (were) sent by first class mail, postage prepaid; facsimile; electronic mail; electronic filing with the United States District Court of the District of Kansas; or hand delivery, as indicated, this 12th day of February, 2016 to:

David R. Cooper, Esq.                 (By Electronic Mail to dcooper@fisherpatterson.com)
Kevin J. Grauberger, Esq.             (By Electronic Mail to kgrauberger@fisherpatterson.com)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas 66601-0949
Attorneys for defendants University of Kansas,
Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

/s/ Daniel R. Cofran
Daniel R. Cofran

CERTIFICATE OF SERVICE OF
FIRST SETS OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS TO DEFENDANTS
UNIVERSITY OF KANSAS AND
UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.

2