THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al.*, | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

**Filed Electronically CM/ECF**

**PLAINTIFF'S SUPPLEMENTAL FIRST AMENDED NOTICE OF DEPOSITION
OF CORPORATE REPRESENTATIVE(S) OF
THE UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.**

COMES NOW plaintiff David S. Moore, Ph.D., by and through his attorney, and herewith provides notice under Fed.R.Civ.P. 30(b)(6), that counsel for plaintiff will take the deposition by oral examination of Julie Nagel, a representative of defendant the University of Kansas Center for Research, Inc., a Kansas non-profit corporation, whose address is 2385 Irving Hill Rd., Lawrence, Kansas ("Center for Research"), on the 29th day of February, 2016, beginning at 1:00 p.m., at the offices of Barber Emerson, L.C., 1211 Massachusetts St., Lawrence, Kansas, such date, time and place having been agreed to by counsel for plaintiff and defendants. This is a continuation of the Fed.R.Civ.P. 30(b)(6) deposition of corporate representatives of defendant University of Kansas Center for Research, Inc. Ms. Nagel has been designated by counsel for defendant University of Kansas Center for Research, Inc. as the person appropriate to testify regarding the following deposition examination subjects:

1. *Patents and Patent Income.* Activities of the Center for Research securing, protecting, licensing, assigning and otherwise developing income from patenting discoveries, inventions and processes developed by persons affiliated the Center for Research and the University (Item 5(d) in the 2016 *First Amended Notice of Deposition of Corporate Representative(s) of University of Kansas Center for Research, Inc.* (Dk. 115), filed January 18, 2016); and

1

2. *Technology Transfer*. Activities of the Center for Research managing and administering University intellectual property including the development and transfer of technology; the collection of revenues and stock equities from technology transfer; the development of written policies for technology transfer addressing recovery of costs, reimbursement of expenses, use of revenues; and allocation of technology transfer revenues (Item 5(e) in the *First Amended Notice of Deposition of Corporate Representative(s) of University of Kansas Center for Research, Inc.* (Dk. 115), filed January 18, 2016).

The undersigned understands Ms. Nagel no longer is employed by defendant University of Kansas Center for Research, Inc., but that she has been proffered by defendant University of Kansas Center for Research, Inc. as the person most knowledgeable to testify about the above deposition examination subjects.

TAKE FUTHER NOTICE that to the extent the Court grants all or any part of *Plaintiff's Certified Motion to Compel Production of Documents by Defendants University of Kansas and the University of Kansas Center for Research, Inc. Together with Legal Memorandum in Support* (Dk. 98), filed November 13, 2015, plaintiff will seek leave of the Court, to the extent necessary, to continue to take this deposition for purposes of examination based on documents produced pursuant to any order of the Court granting all or any part of such motion to compel production of documents.

You are invited to attend and cross-examine the witness.

                Respectfully submitted,

                  /s/ Daniel R. Cofran
                Daniel R. Cofran, Esq.
                Kansas Supreme Court Enrollment No. 23258

                1000 W. 70th St.
                Kansas City, Missouri
                Phone:  816-363-1218
                Email:  dcofan@swbell.net
                ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH. D.

**Certificate of Service**

The undersigned hereby certifies that copies of the above and foregoing *Plaintiff's Supplemental First Amended Notice of Deposition of Corporate Representative(s) of University of Kansas Center for Research, Inc.* were sent by first class mail, postage prepaid; by facsimile; by hand delivery; by electronic mail; and/or by CM/ECF electronic filing, as indicated, this 25th day of February, 2016, to:

David R. Cooper, Esq.                  (By CM/ECF Electronic Filing)
Kevin J. Grauberger, Esq.              (By CM/ECF Electronic Filing)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc., Bernadette Gray-Little, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert

           /s/ Daniel R. Cofran
                 Daniel R. Cofran

3

PLAINTIFF'S SUPPLEMENTAL FIRST AMENDED
NOTICE OF DEPOSITION OF CORPORATE REPRESENTATIVE(S)
OF UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.