# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID S. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:14-cv-02420-SAC-KGS |
| | ) |
| THE UNIVERSITY OF KANSAS, ET AL., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY RESPONSE

Defendants notify the Court and counsel that on the 15th day of March, 2016, they have electronically served upon counsel for plaintiff *Defendants' Response to Plaintiff's Second Set of Requests for Production of Documents (Income Tax Returns)*.

>   **FISHER, PATTERSON, SAYLER & SMITH, LLP**
>   3550 S.W. 5th Street
>   Topeka, Kansas  66606
>   Office:  (785) 232-7761 | Fax: (785) 232-6604
>   E-Mail:   dcooper@fisherpatterson.com
>                   kgrauberger@fisherpatterson.com
>
>   **s/Kevin J. Grauberger**
>   David R. Cooper                            #16690
>   Kevin J. Grauberger                       #18763
>   **ATTORNEYS FOR DEFENDANTS**

{T0442426}                                     - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing responses were served electronically on the 15th day of March, 2016, to the following:

Daniel R. Cofran
Attorney at Law
1000 W. 70th Street
Kansas City, Missouri 64113
dcofran@swbell.net
**ATTORNEYS FOR PLAINTIFF**

                                                      **s/Kevin J. Grauberger**
112.30413                                          Kevin J. Grauberger

{T0442426}       - 2 -