IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al*., | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

**Filed Electronically CM/ECF**

**PLAINTIFF'S CERTIFICATE OF SERVICE
OF PLAINTIFF'S SWORN ANSWERS
TO DEFENDANTS' FIRST INTERROGATORIES TO PLAINTIFF DAVID S. MOORE**

COMES NOW plaintiff David S. Moore, Ph.D., by and through his attorney, and herewith certifies, through counsel, that on the 20th day of April, 2016, he served a copy(ies) of *Plaintiff's Sworn Answers to Defendants' First Interrogatories to Plaintiff David S. Moore* by first class mail, postage prepaid; by facsimile; by hand delivery; by electronic mail and/or filing with the Court's EM/ECF electronic filing system, as indicated, upon the following persons:

David R. Cooper, Esq.        (By Electronic Mail to dcooper@fisherpatterson.com and
                              by First Class Mail)
Kevin J. Grauberger, Esq.    (By Electronic Mail to kgrauberber@fisherpatterson.com
                              by and First Class Mail)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas 66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc., Bernadette Gray-Williams, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

Respectfully submitted,

/s/ Daniel R. Cofran
Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone: 816-363-1218
Email: dcofan@swbell.net

DAVID S. MOORE, PH.D. V. UNIVERSITY OF KANSAS, ET AL.
UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS
CASE NO. 2:14-CV-02420-SAC-KGS

1

PLAINTIFF'S CERTIFICATE OF SERVICE
OF SWORN ANSWERS TO DEFENDANTS'
FIRST INTERROGATORIES TO PLAINTIFF

ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH. D.

### Certificate of Service

The undersigned hereby certifies that copies of the above and foregoing *Plaintiff's Certificate of Service of Plaintiff's Sworn Answers to Defendants' First Interrogatories to Plaintiff David S. Moore* were mailed by first class mail, postage prepaid; by facsimile; by hand delivery; by electronic mail and/or filing with the Court's EM/ECF electronic filing system, as indicated, this 21st day of April, 2016, to:

David R. Cooper, Esq.                    (By the Court's EM/ECF electronic filing system)
Kevin J. Grauberger, Esq.           (By the Court's EM/ECF electronic filing system)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc., Bernadette Gray-Williams, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.


           /s/ Daniel R. Cofran
             Daniel R. Cofran