**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY, KANSAS**

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al*., | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

> **Filed**
> **Electronically**
> **CM/ECF**

**PLAINTIFF'S CERTIFICATE OF SERVICE OF**
**PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST**
**FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DAVID S. MOORE**

COMES NOW plaintiff David S. Moore, Ph.D., by and through his attorney, and herewith

certifies, through counsel, that:

1.    On the 20th day of April, 2016, he served a copy(ies) of *Plaintiff's Response to*

*Defendants' First Request for Production of Documents to Plaintiff David S. Moore* by first class mail,

postage prepaid; by facsimile; by hand delivery; by electronic mail and/or filing with the Court's

EM/ECF electronic filing system, as indicated, upon the following persons:

David R. Cooper, Esq.          (By Electronic Mail to dcooper@fisherpatterson.com and
                                              by First Class Mail)
Kevin J. Grauberger, Esq.     (By Electronic Mail to kgrauberber@fisherpatterson.com
                                              by and First Class Mail)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc.,
Bernadette Gray-Williams, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert; and

2.    On the 20th day of April, 2016, he delivered copies of all documents agreed to be

produced under *Plaintiff's Response to Defendants' First Request for Production of Documents to*

*Plaintiff David S. Moore* upon the preceding persons by posting pdf copies of such documents, page-

numbered DSM - 000001 through DSM - 000439, on a shared service internet document depository

DAVID S. MOORE, PH.D. V. UNIVERSITY OF KANSAS, ET AL.
UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS
CASE NO. 2:14-CV-02420-SAC-KGS

1

PLAINTIFF'S CERTIFICATE OF SERVICE
OF PLAINTIFF'S RESPONSE TO DEFENDANTS'
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

website with approved access to such documents for such persons and so notified them the same day of

the documents availability.

Respectfully submitted,

<u>/s/ Daniel R. Cofran</u>
Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone:  816-363-1218
Email:  dcofan@swbell.net

ATTORNEY FOR PLAINTIFF DAVID S. MOORE,
PH. D.

**Certificate of Service**

The undersigned hereby certifies that copies of the above and foregoing *Plaintiff's Certificate of Service of Plaintiff's Response to Defendants' First Request for Production of Documents to Plaintiff David S. Moore* were mailed by first class mail, postage prepaid; by facsimile; by hand delivery; by electronic mail and/or filing with the Court's EM/ECF electronic filing system, as indicated, this 21st day of April, 2016, to:

David R. Cooper, Esq.                          (By the Court's EM/ECF electronic filing system)
Kevin J. Grauberger, Esq.                   (By the Court's EM/ECF electronic filing system)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc.,
Bernadette Gray-Williams, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.


<u>/s/ Daniel R. Cofran</u>
Daniel R. Cofran

DAVID S. MOORE, PH.D. V. UNIVERSITY OF KANSAS, ET AL.
UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS
CASE NO. 2:14-CV-02420-SAC-KGS
2
PLAINTIFF'S CERTIFICATE OF SERVICE
OF PLAINTIFF'S RESPONSE TO DEFENDANTS'
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS