# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al.*, | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

**Filed Electronically CM/ECF**

## PLAINTIFF'S MOTION FOR FOUR-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' RESPONSE TO MOTION TO AMEND SCHEDULILNG ORDER TO TAKE MORE THAN FIFTEEN DEPOSITIONS

COMES NOW plaintiff David S. Moore, Ph.D., by and through his attorney, and herewith requests that the Court extend by four days from today, April 25, 2016, through and including April 29, 2016, for plaintiff to respond to *Defendants' Response to Plaintiff's Motion to Amend Scheduling Order to Take More than Fifteen Depositions* (ECF No. 166). In support of his request plaintiff states as follows:

1. This is a disability, whistleblower and 42 U.S.C.A. Sec. 1983 employment discrimination, hostile work environment and retaliation action by David S. Moore, Ph.D., who for eight years was the Director of the University of Kansas Microscopy and Analytical Imaging laboratory ("MAI Lab") against the University of Kansas ("University"), the University of Kansas Center for Research, Inc. ("Center for Research") and three of Dr. Moore's superiors arising from his suspension and discharge.

2. On March 28, 2016, plaintiff filed *Plaintiff's Motion to Amend Scheduling Order to Take More than Fifteen Depositions* (ECF No. 160). On April 11, 2016, defendants filed *Defendants' Response to Plaintiff's Motion to Amend Scheduling Order to Take More than Fifteen Depositions* (ECF No. 166).

3. Plaintiff needs additional time to respond to *Defendants' Response to Plaintiff's Motion to Amend Scheduling Order to Take More than Fifteen Depositions* (ECF No. 166). Counsel for plaintiff has conferred with counsel for defendants about an additional four days to respond to *Defendants'*

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPONSE TO DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

1

DAVID S. MOORE, PH.D. V.
UNIVERSITY OF KANSAS, ET AL.
D.KAN. NO. 2:14-CV-02420-SAC-KGS

*Response to Plaintiff's Motion to Amend Scheduling Order to Take More than Fifteen Depositions* (ECF No. 166).  Defendants have no objection.

4. In that regard, this request is not made for purposes of delay.  Plaintiff has otherwise been working on other matters in this case, as have defendants, including the following over the last several weeks:

(a) Preparing plaintiff's responses to *Defendants' First Request for Production of Documents to Plaintiff David S. Moore* and *Defendants' First Interrogatories to Plaintiff David S. Moore*, served on defendants last week on April 21, 2016, *see Plaintiff's Certificate of Service of Plaintiff's Response to Defendants' First Request for Production of Documents to Plaintiff David S. Moore* (ECF No. 177) and *Plaintiff's Certificate of Service of Plaintiff's Sworn Answers to Defendants' First Interrogatories to Plaintiff David S. Moore* (ECF No. 176);

(b) Preparing and filing on April 12, 2016 *Plaintiff's Reply Memorandum in Support of Motion to Overrule Objections, Compel Production of Documents and Award Attorneys' Fees* (ECF No. 169);

(c) Submitting to defendants on April 11, 2016 the retained expert witness report of Kay Freyer-Rose, *see Certificate of Service of Retained Expert Witness Report* (ECF No. 167);

(d) Preparing and filing on March 31, 2016 *Plaintiff's Motion for Leave to File Third Amended Complaint* (ECF No. 164), including preparing the form of proffered third amended complaint;

(e) Preparing and filing on March 28, 2016 *Plaintiff's Motion to Amend Scheduling Order to Take More than Fifteen Depositions* (ECF No. 160); and

(f) Preparing with legal counsel for defendants and filing on March 28, 2016 the parties' *Joint Proposed Second Amended Scheduling Order* (ECF No. 28).

5. A form of order for the Court's and counsel's consideration and convenience is being submitted contemporaneously herewith.

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPONSE TO DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

2

DAVID S. MOORE, PH.D. V.
UNIVERSITY OF KANSAS, ET AL.
D.KAN. NO. 2:14-CV-02420-SAC-KGS

        Respectfully submitted,

          /s/ Daniel R. Cofran
        Daniel R. Cofran, Esq.
        Kansas Supreme Court Enrollment No. 23258

        1000 W. 70th St.
        Kansas City, Missouri
        Phone:  816-363-1218
        Email:  dcofan@swbell.net

        ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH.D.

### Certificate of Service

The undersigned hereby certifies that copies of the above and foregoing *Plaintiff's Motion for Four-Day Extension of Time to Respond to Defendants' Response to Plaintiff's Motion to Amend Scheduling Order to Take More than Fifteen Depositions* were mailed by first class mail, postage prepaid; or sent by facsimile; hand delivery; electronic mail and/or filing with the Court's EM/ECF electronic filing system, as indicated, this 25th day of April, 2016, to:

David R. Cooper, Esq.              (By the Court's EM/ECF electronic filing system)
Kevin J. Grauberger, Esq.          (By the Court's EM/ECF electronic filing system)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc., Bernadette Gray-Williams, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

      /s/ Daniel R. Cofran
      Daniel R. Cofran