**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY, KANSAS**

DAVID S. MOORE, Ph.D., )
)
Plaintiff, ) Case No. 2:14-CV-02420-SAC-KGS
)
vs. ) Hon. Sam A. Crow
)
THE UNIVERSITY OF KANSAS, *et al*., ) Hon. K. Gary Sebelius
)
Defendants. )

Filed Electronically CM/ECF

**INDEX TO EXHIBITS FOR**
**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO**
**"ARM OF THE STATE" MOTION FOR SUMMARY JUDGMENT**
**OF UNIVERSITY OF KANSAS CENTER FOR RESEARCH, INC.**

| Exhibit | Type | Date | Description |
|---|---|---|---|
| A | Deposition Transcript | 1/22/2016 | Deposition of Diane Goddard, Secretary/Treasurer of University of Kansas Center for Research |
| B | Meeting Minutes | 12/1/1999 | Minutes of Annual Meeting of KUCR Board of Trustees, December 1, 1999, including Power Point® presentation, Slide 4 |
| C | Email | 12/7/2015 | Email from David R Cooper, legal counsel for defendant KUCR, to Daniel R. Cofran, legal counsel for plaintiff |
| D | Deposition Transcript | 1/28/2016 | Deposition of Jennifer Tucker, Former Employee of University of Kansas Center for Research |
| E | Corporate Resolution | 2/17/2009 | Resolution of Transfer of KUCR Equity Positions to the KU Center for Technology Commercialization |
| F | Deposition Transcript | 1/29/2016 | Deposition of Julie Nagel, Interim President of Kansas University Center for Technology Commercialization, Inc., |
| G | Deposition Transcript | 1/22/2016 | Deposition of Theresa Gordzica, University of Kansas Chief Financial Officer |
| H | Rate Agreement | 3/1/2012 | Colleges and Universities Rate Agreement, Facilities and Administration |
| I | Rate Agreement | 7/1/2012 | For-Profit Entity Rate Agreement |
| J | KUCR Annual Report | Undated, Presumably 6/30/2011 | 2011 Annual Report for Sponsored Research University of Kansas Center for Research for FYE 2011 |
| K | KUCR Annual Report | Undated, Presumably 6/30/2012 | 2012 Annual Report for Sponsored Research University of Kansas Center for Research for FYE 2012 |
| L | KUCR Annual Report | Undated, Presumably 6/30/2013 | 2013 Annual Report for Sponsored Research University of Kansas Center for Research for FYE 2013 |

INDEX TO EXHIBITS FOR PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
1
DAVID S. MOORE, PH.D. V. UNIVERSITY OF KANSAS, ET AL.
CASE NO. 2:14-CV-02420-SAC-KGS
UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS

| Exhibit | Type | Date | Description |
|---|---|---|---|
| M | KUCR Annual Report | Undated, Presumably 6/30/2014 | 2014 Annual Report for Sponsored Research University of Kansas Center for Research for FYE 2014 |
| N | Financial Summary | 5/13/2016 | Summary of KUCR Annual Reports for Sponsored Research, FYE 2011, FYE 2012, FYE 2013 and FYE 2014, compiled by plaintiff's counsel, Daniel R. Cofran |
| O | Agreement | 6/1/1982 | "Agreement" between the University of Kansas and University of Kansas Center for Research, Inc.("Original Agreement") |
| P | Agreement | 4/20/1994 | "Agreement" between the University of Kansas and University of Kansas Center for Research, Inc. ("Original Technology Transfer Agreement") |
| Q | Agreement | 12/21/2004 | "Affiliation Agreement" between University of Kansas and University of Kansas Center for Research, Inc. ("Affiliation Agreement") |
| R | Agreement | 3/15/12 | First Amendment to Affiliation Agreement between University of Kansas and University of Kansas Center for Research, Inc. |
| S | Agreement | 6/14/2009 | "Employee Services Agreement" between University of Kansas and University of Kansas Center for Research, Inc. ("Employee Services Agreement") |
| T | Notice to Employees | Undated | Transfer of University of Kansas Center for Research, Inc. Staff to the University of Kansas, Lawrence Campus – Notice of Changes |
| U | Tax Return | 1/27/2011 | 2009 Internal Revenue Service Form 990, KUCR Return of Organization Exempt from Income Tax, including Part VII, "Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees and Independent Contractors" for tax year 2009 |
| V | Tax Return | 5/14/2012 | 2010 Internal Revenue Service Form 990, KUCR Return of Organization Exempt from Income Tax, including Part VII, "Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees and Independent Contractors" for tax year 2010 |
| W | Tax Return | 3/4/2013 | 2011 Internal Revenue Service Form 990, KUCR Return of Organization Exempt from Income Tax, including Part VII, "Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees and Independent Contractors" for tax year 2011 |
| X | Tax Return | 5/13/2014 | 2012 Internal Revenue Service Form 990, KUCR Return of Organization Exempt from Income Tax, including Part VII, "Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees and Independent Contractors" for tax year 2012 |
| Y | Tax Return | 5/13/2015 | 2013 Internal Revenue Service Form 990, KUCR Return of Organization Exempt from Income Tax, including Part VI, "Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees and Independent Contractors" for tax year 2013 |

INDEX TO EXHIBITS FOR
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT

2

DAVID S. MOORE, PH.D. V. UNIVERSITY OF KANSAS, ET AL.
CASE NO. 2:14-CV-02420-SAC-KGS
UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS

| Exhibit | Type | Date | Description |
|---|---|---|---|
| Z | Financial Summary | 5/13/2016 | Summary,<br>Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees and Independent Contractors, KUCR, Tax Years 2013, 2012, 2011, 2010 and 2009,<br>complied by plaintiff's legal counsel Daniel R. Cofran |
| AA | Annual Financial Report and Audit | 10/31/2011 | 2011 CPA Annual Financial Report and Audit, KUCR, FYE 2011<br>Prepared by Cochran Head Vick & Co., P.A.<br>Kansas City, Kansas |
| BB | Annual Financial Report and Audit | 9/24/2012 | 2012 CPA Annual Financial Report and Audit, KUCR,FYE 2012<br>Prepared by Cochran Head Vick & Co., P.A.<br>Kansas City, Kansas |
| CC | Annual Financial Report and Audit | 10/10/2013 | 2013 CPA Annual Financial Report and Audit, KUCR, FYE 2013<br>Prepared by Cochran Head Vick & Co., P.A.<br>Kansas City, Kansas |
| DD | Annual Financial Report and Audit | 9/30/2014 | 2014 CPA Annual Financial Report and Audit, KUCR, FYE 2014<br>Prepared by Cochran Head Vick & Co., P.A.<br>Kansas City, Kansas |
| EE | Annual Financial Report and Audit | 10/1/2015 | 2015 CPA Annual Financial Report and Audit, KUCR, FYE 2015<br>Prepared by Crowe Chezik LLP<br>Indianapolis, Indiana |
| FF | Agreement | 3/15/2012 | First Amendment to Affiliation Agreement between University of Kansas and University of Kansas Center for Research, Inc. |
| GG | Meeting Minutes | 5/13/2011 | KUCR Executive Committee Meeting Minutes |
| HH | Meeting Minutes | 12/14/2001 | Minutes of Annual Meeting of KUCR Board of Trustees, including Power Point® Slide No. 24 |
| II | Resolution | 8/12/2013 | Resolution of KUCR Executive Committee, |
| JJ | Resolution | | KUCR Resolution approving $4.0 million library depository loan |
| KK | Annual Financial Report | Undated, Presumably 6/30/2011 | 2011 OPA[1] Annual Financial Report,<br>University of Kansas<br>as accessed 5/10/2015 at www.ku.edu/ |
| LL | Annual Financial Report | Undated, Presumably 6/30/2012 | 2012 OPA Annual Financial Report,<br>University of Kansas<br>as accessed 5/10/2015 at www.ku.edu/ |
| MM | Annual Financial Report | Undated, Presumably 6/30/2013 | 2013 OPA Annual Financial Report,<br>University of Kansas<br>as accessed 5/10/2015 at www.ku.edu/ |

[1] Office of Public Affairs

INDEX TO EXHIBITS FOR
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT

3

DAVID S. MOORE, PH.D. V. UNIVERSITY OF KANSAS, ET AL.
CASE NO. 2:14-CV-02420-SAC-KGS
UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS

| Exhibit | Type | Date | Description |
|---|---|---|---|
| NN | Annual Financial Report | Undated, Presumably 6/30/2014 | 2014 OPA Annual Financial Report, University of Kansas as accessed 5/10/2015 at www.ku.edu/ |
| OO | Annual Financial Report | Undated, Presumably 6/30/2015 | 2015 OPA Annual Financial Report, University of Kansas as accessed 5/10/2015 at www.ku.edu/ |
| PP | Attorney General Opinion | 11/4/1980 | Kansas Attorney General Opinion No. 80-239 Kansas University Endowment Association, Kansas Tort Claims Act |
| QQ | Boar d of Regents Policy | Undated | Kansas Board of Regents' Board Policy Manual, Ch. II, "Governance – State Universities," Part D, "Fiscal Management and Administration," Sec. 7, "Affiliated Corporations" |
| RR | Unpublished Decision | 4/14/2011 | *Shanklin v. Thaler*, Case No. 09-20665 (D.Tex. April 14, 2011) |
| SS | Affidavit | 5/13/2016 | Affidavit of David S. Moore, Ph.D. |
| TT | Articles of Incorporation | 2/18/97 | Restated Articles of Incorporation of University of Kansas Center for Research, Inc. |

Respectfully submitted,

/s/ Daniel R. Cofran
Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone: 816-363-1218
Email: dcofan@swbell.net

ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH.D.

**Certificate of Service**

The undersigned hereby certifies that copies of the above and foregoing *Index to Exhibits for Plaintiff's Memorandum in Opposition to "Arm of the State" Motion for Summary Judgment of University of Kansas Center for Research, Inc."* were mailed by first class mail, postage prepaid; or sent by facsimile; hand delivery; electronic mail and/or filing with the Court's EM/ECF electronic filing system, as indicated, this 16th day of May, 2016, to:

David R. Cooper, Esq. (By the Court's EM/ECF electronic filing system)
Kevin J. Grauberger, Esq. (By the Court's EM/ECF electronic filing system)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949

INDEX TO EXHIBITS FOR
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT

4

DAVID S. MOORE, PH.D. V. UNIVERSITY OF KANSAS, ET AL.
CASE NO. 2:14-CV-02420-SAC-KGS
UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS

Topeka, Kansas 66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc., Bernadette Gray-Little, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

/s/ Daniel R. Cofran
Daniel R. Cofran