IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID S. MOORE, Ph.D.,

        Plaintiff,

vs.                      Case No. 2:14-CV-02420-SAC-KGS

THE UNIVERSITY OF KANSAS, et al.,

        Defendants.


    DEPOSITION OF DIANE GODDARD, a witness, taken on
behalf of the Plaintiff, pursuant to Notice, on the
22nd day of January, 2016, at the law offices of Barber
Emerson, LC, 1211 Massachusetts Street, Lawrence,
Kansas 66044, before

LEA ANN MARTIN

for Court Reporters Unlimited, a Registered
Professional Reporter, Certified in Kansas and
Missouri.

APPEARANCES

      For the Plaintiff:
          DANIEL R. COFRAN
          LAW OFFICE OF DANIEL R. COFRAN
          1000 W. 70th Street
          Kansas City, Missouri 64113
          dcofran@swbell.net
          (816) 363-1218

      For the Defendant:
          MR. DAVID R. COOPER
          MR. KEVIN J. GRAUBERGER
          FISHER, PATTERSON, SAYLER & SMITH, LLP
          3550 SW 5th Street
          P.O. Box 949
          Topeka, Kansas 66601-0949
          dcooper@fisherpatterson.com
          kgrauberger@fisherpatterson.com
          (785) 232-7761

## DIANE GODDARD 1/22/2016                    Exhibit A

---

Page 2

```
 1              APPEARANCES (Continued)
 2         Also present:
              David S. Moore, Ph.D.
 3
 4
 5                    INDEX
 6  WITNESS:                          PAGE:
 7  DIANE GODDARD
 8  Examination by Mr. Cofran               7
 9  Examination by Mr. Cooper             131
10  Reexamination by Mr. Cofran           131
11
12  EXHIBITS:                         MARKED:
13  1   - Amended notice                    4
14  2   - KUCR Articles of Incorporation   39
15  3   - 1968 Amendment to Articles of    39
16        Incorporation
17  4   - Amendment to Articles of Incorporation  42
18  5   - 1975 Amendment to Articles of    43
19        Incorporation
20  6   - CRINC/KUCR Corporation reinstatement    44
21        document
22  7   - 1982 Amendment to Articles of    44
23        Incorporation
24
25
```

---

Page 3

```
 1              INDEX (continued)
 2
 3  EXHIBITS:                    MARKED:
 4  8  - 1993 KUCR Amendment to Articles of    48
 5     Incorporation
 6  9  - 1/24/94 memorandum              49
 7  10 - "Research, Graduate Studies & Public   55
 8     Service" 2/25/94
 9  11 - Research, Graduate Studies & Public    57
10     Service planning document
11  12 - 4/20/94 Technology transfer agrmt    59
12  13 - 12/1/99 minutes, Board of Trustees   61
13  14 - 7/27/03 transfer of staff information  85
14  15 - 12/21/04 Affiliation Agreement     88
15  16 - 12/21/04 First Amendment to Exhibit 15  90
16  17 - 6/14/09 Employee Services Agreement   97
17  18 - CA - example operating agreement    110
18  19 - KY - example operating agreement    112
19
20
21
22  Reporter's Note: Exhibits 1 - 19 attached to original
23  transcript.
24
25
```

---

Page 4

```
 1        (The deposition commenced at 10:00 a.m.)
 2        (Deposition Exhibit No. 1 was marked for
 3  identification.)
 4        MR. COFRAN:  Okay.  We're on the record
 5  at 9:58.  Thank you for the early start.
 6        Before we begin the deposition
 7  examination of Ms. Goddard, we've got some
 8  housekeeping things to go over.  As I understand
 9  it, David, you are going to produce two different
10  witnesses today?
11        MR. COOPER:  Correct.
12        MR. COFRAN:  Okay.  Ms. Goddard here is
13  then apparently here on one set of subjects, and
14  who is the other person and what will he or she be
15  testifying about?
16        MR. COOPER:  Theresa Gordzica will be
17  here on essentially --
18        MR. COFRAN:  Call?
19        MR. COOPER:  Well, no, she'll be here
20  this afternoon.
21        THE WITNESS:  Yeah.
22        MR. COFRAN:  Okay.
23        MR. COOPER:  And with respect to Topics
24  -- Topic 1, you can address questions with respect
25  to formation to both, but Theresa is the primary
```

---

Page 5

```
 1  witness.
 2        Governance, again, either.
 3        Disposition of assets, either.  The
 4  answer there is disposition of assets according to
 5  the articles because that's the way they go.
 6        MR. COFRAN:  Right.
 7        MR. COOPER:  Organizational
 8  relationships, that's the witness -- some detailed
 9  information is the witness that's not available
10  today.
11        MR. COFRAN:  Okay.
12        MR. COOPER:  But again, either Diane or
13  Theresa can address the relationships between the
14  various organizations.
15        Affiliation Agreement is Theresa
16  Gordzica.  That's to be Topic No. 5.
17        Until we get down to 5e, technology
18  transfer, again, Ms. Gordzica has the overall, but
19  the absent witness, Jennifer Tucker, would have
20  some detailed information to the extent we're
21  getting down to sponsored agreements.  You may not
22  need to get to that level of detail.
23        Facilities and insurance, Ms. Goddard.  6
24  is Ms. Goddard.
25        7, technology, depending on the question,
```

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

**DIANE GODDARD  1/22/2016**       **Exhibit A**

Page 6

1   any of the three.  And Ms. Goddard is prepared to
2   say that's a question better addressed to --
3       MR. COFRAN:  Certainly.
4       MR. COOPER:  -- when you get there.
5       Employee services agreement, Ms. Goddard.
6   Revenues in 9, 10, 11, and 12 are all
7   Ms. Gordzica.
8       MR. COFRAN:  Let me ask you, is
9   Ms. Gordzica more appropriate for the financial
10  questions?
11      MR. COOPER:  Let's let Diane explain how
12  they -- how they apply --
13      MR. COFRAN:  Yeah, how would you
14  generally describe the division of subject matter
15  knowledge?
16      THE WITNESS:  I would address financial
17  statement questions --
18      MR. COFRAN:  Okay.
19      THE WITNESS:  -- to Theresa.
20      MR. COFRAN:  Okay.
21      THE WITNESS:  And more operational
22  questions --
23      MR. COFRAN:  To you?
24      THE WITNESS:  -- to me.  If I can't
25  answer them, I'll --

Page 7

1       MR. COFRAN:  That's what I was sensing
2   and that's perfect.
3       MR. COOPER:  Good.  Then that pretty much
4   carries through.
5       MR. COFRAN:  Okay, that helps me.  That's
6   what I need to know now.  Thank you very much.
7       DIANE GODDARD,
8   being first duly sworn, testified under oath as
9   follows:
10      EXAMINATION
11  BY MR. COFRAN:
12  Q.  Okay.  Ms. Goddard, my name is Dan Cofran,
13      C-o-f-r-a-n.  I am the lawyer for Dr. Moore in
14      this particular case.  Dr. Moore is with us today.
15          Have you had your deposition taken
16      before?
17  A.  Yes.  Not very often, but yes.
18  Q.  Okay, good.  Well, then we'll just talk about a
19      few ground rules, if you will.
20  A.  Uh-huh.
21  Q.  Everything we say today, every question I ask,
22      every answer you give, and anything else on the
23      record is being recorded verbatim by our court
24      reporter, and so she will produce a transcript of
25      today's deposition.  When the deposition is

Page 8

1   completed, you, as a witness, will have the
2   opportunity to review that deposition --
3   A.  Okay.
4   Q.  -- and make any corrections as to spelling,
5       punctuation, whatever, to make sure that you're
6       comfortable with it at which time you sign the
7       deposition.
8           You are under oath.  You have already
9       been sworn which means you're sworn to tell the
10      truth and that's the real deal, if you will.  If
11      you don't tell the truth, there are certain
12      penalties that can arise.  If you're the president
13      of the United States, you can be impeached if you
14      don't tell the truth in a deposition, for example.
15          As I ask my questions, if anything is not
16      clear, please feel free to interrupt me or
17      whatever and ask me to explain it and I'd be glad
18      to do that.
19          We're here today to develop factual
20      information --
21  A.  Uh-huh.
22  Q.  -- so it's important that we understand each other
23      from the get-go or throughout the deposition.
24          At mid-morning or so, and I realize we're
25      getting a little later start, we'll take a break.

Page 9

1   However, if you need to take a break at any other
2   time, need to go to the rest room, whatever,
3   please let me know.
4   A.  Okay.
5   Q.  This is an informal setting.  Not unlike sitting
6       around, you know, a table at your house and trying
7       to find out what the facts are in this case.
8           In addition, this lawsuit, we're very
9       focused at this point in time on one particular
10      issue, as I'm sure Mr. Cooper has explained to
11      you.  While this is a lawsuit in which Dr. Moore
12      brings claims based upon discrimination,
13      specifically disabilities, as well as what
14      commonly are known as whistle blower claims, we're
15      not going to talk about that today.
16          What we're going to talk about today is
17      the nature of the University of Kansas Center for
18      Research, Incorporated.  And there is an issue in
19      the case as to whether it can be sued in the
20      federal court generally under the 11th Amendment
21      to the United States Constitution which states:
22      And state agencies and the like cannot be sued for
23      money damages in federal courts.  And that extends
24      to what are sometimes called arms of the state or
25      alter egos of the state.

**DIANE GODDARD** 1/22/2016          **Exhibit A**

Page 10

1        And in this case, Mr. Moore has sued the
2  University of Kansas Center for Research as a not
3  arm of the state.  The Center for Research has
4  asserted that it is an arm of the state, and,
5  therefore, is immune from suit in the federal
6  court for money damages.
7        So the Court has given us a time period
8  just to conduct discovery --
9  A.  Uh-huh.
10  Q.  -- on that one issue, what are the facts --
11  A.  Uh-huh.
12  Q.  -- that support or don't support the notion that
13  the Center for Research is an arm of the state.
14        Let me ask you, in terms of what names to
15  use today, do you all refer to it as KUCR, Center
16  for Research?  Does it matter?  I don't want to
17  get the wrong familial name, if you will.
18        MR. COOPER:  All of the above apply, but
19  if we call it KUCR, you will save pages --
20        MR. COFRAN:  That was my notion, too.
21        MR. COOPER:  -- and probably annoy our
22  court reporter a bit less.
23  Q.  (By Mr. Cofran)  From this point forward, the
24  acronym KUCR refers to University of Kansas Center
25  for Research, Inc., a nonprofit corporation under

Page 11

1  Kansas law.
2        Any questions for me before we begin?
3  A.  (Witness shakes head.)
4  Q.  I'd like to start at 30,000 feet or so and get a
5  general overview for what KUCR does and what its
6  role is before we get down into the details.
7  Because not being familiar with the organization,
8  I've been pulling through -- you know, reading
9  documents and the like in trying to figure out
10  what it is, but want to make sure I have a general
11  basic understanding that is correct before we get
12  into any details.
13        Basically, what is your description of
14  what KUCR is or does in a lay description, if you
15  will?  If you're at a cocktail party or a church
16  social or whatever it is and someone asks what it
17  is, how would you explain it?
18  **A.  In my layman's terms, KUCR is a corporation that's**
19  **a tool for the university.  We use it to hold**
20  **all -- all of the federal grants and contracts for**
21  **the University of Kansas.  In that it's a tool,**
22  **there really are no employees.**
23  **      The Vice Chancellor for Research is also**
24  **president of the corporation.  So it's not a**
25  **separate entity the way, say, KU Endowment is.**

Page 12

1  **They have their own employees, they're not a**
2  **controlled corporation.  The KUCR corporation is**
3  **very much a controlled corporation that just**
4  **serves that one purpose for the university and no**
5  **other.**
6  Q.  I'm sorry for interrupting you, when you say
7  "controlled corporation," you're using that in a
8  generic or lay sentence as opposed to a legal
9  term?
10  **A.  I'm using that in an accountant's sense.  It is a**
11  **controlled corporation in that the president of**
12  **the Board of Directors is the chancellor, vice**
13  **president is the provost, I'm the**
14  **secretary/treasurer.  We blend -- when we do our**
15  **annual financial statements, we blend their**
16  **financial statements in with the university's and**
17  **then it's sent to the state to be blended into the**
18  **state's.**
19  Q.  You mentioned an accounting sense.  Let's talk
20  briefly about your background.
21  A.  Uh-huh.
22  Q.  How long have you been with the University of
23  Kansas, let's just it start that way?
24  A.  I've been at the University of Kansas for 32
25  years.  Been in my current role for only eight.

Page 13

1  Q.  Okay.  And your current role is what?
2  **A.  Vice Provost for Administration and Finance --**
3  Q.  Okay.  Now, vice --
4  **A.  -- for the Lawrence campus.**
5  Q.  Okay.  And that's a university position --
6  **A.  Yes.**
7  Q.  -- as opposed to a KUCR position?
8  **A.  Yes, right.**
9  Q.  Okay.  Is your background in finance or
10  accounting?
11  **A.  I have an MBA.**
12  Q.  From?
13  **A.  From KU.  I am not a CPA.**
14  Q.  But you took the classes in accounting and that
15  sort of thing?
16  **A.  Oh, yeah.  Yeah.**
17  Q.  Your undergraduate degree, where did you receive
18  that?
19  **A.  Southern Connecticut State University.**
20  Q.  In what year?
21  **A.  Oh, man.**
22        MR. COOPER:  Before yesterday.
23  **A.  Yeah, it was a long time ago.  It was in**
24  **economics.  Let's see, I graduated high school in**
25  **'72.  I don't know, it must have been '77, '78.**

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016                    **Exhibit A**

| Page 14 | Page 15 |
|---|---|

Page 14

1  Q.  (By Mr. Cofran)  The 1970s?
2  **A.  Yeah.**
3  Q.  The 1970s?
4  **A.  Yeah.**
5  Q.  Okay.  Let's approach it this way.  Let's go back
6      to the subject.  Take an example.  Give an example
7      of how the university and KUCR might work in a
8      specific situation.  Let's assume that a
9      university professor --
10 **A.  Yeah.**
11 Q.  -- who teaches classes in chemistry, let's say a
12     chemistry professor develops a chemical formula
13     for de-icing aircraft --
14 **A.  Uh-huh.**
15 Q.  -- that is not environmentally dangerous.  As you
16     may know, the current chemical that's used to
17     take -- you know, to de-ice wings on commercial
18     aircraft --
19 **A.  Uh-huh.**
20 Q.  -- is toxic or hazardous or whatever.  And so,
21     airports have to collect it on the premises and
22     treat it, they can't let it run off and that sort
23     of thing.
24          So let's say this chemistry professor
25     develops a new chemical compound that can do

Page 15

1      that --
2  **A.  Uh-huh.**
3  Q.  -- without harming the environment.  Let's say she
4      develops that in a university laboratory on her
5      own, maybe working with other students.  As I
6      understand it, when she is working in the
7      university laboratory developing the formula on
8      her own and proof of concept, that sort of
9      thing --
10 **A.  Uh-huh.**
11 Q.  -- she is working not only for the university but
12     the university would have jurisdiction, so to
13     speak, over the work she did --
14 **A.  Uh-huh.**
15 Q.  -- in her lab; is that correct?
16 **A.  Uh-huh.**
17          MR. COOPER:  Yes?  Verbal responses.
18 **A.  Yes, sorry.  I'm sorry.  Yes.**
19 Q.  (By Mr. Cofran)  But once she went from the sort
20     of proof of concept, if you will -- and let me
21     back up there.  Let's say she teaches her normal
22     12 or even 15 hours a semester, she would have
23     this lab time.  She would have access to the
24     university laboratory to develop her compound.
25 **A.  Uh-huh.**

| Page 16 | Page 17 |
|---|---|

Page 16

1  Q.  Okay.  When she gets to the point, though, where
2      she thinks she's got a winner, let's say she then
3      wants to apply for a federal grant to develop it
4      further and go from proof of concept to working
5      out all of the wrinkles or details or whatever one
6      does and applies to the federal government for a
7      grant.  Let's say it's a million dollar grant to
8      further develop this compound.  As I understand
9      it, let's say she applies to the National Science
10     Foundation.  When she applies to the National
11     Science Foundation, she completes an application
12     for the grant.
13 **A.  Uh-huh.**
14 Q.  At this point in time, KUCR would step in and
15     assist her with development of the application for
16     the grant?
17 **A.  The staff in the Office of Research, who are the**
18     **pre-award staff, would assist.**
19 Q.  Okay.  That's a good point.  Now let's talk about
20     the Office of Research.  That's another --
21 **A.  Uh-huh.**
22 Q.  -- item that's out there that I don't quite
23     understand.
24 **A.  Okay.**
25 Q.  Going back in history a little bit, there's

Page 17

1      Research and Graduate Studies --
2  **A.  Uh-huh.**
3  Q.  -- which I understand -- well, why don't you
4      explain.  What was or is Research and Graduate
5      Studies?
6  **A.  Okay.  Even before then, it was Research, Graduate**
7      **Studies, and Public Service.  We peeled away**
8      **Public Service.  Then it was Research and Graduate**
9      **Studies.**
10 Q.  Let me ask a question at that point.
11 **A.  Uh-huh.**
12 Q.  At that point is Research and Graduate Studies
13     part of the university or part of KUCR?
14 **A.  It's part of the university.**
15 Q.  Okay.  And as opposed to being a separate legal
16     entity, it's like a division of the university; is
17     that right?
18 **A.  Uh-huh.  Department, yeah.**
19 Q.  Okay, fine.
20 **A.  Yeah.**
21 Q.  Please proceed.  So...
22 **A.  And then, you know, universities reorganize every**
23     **so often.  And so, during the last reorganization,**
24     **and I can't tell you exactly when this happened, I**
25     **think it was when Provost Vitter arrived, we had a**

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016                    **Exhibit A**

Page 18

1    Dean of Graduate Studies reporting to a Vice
2    Chancellor for Research and Graduate Studies.  We
3    simply had the Dean of Graduate Studies change
4    reporting lines and report to the Senior Vice
5    Provost for Academic Affairs.  And so, it was
6    simply a university reorganization, which then
7    changed the name to Office of Research.
8    Q.  Okay.  I'm getting there.
9         Is it fair to say that Research and
10   Graduate Studies as an umbrella covered Graduate
11   Studies in terms of students working on master's
12   degrees and Ph.D.s?
13   A.  Uh-huh.
14   Q.  Whereas, Research was more in the vein of
15   sponsored research?
16   A.  The Office of Research covers all research --
17   Q.  Okay.
18   A.  -- including departmental research, including
19   oversight on some of our research centers.  For
20   example, Kansas Geological Survey, which operates
21   off its own state appropriation, so it gets no
22   university money, it gets really no money from
23   Research.  That director reports to the Vice
24   Chancellor for Research 'cause everybody's got to
25   report somewhere.

Page 19

1    Q.  Okay.  Now, KUCR is not involved in teaching,
2    correct, in terms of graduate studies?
3    A.  Huh-uh.
4    Q.  I mean, its role is just on the research side, but
5    more specifically, sponsored research.  Do I
6    understand that correctly?
7    A.  Yes.  To the extent that that's where the federal
8    dollars are deposited, yeah.
9    Q.  Okay.  So let's go back to our example.
10   A.  Uh-huh.
11   Q.  When the young professor is developing and wants
12   to apply for the grant, she goes to the pre-award
13   folks in which organization?  In Research and
14   Graduate Studies or Office of Research?
15   A.  Office of Research.
16   Q.  When the application is actually made, is that
17   done in the Office of Research or is it over in
18   KUCR yet?
19   A.  When we push the button and submit the grant to
20   the feds, it is submitted through the corporation.
21   So it is submitted by the Center for Research on
22   behalf of the University of Kansas.
23   Q.  Okay.  So the -- okay.  And that's the grant
24   application?
25   A.  Uh-huh.

Page 20

1    Q.  Okay.  I notice you -- it's one of my pet peeves.
2    Everybody in academia refers to the grants.
3    A.  Sorry, yes.
4    Q.  Well, no, you're applying for the grant, you don't
5    have it quite yet?
6    A.  Right.
7    Q.  That confused me for a while.
8         Okay.  So when it's actually submitted,
9    that is done through KUCR?
10   A.  Through the -- yeah, through the corporation.
11   Q.  And you say on behalf -- okay.
12   A.  Yeah.
13   Q.  Now, in the application, who is listed as the
14   applicant?  Who would be the awardee, if granted,
15   KUCR?
16   A.  On behalf of the university.
17   Q.  Okay.  Would the awardee also be -- did it
18   actually say that, on behalf of the University of
19   Kansas?
20   A.  I believe it does, but I'm not certain that
21   every -- because we deal with so many agencies,
22   I'm not sure I can answer that definitively.
23        MR. COOPER:  Okay.  Let me ask her a
24   quick question.
25        (Off the record.)

Page 21

1         MR. COOPER:  The way you ask that
2    question makes it seem like KUCR is always and
3    only the signator on the grant.  And I don't want
4    you to -- I don't want you to have that
5    misunderstanding.  Occasionally --
6         THE WITNESS:  Yeah.
7         MR. COOPER:  -- a grant sponsor or
8    organization or federal agency will require both
9    KUCR and KU --
10   A.  Or just KU.
11        MR. COOPER:  -- be the signator on a
12   grant.  It's not common, as I understand it.
13   Q.  (By Mr. Cofran)  Not common, in other words, the
14   norm would be --
15   A.  Uh-huh.
16   Q.  -- KUCR as the applicant and as the awardee, if
17   awarded?
18   A.  Uh-huh.
19        MR. COOPER:  You need to say yes.
20   A.  Yes.  I'm sorry.
21   Q.  (By Mr. Cofran)  Okay.  Would the applicant ever
22   be an individual like our professor in my example?
23   A.  No.
24   Q.  Okay.  Now then, to the extent, as I understand
25   it, any assistance is provided to our professor in

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016              **Exhibit A**

Page 22

1    submitting the application, that would be by --
2    would that be -- would she receive any assistance
3    by staff anywhere?
4    **A.  Staff in the Office of Research.**
5    Q.  Okay.
6    **A.  Yeah, in pre-award.**
7    Q.  And that's what you call pre-award?
8    **A.  Uh-huh.**
9    Q.  Okay.
10   **A.  Yes.**
11   Q.  I'm sorry, I understand "uh-huh" but unfortunately
12   that makes for a poor record.
13        So what happens, I'm assuming several
14   months pass and the agency reviews it and makes a
15   determination whether to make the award.  Do they
16   ever make, say, tentative determinations, perhaps
17   say, well, this sounds pretty good but we want
18   more information on A, B and C?
19   **A.  Sure.**
20   Q.  Okay.  So ultimately it gets to the point where
21   the application is granted or not granted?
22   **A.  Uh-huh.**
23   Q.  At the point in time when the application is
24   granted, the awardee, as I understand it, would be
25   KUCR?

Page 23

1    **A.  Correct.**
2    Q.  Okay.  So now we're in the process -- we were in
3    pre-award.  Now we're at award.  What is the name
4    of the next thing that happens?
5    **A.  Post-award.**
6    Q.  Okay.  Post-award.  And post-award is responsible
7    for what?
8    **A.  Post-award is responsible for setting up the grant**
9    **in the university financial system.  They are also**
10   **responsible for monitoring expenditures.  They are**
11   **responsible for making sure that the PI, the**
12   **principal investigator, who would be the young**
13   **chemistry professor in your case, is doing all of**
14   **the required reporting.  And they would -- they**
15   **monitor the transactions to make sure all of the**
16   **dollars are being spent in accordance with the**
17   **terms and conditions of the grant.**
18   Q.  Okay.  I'm assuming -- well, I guess grants -- the
19   period of a grant, so to speak, could be as short
20   as one year, more than likely multiple years?
21   **A.  They can be, yeah.**
22   Q.  Okay.  Is there a norm?  This is pretty
23   complicated stuff.  I'm assuming it might take
24   more than one year to do some of this?
25   **A.  You can get grants that have a term of one year**

Page 24

1    **that are renewable or you can get grants that are**
2    **five years with specific dollar amounts for each**
3    **year or you can get grants that are very flexible,**
4    **like National Science Foundation where you can**
5    **move money from grant period to grant period.  But**
6    **it's usually -- every grant comes with**
7    **instructions and guidelines that have to be**
8    **followed that are specific to that agency and**
9    **specific to that grant.**
10   Q.  Okay.  And the people who would be providing this
11   post-award service, monitoring and whatnot --
12   **A.  Uh-huh.**
13   Q.  -- those are folks in KUCR; is that correct?
14   **A.  No, they're university employees in the Office of**
15   **Research.**
16   Q.  Oh, okay.  Now, let's take our example where the
17   work under the grant is completed and shows that
18   the chemical compound has commercial value, that
19   is, that it can be patented.
20   **A.  Uh-huh.**
21   Q.  And so, our young professor wants to seek a patent
22   for the compound.  What does she do next?  How is
23   she assisted, if at all, in that process?
24   **A.  She would need to work with individuals in our**
25   **Technology Transfer Center.  And here's where you**

Page 25

1    **would probably be better off -- I could talk very**
2    **generally about this.  This is an area where you**
3    **would be better off talking to either Theresa or**
4    **Jennifer.**
5    Q.  Okay.  You referred to it as the Technology
6    Transfer Center?
7    **A.  Yeah, it's -- actually, I can't -- again, I**
8    **believe it's a separate corporation.  I think it's**
9    **incorporated as KUCTC but it's called KUIC, K-U --**
10   **I'm not the best person to...**
11   Q.  Okay.  And that -- this separate office -- and,
12   yes, I understand that --
13   **A.  Uh-huh.**
14   Q.  -- at some point in time recently or within the
15   last five, ten years, it was set up as a separate
16   corporation?
17   **A.  Uh-huh.**
18   Q.  Before that, it was not a corporation.  Does
19   the --
20        MR. COOPER:  Innovation and
21   Collaboration.
22        THE WITNESS:  Thank you.
23   **A.  That's KUIC, K-U-I-C, Innovation and**
24   **Collaboration.**
25   Q.  (By Mr. Cofran)  Okay.  Persons in this Innovation

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

**DIANE GODDARD** 1/22/2016          **Exhibit A**

Page 26

1  and Collaboration entity, I will call it, would
2  assist --
3  **A.  Uh-huh.**
4  Q.  -- our young professor applying for the patent?
5  **A.  Uh-huh.**
6      MR. COOPER: Yes, correct?
7  **A.  Yes.  Correct.**
8  Q.  (By Mr. Cofran)  Okay.  This may be beyond your
9  realm, but when the patent application is
10  submitted, is it submitted in the name of the
11  professor, the university?
12  **A.  I have no idea.**
13  Q.  Okay.
14  **A.  Yeah.**
15  Q.  And that person -- I'll strike that.
16      Let's back up to the -- let's make it
17  simple, the one-year period --
18  **A.  Uh-huh.**
19  Q.  -- when our professor is working on the grant and
20  it's for a million dollars.  But as I understand
21  it, there's something called F&A, Fixtures and --
22  **A.  Facilities and Administrative Rate.**
23  Q.  See, I'm a lawyer.  Facilities and Administrative
24  Expense.  Now, the work that our young professor
25  is doing herself to pay for her time, to pay for,

Page 27

1  say, an assistant who is working with her --
2  **A.  Uh-huh.**
3  Q.  -- chemicals, laboratory, outside vendors, that
4  sort of thing, those are called direct costs?
5  **A.  Yes, most of those would be direct costs.**
6  Q.  Okay.  But then there is another category for
7  indirect costs?
8  **A.  Which is Facilities and Administrative Rate.  Used**
9  **to be called indirect costs, now it's F&A, same**
10  **thing.**
11  Q.  Okay.  Thank you very much.
12      So let's say that the direct costs for
13  the --
14  **A.  Uh-huh.**
15  Q.  -- young lady are determined to be a million
16  dollars.  Would that mean that the grant
17  application would also have to include an
18  application for F&A based upon this formula --
19  **A.  Uh-huh.**
20  Q.  -- that we're going to talk about in a minute?
21  **A.  Uh-huh.**
22  Q.  Okay.  Let's say for purposes of our example to
23  make it simple --
24      MR. COOPER: I'm going to start throwing
25  something at you.

Page 28

1  **A.  I'm sorry.  I'm sorry.**
2  Q.  (By Mr. Cofran) I'm going to start throwing stuff
3  at you.
4  **A.  I had this problem last time, too.  It's not just**
5  **you.**
6      MR. COOPER: When I teach deposition
7  courses, I usually have a bag of M&Ms so that
8  people don't mind when I throw things at them.
9  **A.  I'm sorry.**
10 Q.  (By Mr. Cofran) Okay.  So in my example -- let's
11 assume in my example, to make it simple, that the
12 F&A reimbursement rate is 50 percent.
13 **A.  Okay.**
14 Q.  So would the grant -- and the direct expenses are
15 a million bucks.  Does that mean that the grant
16 also has to include an application for another
17 million bucks for the F&A?
18 **A.  Correct.  The grant would have gone in for a**
19 **higher amount.  Now -- well, I don't want to**
20 **complicate things, but yes, if the federal agency**
21 **pays F&A and they all pay at different rates,**
22 **Department of Ed only allows 8 percent, Department**
23 **of Defense, NSF, will pay full F&A, which is right**
24 **now for the university 50 percent.**
25 **So when the application goes in, if**

Page 29

1  **there's a million in direct costs, there would be**
2  **50 percent additional added for indirect.  Now,**
3  **there are -- it's not quite that straightforward**
4  **because if she has 200,000 of that million is to**
5  **buy a piece of equipment, there is no indirect**
6  **assessed on equipment purchases.  So in that case**
7  **it wouldn't be the full 50 percent, it would be 50**
8  **percent on what was allowable.**
9  Q.  Because that's not overhead, so to speak?
10 **A.  Right.**
11 Q.  Okay.  So in our example, let's say that the --
12 I'm assuming some portion of the grant money is
13 provided in advance and some of it's provided on a
14 reimbursement basis?
15 **A.  No.  If it's federal, it's almost always on a**
16 **reimbursement basis.**
17 Q.  Okay.  So over the course of the year the
18 professor's being paid her monthly salary or
19 whatever, and the assistant is, and that sort of
20 thing, so at the end of your we're going to
21 close out the grant, you submit the reimbursement
22 request?
23      MR. COOPER: That's a wrong assumption.
24 **A.  We would submit the reimbursement request**
25 **throughout the year.  We don't wait till the**

8  (Pages 26 to 29)

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

**DIANE GODDARD  1/22/2016**          **Exhibit A**

Page 30

```
 1    grant's over.
 2    Q.  (By Mr. Cofran)  Okay.  So you submit it monthly
 3        or quarterly?
 4    A.  I believe we do monthly.
 5    Q.  Okay.  So in my example, who gets the F&A -- to
 6        put it simple, does the F&A go to KUCR in whole or
 7        in part or to the university in whole or in part?
 8    A.  The university has decided -- and we could change
 9        our mind, I don't think we will, but the
10        university has decided to reinvest the F&A that it
11        earns into research.  So all of the F&A is
12        returned to the vice chancellor for research to
13        reinvest.  It stays in the corporate bank account.
14            And then if you look on the Office for
15        Research website, by formula some of the money
16        goes back to the PI, some of the money goes back,
17        and it's small percents, 4 percent, 6 percent, I
18        don't know what the exact amount is, and it varies
19        whether you're in a super center or a center.  And
20        then part of it goes back to your dean.  And then
21        we expect the balance of that money to be invested
22        in research.
23            Now, if I can digress a little bit, not
24        all universities do that.  This is -- F&A is
25        unrestricted money that comes back.  It's the
```

Page 31

```
 1    federal government paying for those indirect costs
 2    that are created through the -- through the grant
 3    activity.  A lot of universities plow that money
 4    back into their central computer center, to their
 5    library because those are big portions of indirect
 6    generation.  We chose to reinvest that back into
 7    research functions.
 8    Q.  When it's reinvested back into research functions,
 9        it is reinvested by whom, by KUCR?
10    A.  By the Vice Chancellor for Research.
11    Q.  I may be getting ahead of myself.  This may be for
12        the other witness.  On the financial statements,
13        the year-end --
14    A.  Uh-huh.
15    Q.  -- audit reports on the F&A received, it shows the
16        gross coming in and then monies being backed out
17        for the PI, for example, the principal
18        investigator?
19    A.  Uh-huh.
20    Q.  The department -- and earlier you said the dean,
21        you mean the department?
22    A.  The department, yes.
23    Q.  Okay, sure.  And that maybe is 75 percent of the
24        F&A.  And then the balance is left in KUCR; is
25        that correct?  And I don't --
```

Page 32

```
 1    A.  It's nowhere near 75 percent.
 2    Q.  Maybe I'm thinking of something else, but let's
 3        don't worry about the numbers.
 4    A.  Okay.
 5    Q.  Let's just say it's my recollection, and I'll
 6        cover this afternoon, that on the financial
 7        reports, the KUCR financial reports show the gross
 8        F&A coming into KUCR, but then deducted from that
 9        are amounts remitted to the principal
10        investigators --
11    A.  Uh-huh.
12    Q.  -- and the departments and the like and then
13        there's a balance that's left.
14    A.  Right.
15    Q.  And that stays at KUCR; is that correct?
16    A.  It stays on deposit with KUCR, yeah.
17    Q.  Okay.  How are determinations made for how those
18        monies should be used for additional scientific
19        research?
20    A.  Those recommendations are made to the executive
21        committee of the Board of Trustees which --
22    Q.  Of KUCR?
23    A.  Right, which is, again, the chancellor's
24        president, provost is vice president, I'm
25        secretary/treasurer.  And that group approves the
```

Page 33

```
 1    detailed budget so that we know how much of that
 2    money is going to be allocated for start-up, for
 3    matching, for administrative support in research
 4    centers, for -- it covers some debt service.
 5        So we get an outline as any board would,
 6    a detailed budget, for exactly how those dollars
 7    will be spent during the course of the year.  We
 8    approve that budget, and then quarterly when we
 9    meet, we review budget to actual.
10    Q.  Okay.  You mentioned several categories of how
11        those monies could be spent.
12    A.  Uh-huh.
13    Q.  Start-up, what is that?
14    A.  When you bring in a new research faculty member --
15        our foundation professors are a great example.
16        When you bring somebody in PharmChem in that
17        department, they will almost always have a
18        start-up request.  In order for me to come to be
19        productive, I need these renovations done to this
20        lab, I need this piece of equipment, I need so
21        many post docs, I need so many graduate research
22        assistants, whatever.  They put together their
23        start-up package.
24            The university funds that half from money
25        that we have on deposit with KUCR and half from
```

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

**DIANE GODDARD  1/22/2016**     **Exhibit A**

Page 34

1      state money that we also put into the start-up
2      fund. And then the university allocates that
3      money out.
4  Q.  Okay. Start-up was the first category you
5      mentioned. Gosh, what was the second?
6  A.  There's matching.
7  Q.  Yes, matching, tell me about that.
8  A.  Okay. When you apply for a big equipment grant, a
9      lot of federal agencies will require a one-to-one
10     match or a two-to-one match or some sort of match.
11     And so, you need a pot of money that you can say,
12     okay, if you put that grant proposal in, and you
13     are awarded, we will cover the match amount. And
14     sometimes they hit, sometimes they don't.
15 Q.  So we talked about this net remaining F&A money is
16     going into either start-up --
17 A.  Uh-huh.
18 Q.  -- matching funds --
19 A.  Debt service.
20 Q.  Tell me about debt service.
21 A.  We built two research center buildings,
22     Multidisciplinary Research Building and SBC.
23 Q.  Structural Biology --
24 A.  -- Center, yes.
25 Q.  Okay.

Page 35

1  A.  On bonds that we pledged our F&A receipts towards.
2      And I think those bonds -- those annual bond
3      payments are 4 to 5 million a year --
4  Q.  Correct.
5  A.  -- to pay off for those -- for those buildings.
6  Q.  Does the debt service portion of F&A that you just
7      mentioned, is that adequate, though, to pay the
8      full 4 to 5 million dollars a year?
9  A.  Uh-huh. Uh-huh.
10 Q.  Okay.
11         MR. COOPER: Yes?
12 A.  Yes.
13 Q.  (By Mr. Cofran) Let's take our young professor
14     example again. Let's say the patent is secure.
15     Would the patent be -- if there's a general
16     practice, as I understand it, the patent is in the
17     name or can be in the name of the principal
18     investigator?
19 A.  I don't --
20 Q.  Beyond your area, okay, fine, thank you.
21 A.  Yeah.
22 Q.  Let's say that our young investigator or young
23     professor then has the patent, whomever is the
24     named person with the patent. They want to start
25     a business with it. I understand that there's a

Page 36

1      business incubator involved?
2  A.  Yes. There is, yes.
3  Q.  Okay. And what is it called?
4  A.  BTBC, bio -- it's Biotechnology -- I'd have to
5      look it up.
6  Q.  Is the moment here?
7  A.  I'm looking it up.
8  Q.  Ask Siri.
9         MR. COOPER: Bioscience and Technology
10     Business Center.
11 A.  Yeah.
12 Q.  (By Mr. Cofran) Biotechnology Science --
13         MR. COOPER: Bioscience and Technology
14     Business Center.
15 Q.  (By Mr. Cofran) Okay. Now, the incubator, is
16     that part of the KUCR?
17 A.  No.
18 Q.  KUCR, though, provides funding for the incubator;
19     is that correct?
20 A.  Yes. And it's way down at the bottom of the
21     budget. BTBC gets contributions from, I believe,
22     from Douglas County. I believe from a number of
23     places. The university also invests and we do
24     that through the funds held by KUCR. It's not a
25     lot.

Page 37

1  Q.  Okay. But the university and KUCR are donors to
2      the BTBC as opposed to owners of the facility; is
3      that correct?
4  A.  We do not own the facility. It is --
5  Q.  It's my understanding it's owned by a county
6      authority of some sort?
7  A.  Right. It is built on, I believe, endowment land.
8  Q.  Do you know why KUCR was formed in the first
9      place?
10         MR. COOPER: In part. Go ahead and
11     answer.
12 A.  Yeah, I can tell you what I know.
13 Q.  (By Mr. Cofran) Just what -- absolutely, just
14     what you know.
15 A.  KUCR was formed, and I'm not going to be able to
16     tell you how long ago, it was quite a long time
17     ago, by the Dean of Engineering to support
18     engineering research. When Bob Hemenway got here,
19     he decided that he liked the way that functioned
20     and he wanted to expand the purview so that all
21     sponsored research could be -- could use that
22     tool.
23         So prior to that expansion and turning
24     CRINC into KUCR --
25         MR. COOPER: C-R-I-N-C.

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016          **Exhibit A**

---

Page 38

1  A.  CRINC, Center for Research, Incorporated.  We used
2      to call it CRINC, now we call it KUCR, KU Center
3      for Research.
4          Where the heck was I going with that now?
5      MR. COOPER:  Hemenway arrived, wanted to
6      expand the purview of CRINC.
7  A.  Right.  We had -- back then post-award reported to
8      the comptroller's office.  Pre-award reported to
9      Research, Graduate Studies and Public Service and
10     it was kind of scattered.  So we decided to
11     consolidate -- and I think this was in 1998 or
12     1999.  We decided to consolidate, and that was
13     when we made the decision that we were going to
14     pull our F&A budget out of the library, out of the
15     computer center, out of everywhere else that we
16     were spending that money and dedicate it all to
17     research support because we wanted -- we
18     desperately as a Research 1 university needed to
19     grow our research.
20 Q.  (By Mr. Cofran)  Okay.  Let me to help nail this
21     down a little bit.  First of all, I neglected to
22     make as Exhibit 1 a copy of the amended notice of
23     our deposition today, so I'm going to hand that to
24     the court reporter with copies to you folks, just
25     so that's in the record.

---

Page 39

1          (Deposition Exhibit No. 2 was marked for
2      identification.)
3  Q.  (By Mr. Cofran)  Now, then, Ms. Goddard, let me
4      hand you what we've marked as Exhibit 2 for the
5      day's deposition.  Have you seen this before, and
6      you may not have.
7  A.  Oh, I'm sure I have at some point.
8  Q.  Okay.  I will represent to you this was produced
9      by defendants in this case.  It's entitled
10     "Articles of Incorporation of University of Kansas
11     Center for Research, Inc."  And it shows --
12 A.  1962.
13 Q.  You're ahead of me there.  Yeah, it's dated
14     June 9, 1962.  Does that sound about right for the
15     date when CRINC would have first been formed?
16 A.  Uh-huh.  Yes.
17 Q.  Okay.  And at that time colloquially it was
18     referred to as CRINC, C-R-I-N-C?
19 A.  Correct.
20 Q.  Okay.
21         (Deposition Exhibit No. 3 was marked for
22     identification.)
23 Q.  (By Mr. Cofran)  Now I'm going to hand you what's
24     been marked as Exhibit No. 3.  And what I'm going
25     to do here, Ms. Goddard, is simply -- I've tried

---

Page 40

1      to reconstruct the corporate history, if you will,
2      of KUCR --
3  A.  Uh-huh.
4  Q.  -- and this document, Exhibit No. 3, is entitled
5      Amendment To and Change of the Articles of
6      Incorporation of The University of Kansas Center
7      for Research, Inc.  It is dated 21 October 1968.
8      And I will represent to you that it makes an
9      amendment to Article Fifth, which sets forth who
10     the members shall be of the Board of Trustees of
11     the corporation.  Have you seen this document
12     before?
13 A.  I'm not sure that I have.
14 Q.  Is it fair to say, though, generally you're aware
15     that over the years the Articles of Incorporation
16     would have been amended --
17 A.  Yes.
18 Q.  -- to change the names or the offices --
19 A.  Right.  Right.
20 Q.  -- of persons to serve on the Board of Trustees?
21 A.  Yes.
22 Q.  And this would be an example of that?
23 A.  Correct.
24 Q.  For example, it says:  The trustees of this
25     corporation shall be not fewer than twenty-five,

---

Page 41

1      nor more than fifty excluding the following ex
2      officio members, and then it lists the chancellor,
3      for example?
4  A.  Right.
5  Q.  A member of the Board of Regents; the Executive
6      Secretary of the Kansas University Endowment
7      Association; Executive Secretary of the University
8      of Kansas; Executive Director of the Research
9      Foundation of Kansas; Chairman of the Kansas
10     Department of Economic Development; and Chairman
11     of the Senate Committee on Ways and Means of the
12     Kansas legislature.
13         Do you know what the Research Foundation
14     of Kansas is or was?
15 A.  I do not.
16 Q.  Okay.  Well, we were all in grade school at the
17     time, so...
18 A.  And this has been amended quite a bit since then.
19 Q.  That's right.
20 A.  Yeah.
21 Q.  And we're going to go through that quickly to make
22     sure that I understand this correctly.
23         So in that regard, let me show you what
24     we're going to mark as -- I'm sorry, I'm getting
25     behind on my stickers -- 4.

---

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016          **Exhibit A**

---

Page 42

1        (Deposition Exhibit No. 4 was marked for
2        identification.)
3  Q.  (By Mr. Cofran)  Ms. Goddard, I'll ask you to look
4        at Exhibit No. 4, and ask if this appears to be
5        one of the amendments you referred to over the
6        years?
7  **A.  Yes.**
8  Q.  And let's see, it simply changes the location of
9        the registered office and the name of the
10       registered agent, I believe.  I'm going to take
11       that back.  I'm going to direct your attention to
12       pages -- the second and third pages, which have
13       the Bates designations KU 12 and KU 13.  That's
14       the amendment to the articles that we're talking
15       about, correct?
16 **A.  Changes the Fifth again.**
17 Q.  I'm sorry, this is actually two separate --
18 **A.  Yeah.**
19 Q.  -- amendments.  I'm very sorry.  So page 1, KU 11,
20       changes the registered agent, registered office.
21       And then pages 2 and 3, KU 12 and KU 13, again
22       change the --
23 **A.  Right.**
24 Q.  -- designations of persons that serve as ex
25       officio members?

---

Page 43

1  **A.  Right.  Correct.**
2        MR. COOPER:  And I'll apologize to Dan,
3        but I think that's how they came from the
4        Secretary of State.
5        MR. COFRAN:  Oh, I'm not surprised.
6        That's fine.  Apology is not necessary.  We'll
7        blame it on that Chris Coban guy.
8  Q.  (By Mr. Cofran)  So 4's been marked.  Next one is
9        5.
10       (Deposition Exhibit No. 5 was marked for
11       identification.)
12 Q.  (By Mr. Cofran)  I'm going to hand you what's been
13       marked as Exhibit No. 5, and ask if you can
14       identify that for us, please.
15 **A.  So this is another amendment in 1975.  Changing**
16 **location again of the registered office.**
17 Q.  Okay.  And I note the change is from -- for the
18       registered office, 15th and Iowa Streets, to 2291
19       Irving Hill Road.  Is that -- had the university
20       or KUCR built a new building at that time and
21       that's why it's over looks like on West Campus?
22 **A.  It's on West Campus.  They did not build a new**
23 **building.  I believe Endowment built a new**
24 **building which then freed up -- I think this is**
25 **Youngberg Hall.  Then freed up Youngberg Hall and**

---

Page 44

1  **Research was able to move offices there.**
2  Q.  Okay.
3        (Deposition Exhibit No. 6 was marked for
4        identification.)
5  Q.  (By Mr. Cofran)  And the next one that appears is
6        Exhibit No. 6.  I've marked as Exhibit No. 6.  And
7        to move things along, it simply appears that the
8        corporation lapsed, if you will, for not filing an
9        annual report, and this is simply the
10       reinstatement document?
11 **A.  That's what it looks like.**
12 Q.  Okay.  Do you have any knowledge about --
13 **A.  No.**
14 Q.  -- whether -- or why the corporation's charter was
15       lost?
16 **A.  No.  Huh-uh.**
17 Q.  Alrighty.  Now then...
18       (Deposition Exhibit No. 7 was marked for
19       identification.)
20 Q.  (By Mr. Cofran)  I'm going to hand you what we've
21       marked as Exhibit No. 7, and ask you to take a few
22       moments to review this, if you would, please.
23       It's titled agreement --
24       [Witness reviews document.]
25 **A.  Okay.**

---

Page 45

1  Q.  (By Mr. Cofran)  Ms. Goddard, you mentioned
2        earlier that at a point in time the university
3        made the determination that the F&A reimbursement
4        as opposed to being applied to library, computing
5        facilities and the like should instead be applied
6        to additional research; is that correct?  And I
7        may have misstated.  If I have, please correct me.
8  **A.  No, that is correct.  But back in 1982, this is**
9  **when the Center for Research only handled**
10 **engineering grants.  So it was only the indirect**
11 **costs earned on those grants that stayed in the**
12 **corporate bank account.  All of the other**
13 **sponsored research was handled by the university**
14 **and that F&A stayed within the university's bank**
15 **account.**
16 Q.  Okay.  And this is dated -- this document is dated
17       June 1 of 1982?
18 **A.  Yeah.**
19 Q.  So, okay, as I understand it then, what's
20       happening here is that F&A would be kept, so to
21       speak, by KUCR, then called CRINC?
22 **A.  Yes.**
23 Q.  But just for the engineering department?
24 **A.  Right.  Right.**
25 Q.  And again, this is sponsored research?

---

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016     **Exhibit A**

---

Page 46

1  **A.  Correct.**
2  Q.  Okay.  Yeah, I guess we haven't defined sponsored
3      research.  Yeah, that's been a new term to me in
4      this case.  Just what is, briefly, sponsored
5      research?
6  **A.  Sponsored research is research that is sponsored**
7      **by an outside entity.  The university also**
8      **sponsors research, that's departmentally-sponsored**
9      **research.**
10 Q.  Okay.  So sponsored research means external?
11 **A.  Uh-huh, yes.**
12 Q.  Okay.  And that can be a federal agency?
13 **A.  It can, yes.**
14 Q.  It can be the State of Kansas or a state agency?
15 **A.  That's correct.**
16 Q.  Or it could be a private corporation?
17 **A.  Correct.**
18 Q.  Or a private or public foundation?
19 **A.  Correct.**
20 Q.  That's pretty much the laundry list?
21 **A.  Right.**
22 Q.  So would it be fair to say that at this point in
23     time, 1982, the focus of KUCR, then known as
24     CRINC, was engineering?
25 **A.  Correct.**

---

Page 47

1  Q.  Okay.  At this time Dr. Budig is the chancellor?
2  **A.  Yes.**
3          MR. COOPER:  "This time" being 1982 as
4      reflected in Exhibit 7.  Somebody's going to read
5      that in the future and wonder "at this time" meant
6      what.
7  Q.  (By Mr. Cofran)  Now, paragraph 2 of the agreement
8      states:  "The University of Kansas Center for
9      Research, Inc. shall recommend guidelines or
10     criteria for use of such retained Federal
11     reimbursements each year."
12 **A.  Uh-huh.**
13 Q.  "Such recommendations are subject to the review
14     and approval of the Chancellor of The University
15     of Kansas."
16          Do you know if KUCR ever recommended
17     guidelines or criteria for use?  And by that, I
18     mean, a written document.
19 **A.  1982, I have no idea.**
20 Q.  That's before your time?
21 **A.  Yeah.**
22 Q.  Okay.  Now then, give me a second here.  The copy
23     service got my exhibits out of order.  I want to
24     make sure...  I came a little early today to put
25     them back in order and I want to make sure I got

---

Page 48

1      them right.
2          Let me hand you what we have marked as
3      Exhibit --
4          MR. COOPER:  You're ready for 8.
5          MR. COFRAN:  8, thank you, sir.
6          (Deposition Exhibit No. 8 was marked for
7      identification.)
8  Q.  (By Mr. Cofran)  And I'll ask you if you can
9      identify this one for us, please?
10 **A.  Is this just three copies of the same thing?**
11          MR. COOPER:  It is.
12 **A.  Yeah.**
13 Q.  (By Mr. Cofran)  Oh, I see, the copy service --
14 **A.  Stapled them all together.**
15 Q.  Yeah, okay.  Let me state then, does Exhibit No. 8
16     consist of three pages, however, all three are
17     identical, correct?
18 **A.  Correct.**
19 Q.  So it's actually a one-page document?
20          MR. COOPER:  Can we turn it into a
21     one-page document?
22          MR. COFRAN:  Yes.
23 Q.  (By Mr. Cofran)  So I'm going to ask you right now
24     to remove the last two pages.  I'll put those in
25     the shredder.  And this appears to be simply

---

Page 49

1      another amendment to the Articles of Incorporation
2      for KUCR changing the name of the resident agent,
3      correct?
4  **A.  Correct.**
5  Q.  And it is dated October 27, 1993, right?
6  **A.  Correct.**
7  Q.  Okay.
8          (Deposition Exhibit No. 9 was marked for
9      identification.)
10 Q.  (By Mr. Cofran)  Now, let me hand you what we've
11     marked as Exhibit No. 9, and I'll ask you to
12     examine that, if you could, please.
13          [Witness reviews document.]
14 Q.  (By Mr. Cofran)  Have you seen this document
15     before or was it familiar to you in any way?  I'm
16     sorry if I interrupted, got going too fast there.
17 **A.  That's okay.  I don't think I have ever**
18     **actually — well, I may have seen it.  If I had**
19     **seen it, it was a very long time ago.  But I**
20     **recognize all the people.**
21 Q.  Right.  It's a letter dated January 24, 1994 or a
22     memorandum, I guess?
23 **A.  Uh-huh.**
24 Q.  And it says to Kim Moreland, Barbara Armbrister
25     and Carl Locke.  Who are those folks?

---

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016          **Exhibit A**

Page 50

1  A.  Kim Moreland was -- I don't know what her specific
2      title was, but she was -- she reported to the Vice
3      Chancellor for Research, Graduate Studies and
4      Public Service.  And she handled all
5      administration which back then was mostly contract
6      negotiation and pre-award.
7          Barbara Armbrister was at the Center for
8      Research, Incorporated.
9  Q.  That's KUCR?
10         MR. COOPER:  Now.
11 A.  It was CRINC back then.
12 Q.  (By Mr. Cofran)  Let's clear that up.  It was
13     called CRINC, but it was still the same
14     corporation?
15         MR. COOPER:  Yes.
16 Q.  (By Mr. Cofran)  A new corporation was not formed?
17         MR. COOPER:  Correct.
18 A.  Correct.
19 Q.  (By Mr. Cofran)  It just changed its d/b/a, if you
20     will, or its familiar name from CRINC?
21 A.  Yes.
22 Q.  They were getting a lot of jokes about it or
23     something to KUCR?
24 A.  Yes.
25 Q.  Okay.  I'm sorry, Barbara Armbrister was what?

Page 51

1  A.  She was in the Center for Research, Incorporated,
2      and she was like their chief business person.
3  Q.  Okay.  How about Mr. Locke?
4  A.  Carl Locke was the Dean of Engineering.
5  Q.  I'm sorry, Dean of Engineering?
6  A.  Uh-huh.
7  Q.  Okay.  And Mr. Moss -- it says from Howard E.
8      Mossberg?
9  A.  He was the Vice Chancellor for Research, Graduate
10     Studies and Public Service.
11 Q.  Okay.  Now then, you'll note that this document
12     has been redacted.  There are large black --
13 A.  Uh-huh.
14 Q.  -- boxes on page 1 as well as on page 2 and
15     page 3.  Do you know why those redactions are
16     there?
17         MR. COFRAN:  I'll ask counsel.
18         MR. COOPER:  Short answer is because this
19     was in the general counsel's file.
20         MR. GRAUBERGER:  The redactions are
21     handwritten notes by counsel -- counsel and the
22     Office for General Counsel had made handwritten
23     notes on that document regarding his --
24         MR. COOPER:  Eventually this got routed
25     to general counsel's office to start doing the

Page 52

1      amendments that changed the name from KUCR -- or
2      from CRINC to KUCR and to encompass the entire
3      research.
4          MR. COFRAN:  Okay, I didn't notice this
5      particular document listed on the privilege log.
6          MR. GRAUBERGER:  If it wasn't, that was
7      an oversight.
8          MR. COFRAN:  I understand that.
9          MR. GRAUBERGER:  Yeah, but right.  All of
10     the redactions -- the only thing that was redacted
11     were the handwritten notes by counsel's office.
12         MR. COFRAN:  Okay.  That will be a
13     separate issue we'll have to deal with because --
14     well, in the first place, it wouldn't be work
15     product because as far as I know it was not
16     prepared in anticipation of litigation; and
17     secondly, you know, an attorney's own thoughts not
18     communicated to a client are not privileged.
19         MR. COOPER:  They're undiscoverable.
20         MR. COFRAN:  Well, we may have to --
21     we'll have to visit that later on.  Today I just
22     want to establish why these are redacted.
23         MR. GRAUBERGER:  That's what it was.
24 Q.  (By Mr. Cofran)  So let's look at page 2.  So
25     apparently --

Page 53

1  A.  Uh-huh.
2  Q.  -- he says on page 1:  Attached are my notes from
3      our meeting on January 20.  Please feel free to
4      make any corrections, so on and so forth.
5          So apparently on pages 2 and 3 are a
6      summary of a meeting held on January 20 of 1994.
7      I'm going to ask you to spend some time to read
8      that and see if that helps you with your
9      understanding of the history of KUCR, what was
10     happening in 1994.
11         [Witness reviews document.]
12 A.  Okay.
13 Q.  (By Mr. Cofran)  Now, up to 1994, if I understand
14     what you explained to me so far, KUCR was involved
15     only with the Department or College of
16     Engineering, correct?
17 A.  Correct.
18 Q.  And was that limited to its working with sponsored
19     research?
20 A.  I believe so.
21 Q.  Okay.  And this memo, is it fair to say, talks
22     about adding to KUCR's responsibilities,
23     technology transfer for School of Engineering?
24 A.  The way I read this -- the way I would read this,
25     not having been at this meeting, it sounds like

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

Page 54

1  CRINC was already handling tech transfer functions
2  for Engineering --
3  Q. Okay.
4  A. -- and they were expanding that to handle other
5  tech transfer opportunities within the university.
6  That's how I read this.
7  Q. Okay. Now, Ms. Armbrister, she's no longer with
8  the university or KUCR, correct?
9  A. Correct.
10  Q. But she's still living as far as you know?
11  A. Yes, I believe so. Yeah.
12  Q. Mr. Locke, where is he now?
13  A. Carl is retired. I believe he's still living.
14  Q. Okay. Ms. Moreland or Kim Moreland?
15  A. Kim Moreland is now the Vice Chancellor for
16  Research at the University of Wisconsin in
17  Madison.
18  Q. And Mr. Mossberg?
19  A. Howard Mossberg is retired and is here in town.
20  Q. In the Lawrence area?
21  A. Yes.
22  Q. Okay. In paragraph 1, line 2, the sentence
23  starts: "Carl and Barbara agreed to make a
24  proposal for overhead return for FY95 to the
25  University."

Page 55

1  Is that consistent with your -- what you
2  related to us earlier about the university
3  returning from F&A for purposes other than
4  library, computer facilities and the like, if I
5  understood that correctly?
6  A. As I read this, the university was likely asking
7  for some of the F&A generated by the engineering
8  grants to specifically come back to the
9  university.
10  Q. Oh, I'm sorry.
11  A. That's how I read this. Carl and Barbara would
12  have been speaking for the Center of Research,
13  agreed to make a proposal for overhead return to
14  the university.
15  Q. Oh, I see. Sure. Yeah, for example, the last
16  sentence of paragraph 1: "The excess funding from
17  the current non engineering projects represent an
18  opportunity for seed funding for technology
19  transfer functions of the total university."
20  A. Right.
21  Q. Thank you for clarifying that.
22      (Deposition Exhibit No. 10 was marked for
23      identification.)
24  Q. (By Mr. Cofran) Now then, let me hand you what we
25  have marked as Exhibit No. 10, which is a

Page 56

1  five-page document. And I will represent to you
2  that, as produced, it was yellow like it had been
3  typed on yellow paper. I'm going to ask you to
4  take a few minutes to take a look at this, and ask
5  if you've ever seen this before?
6  A. Yeah, I haven't, so let me...
7      MR. COOPER: Do you have five pages,
8  Diane?
9      THE WITNESS: No, I only have two pages.
10     MR. COOPER: What you have in front of
11  you, Dan, is different than what you marked and
12  handed to the witness.
13     MR. COFRAN: I'm sorry. It is. The
14  witness got a two-pager.
15     MR. COOPER: Do you need a copy to work
16  from?
17     MR. COFRAN: No, I want to get the paper
18  straight here. Two-pager. This is a two-pager,
19  so that's correct.
20  Q. (By Mr. Cofran) Okay. I apologize. Exhibit
21  No. 10 is a two-page document; is that correct?
22  A. Yes.
23  Q. And it's entitled Research, Graduate Studies &
24  Public Service 2/25/94, correct?
25  A. Correct.

Page 57

1  Q. And I'm sorry, you don't recall having seen this?
2  A. No, I do not.
3  Q. I'll state just for the record to summarize, if I
4  could, it's talking about the importance of
5  increased research efforts in the United States,
6  particularly the role that universities can play;
7  is that a fair statement?
8  A. That's what it looks like.
9  Q. Okay. And then you'll note that it is dated one
10  day after Exhibit 9. Exhibit 9 was the letter
11  transmitting meeting notes?
12  A. It's a month after.
13  Q. I'm sorry, 2/24. Do you have any idea how this
14  document was generated?
15  A. Absolutely not.
16  Q. Okay. Okay. So here's the five-page document.
17      (Deposition Exhibit No. 11 was marked for
18      identification.)
19  Q. (By Mr. Cofran) Now we're going to do 11, which
20  is five. Ask you to take a few moments to look
21  that over and identify it for us if you can,
22  please. And I'll state that as produced it was
23  yellow. The photocopy is in black and white, but
24  it was yellow as if it had been typed on yellow
25  paper.

Page 58

```
1   A. This looks like an additional planning document.
2   Q. But you've not seen it before?
3   A. No, I've not seen it.
4   Q. Okay. It says, however, for example, bottom of
5      page 2, Submitted by: Research, Graduate Studies
6      and Public Service.
7   A. Correct.
8   Q. And that was the name of that at the time?
9   A. Correct. And Howard Mossberg was still the --
10  Q. I'm sorry?
11  A. Howard Mossberg was still the vice chancellor at
12     that --
13  Q. Now, it also says at the top of page 1, Attachment
14     D, as in David, 2. I'm on Exhibit 11, page 1.
15  A. Yeah, page 1, Attachment D2.
16  Q. Okay. So apparently there were other attachments.
17     Have any idea -- apparently there were other
18     attachments of some sort of a planning document?
19        MR. COOPER: And the last three pages are
20     something separate from the first two. I remember
21     seeing this.
22        MR. COFRAN: Right.
23        MR. COOPER: The last three pages, it's
24     kind of like the pamphlet from U of Mass.
25        MR. COFRAN: Right.
```

Page 59

```
1   A. Oh, yeah.
2   Q. (By Mr. Cofran) You just said, "oh, yeah." What
3      were you --
4   A. University of Massachusetts.
5   Q. Right. You're talking now about the last -- for
6      pages 3, 4, and 5 of Exhibit No. 11. Those
7      appear -- there's a handwritten note on page 3.
8      Perhaps this was a Post-It note. That says,
9      "Developed by U. of Mass. Research Found,"
10     apparently foundation --
11  A. Uh-huh.
12  Q. -- "but applicable to all."
13        Do you recognize whose handwriting that
14     is?
15  A. No, I don't.
16  Q. Okay. And you've not seen this handout --
17  A. Uh-huh.
18  Q. -- before?
19  A. Huh-uh. Nope.
20        (Deposition Exhibit No. 12 was marked for
21     identification.)
22  Q. (By Mr. Cofran) Okay. Now we're going to hand
23     you Exhibit No. -- what we've marked as
24     Exhibit 12, and I'll ask you to exam it if you
25     could, please.
```

Page 60

```
1   A. This seems to focus just on technology transfer.
2   Q. Okay. It's an agreement, it's dated April 20,
3      1994 --
4   A. Uh-huh.
5   Q. -- correct?
6   A. Correct.
7   Q. And it's signed by Dr. Budig, who was the
8      chancellor at the time, and Howard Mossberg; is
9      that correct?
10  A. Correct.
11  Q. Who was president of KUCR?
12  A. And vice chancellor.
13  Q. And vice chancellor. Okay. Now, if I understand
14     it correctly, I agree with you, it looks like it
15     just deals with technology transfer?
16  A. Correct.
17  Q. But it's not limited to the School of Engineering;
18     is that correct?
19  A. Correct.
20  Q. It would be -- to have KUCR --
21  A. Yeah, that's how I read this.
22  Q. And technology transfer refers to, among other
23     things, securing patents on scientific discoveries
24     and the like?
25  A. Correct.
```

Page 61

```
1   Q. And hopefully licensing them and...
2   A. Correct.
3   Q. Okay. I'm going to direct your attention to
4      paragraph No. 4 which is on page 2.
5   A. Okay.
6   Q. And to move things along, that provides a basis
7      for compensation to -- compensation or
8      reimbursement to KUCR for its tech transfer
9      activities; is that a fair summary?
10  A. And back to the university.
11  Q. Okay. But here we're talking not about F&A
12     monies --
13  A. No.
14  Q. -- we're talking about earnings from technology
15     transfer activities --
16  A. Correct.
17  Q. -- such as licensing patents and the like --
18  A. Correct.
19  Q. -- okay?
20        (Deposition Exhibit No. 13 was marked for
21     identification.)
22  Q. (By Mr. Cofran) Okay. I'd like to hand you what
23     we've marked as Exhibit No. 13, which I'll ask you
24     to examine, please.
25  A. This is like a walk down memory lane.
```

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016          **Exhibit A**

Page 62

1  Q.  Oh, good, we're getting to that part.
2  A.  **Okay.**
3  Q.  Okay.  Have you had an opportunity to review what
4      we've marked as Exhibit 13?
5  A.  **I've looked at the minutes.**
6  Q.  Okay.
7  A.  **I've not looked at all of the rest of the handouts**
8      **that would have been part of the meeting.**
9  Q.  Right.  The minutes are pages 1, 2, 3, the first
10     four pages.  And then the balance of the document
11     appears to be a PowerPoint presentation?
12 A.  **Right.**
13 Q.  Okay.  You were present for this.  It talks about
14     Minutes of the Board of Trustees, December 1,
15     1999, Apollo Room, Nichols Hall.
16 A.  **Right.**
17 Q.  And you have signed these minutes as Diane
18     Goddard, secretary/treasurer?
19 A.  **Correct.**
20 Q.  And did you prepare these minutes or review them
21     and then approve them?
22 A.  **I reviewed them and then approved them.  I would**
23     **have reviewed them, edited them and then approved**
24     **them.**
25 Q.  Right.  Initially they would have been prepared by

Page 63

1      Ms. Crawford?
2  A.  **In this case, back then they would have been**
3      **prepared by Barbara Armbrister.**
4  Q.  Okay.  Now, you mentioned -- this is 1999.
5  A.  **Uh-huh.**
6  Q.  At this time, Dr. Hemenway is the chancellor; is
7      that correct?
8  A.  **Yes.**
9  Q.  And you mentioned going back a ways that
10     Dr. Hemenway saw opportunities to use KUCR for
11     more than simply benefits for the School of
12     Engineering; is that right?
13 A.  **Correct.**
14 Q.  To summarize, it looks like this meeting was a
15     roll-out, if you will, to explain to the Board of
16     Trustees an enhanced role for KUCR; is that fair?
17 A.  **Correct.**
18 Q.  Okay.  Where it would -- well, let's go through
19     what it says.  For example, let me read the second
20     part of the second full paragraph.
21     "Dr. Barnhill" -- and what was Dr. Barnhill's
22     position at the time?
23 A.  **He was the Vice Chancellor for Research and**
24     **Graduate Studies.**
25 Q.  Okay.

Page 64

1  A.  **I don't think Public Service was still there.**
2  Q.  Okay.  And he was also president of KUCR?
3  A.  **Uh-huh, yes.**
4  Q.  All right.  "Dr. Barnhill provided introductory
5      remarks and an overview of the current research
6      organization on the Lawrence campus.  As part of
7      its reorganization and emerging comprehensive
8      mission, the Center for Research is viewed as an
9      encompassing organization, replacing what was
10     known as CRINC and Research and Public Service
11     (RPS) with KUCR (Kansas University Center for
12     Research)."
13         Generally, what did you understand this
14     expanded role to be, either based on your own
15     knowledge, recollection or what appears in the
16     exhibit?
17 A.  **This is the point in time that we expanded CRINC,**
18     **turned it into KUCR, and expanded their purview to**
19     **all sponsored project activity.**
20 Q.  So it would be the entity that would be
21     responsible for supervised, whatever, all
22     sponsored research at the Lawrence campus for the
23     university?
24 A.  **There was a -- and this may be too much**
25     **information, so just tell me.  There was a**

Page 65

1      fundamental change that occurred when we went from
2      the corporation CRINC to the corporation KUCR.
3      CRINC had its own employees, KUCR does not.
4      Everybody is a university employee now, so that
5      changed a lot.  When we expanded, all of those
6      employees became university employees.  And the
7      university began to play a much larger role
8      because it was not just the School of Engineering,
9      but it was research for the entire university.  So
10     there was a very fundamental change that happened
11     when that transition happened.
12 Q.  Okay.
13 A.  **So Barbara Armbrister would have been an employee**
14     **of CRINC.  Once it became KUCR, she became a**
15     **university employee.**
16 Q.  Okay.  And the scope of responsibilities or the
17     portfolio, if you will, for KUCR would include not
18     only administration of grants and contracts,
19     sponsored research, but also technology transfer?
20 A.  **That was all under the purview of the Office of**
21     **Research and Graduate Studies.**
22 Q.  Okay.  It says here in the second sentence of
23     paragraph 1, "He," Dr. Barnhill, "explained the
24     expanding role of the Center for Research as the
25     administrative structure for grants and

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016                 **Exhibit A**

Page 66

1  contracts."
2  A.  Yeah.
3  Q.  We talked about that.  That's sponsored research.
4  "Research and technology transfer collaborations."
5  A.  Uh-huh.
6  Q.  And that's what I mean by technology transfer.
7  That's the patent function.
8  A.  Uh-huh.
9  Q.  "And internal research projects under the Graduate
10  Research Fund and Research Development Fund (RDF)
11  programs."
12  Are you with me there?
13  A.  Internal research projects, yeah, GRF and RDF.
14  Q.  Okay.  That's what I wanted to ask about next.
15  Internal research projects, does that refer to
16  research projects of the university, not sponsored
17  research from a third party?
18  A.  Yeah.  Yes.  And back when -- back when CRINC was
19  CRINC, it didn't handle the GRF and the RDF
20  because it was just for Engineering.  Research and
21  Graduate Studies office handled the Graduate
22  Research Fund and the RDF.
23  Q.  Okay.  What was or is the Graduate Research Fund?
24  A.  That is a fund that we use to provide funding to
25  graduate researchers for their research projects.

Page 67

1  And the Research Development Fund
2  provides funding for young PIs, young research
3  staff in support of their research so that they
4  can get their research far enough along that they
5  can then apply for a grant.
6  Q.  In other words, taking the example we had earlier,
7  the young professor in chemistry --
8  A.  Right.
9  Q.  -- who developed the --
10  A.  Right.
11  Q.  -- formula for a new de-icer, before she got to
12  the point where she could submit for a grant, sort
13  of proof of concept work --
14  A.  She liked --
15  Q.  -- she could have been funded --
16  A.  Through an RDF.
17  Q.  Okay.
18  A.  And back before we had KUCR, this was handled by
19  Research and Graduate Studies, and this was part
20  of what we use the indirect cost for.  But the
21  indirect cost was on deposit with the state
22  because the grants did not run through KUCR.  So
23  we simply moved that function, along with the F&A,
24  under the corporate umbrella.
25  Q.  Okay.  What -- I'm sorry, were you finished?  I

Page 68

1  don't mean to cut you off.
2  A.  Yeah, I think so.
3  Q.  Okay.  What was the source of funds for GRF, and I
4  think you touched on that, the Graduate Research
5  Fund, I'm sorry.
6  A.  We typically used indirect cost return or F&A.
7  Q.  Okay.  Similarly, a source of funds for Research
8  Development Fund?
9  A.  It -- we could have -- we would have used indirect
10  costs.  We also could have and we still do use
11  some state money for those funds.
12  Q.  Okay.  And when you say "state money," could you
13  be more specific?
14  A.  Money on deposit with the state.
15  Q.  But where did that money originate?  I mean, is
16  this like an appropriation from the state or...
17  A.  The money that's on deposit from the state
18  includes tuition and fees, state-appropriated
19  money, restricted fees.  Back then, it would have
20  included the indirect costs and F&A.
21  Q.  Next sentence:  "The center also handles
22  compliance and subcontracting issues and provides
23  financial and administrative oversight for state
24  funded centers, institutes and service units."
25  Could you give us a little flushing out

Page 69

1  on what that refers to?  Let me be helpful,
2  state-funded centers, centers is something of a
3  term of art; is that correct?
4  A.  Centers mean many things at KU.  In this case,
5  these centers were -- back then it would have
6  included the Kansas Geological Survey, the Bio
7  Survey, the -- I don't know what other centers
8  there were back in 1999, but the Biodiversity
9  Center.
10  So the center also handles compliance and
11  subcontracting issues.  It's not really the center
12  that handles but because the center didn't have
13  any employees, it was Research and Graduate
14  Studies.
15  Q.  Okay.  Let's move on to the next paragraph.
16  Dr. Armbrister -- is it Dr. Armbrister?
17  A.  No.
18  Q.  I'm assuming everyone's a doctor.
19  A.  No, she's not a doctor.
20  Q.  Let's see, yeah, first paragraph, first sentence,
21  I'm sorry.  "Barbara Armbrister, Director,
22  Administrative and Financial Services, gave an
23  update on the progress of the transition of
24  sponsored activity from the state system to the
25  corporation."

18  (Pages 66 to 69)

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016                **Exhibit A**

Page 70

```
 1   A.  Right.
 2   Q.  What does that mean, "state system"?
 3   A.  Well, with every -- back in 1999, when we flipped
 4       the switch, all of the existing grants and
 5       contracts from federal agencies were awarded to
 6       the University of Kansas.  We had to go back to
 7       every single one of those agencies and inform them
 8       that they were now center -- KU Center for
 9       Research because we were moving those funds from
10       being on deposit with the state to being on
11       deposit with the Center for Research.  But because
12       of that, I mean, you have to go back to the
13       federal agency whenever anything like that
14       changes.
15   Q.  Right.  Okay.
16   A.  And that took -- that was a very arduous process,
17       'cause we have thousands of grants.
18   Q.  Right.  And so, the account or checking account,
19       so to speak, I'm sure there was more than one, of
20       KUCR, that would have been not with the state
21       treasurer --
22   A.  Right.
23   Q.  -- but with a local bank?
24   A.  Correct.
25   Q.  Okay.  "Ms. Armbrister" -- I'm sorry, the next --
```

Page 71

```
 1       sentence three:  "Ms. Armbrister explained that
 2       the proposal, award and negotiation processes are
 3       already handled totally by KUCR personnel and most
 4       of the proposals and awards are now in the name of
 5       the Center for Research."
 6           Now, when she says they are KUCR
 7       personnel, she's referring to the CRINC days, so
 8       to speak --
 9   A.  Right.
10   Q.  -- when they were employees of CRINC?
11   A.  Right.  Right.
12   Q.  Thank you.
13           Let's move to the PowerPoint.  Apparently
14       at the meeting several different -- well, as
15       persons were speaking, as summarizing the text the
16       first several pages, they were showing a
17       PowerPoint --
18   A.  Uh-huh.
19   Q.  -- is that correct?
20           And the remaining pages, starting with
21       Attachment 1, KU 739, are handouts -- two handouts
22       from the PowerPoint; is that accurate?
23   A.  Correct.
24   Q.  All right.  Let's look at the second -- yeah,
25       second page, which is Bates designated KU 740.
```

Page 72

```
 1   A.  Okay.
 2   Q.  And we've talked about in that first slide:
 3       Corporate/state research administration unit for
 4       Lawrence campus.  And then it ticks off one, two,
 5       three, four, five, six, seven different tasks plus
 6       federal license for KU.
 7           Then it says, at the very bottom of the
 8       slide -- the second slide, it's actually Slide
 9       No. 4 in the PowerPoint:  "KUCR combines corporate
10       flexibility with state stability."
11           What to your mind did he mean by
12       corporate flexibility?
13   A.  It's one of the reasons why we have the
14       corporation, and I referred to it as a tool.  Back
15       in 1999, when we made this change, all of the
16       federal dollars were on deposit with the state.
17       And that meant that everything had to flow through
18       state purchasing, through state administration and
19       whatever they call themselves, A&R.
20   Q.  You mean state as in Topeka?
21   A.  In Topeka.  And it was extremely onerous for the
22       PIs who would write into their grants they needed
23       a specific piece of equipment -- and this is just
24       an example:  I need a microscope and it has to be
25       this microscope because of these reasons.  And
```

Page 73

```
 1       Topeka would want us to take a low bid microscope
 2       that didn't meet those specifications.
 3           Corporate flexibility, having the money
 4       on deposit with -- through the corporation, not on
 5       deposit with the state, allowed us to be much more
 6       nimble.  We still had control over the money so we
 7       still used good purchasing guidance, but we could
 8       be much more nimble for the PIs.  So that
 9       microscope we would be able to purchase in a
10       matter of days instead of months.
11   Q.  Okay.  In other words --
12   A.  So that's one example of corporate flexibility.
13   Q.  In other words, you wouldn't have to follow state
14       purchasing and procurement policies?
15   A.  Right.  Which back in 1999 were very onerous.
16   Q.  Do you know, does KUCR follow state purchasing and
17       procurement policies now?
18   A.  We require them to follow the federal acquisition
19       regulations.
20   Q.  And when you say "we," you mean -- which hat are
21       you wearing there?
22   A.  I'm wearing -- well, that decision was made back
23       when I was comptroller.  But as a board member and
24       as a Vice Provost for Administration and Finance,
25       we -- I require anything that goes through the
```

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016          **Exhibit A**

Page 74

1   corporation to go through our financial system.
2   So if they're buying something with -- let's say a
3   PI is buying something with corporate money.  It
4   still goes through KU's financial system.  I still
5   have visibility.  The university purchasing
6   department processes those transactions.  It's
7   just the money that we use is on deposit with the
8   corporation.
9       Now, when a PI travels -- here's another
10  example, when a PI travels, when they get travel
11  money in their grant, they're allowed to follow
12  federal travel reimbursement guidelines which are
13  different than the state travel.  So I simply ask
14  my staff, you've got to know two sets of rules,
15  and when you audit, you've got to know that this
16  is on a grant so they can -- they can -- they get
17  a higher mileage reimbursement than if you're --
18  that same person is traveling utilizing state
19  money.
20  Q.  Okay.
21  A.  Same auditor, but --
22  Q.  Sure.  And this is probably for the other witness,
23  but in terms of the amount of sponsored research
24  done through, by KUCR, it is overwhelmingly
25  federal sponsored as opposed to --

Page 75

1   A.  Uh-huh, it is.
2   Q.  -- state sponsored, correct?
3   A.  Yeah.  Yeah, it is.
4   Q.  Let's go back to your example about, you know,
5   needing a special microscope.
6   A.  Uh-huh.
7   Q.  So in the case of KUCR, you have the flexibility
8   where you want a special microscope, as opposed to
9   going out for bids and all of that sort of thing,
10  the PI can make the purchase directly for the
11  instrument that he or she really wants?
12  A.  Right.  We would probably still have bid it, but
13  we would allow him to bid that specific
14  microscope.
15  Q.  Okay.  Now, when you say "we," you're meaning the
16  university?
17  A.  Uh-huh.
18  Q.  Okay.
19      MR. COOPER:  Yes?
20  A.  It's all university.
21  Q.  (By Mr. Cofran)  I understand.
22      MR. COOPER:  Yes?
23  A.  Yes.
24  Q.  (By Mr. Cofran)  Well, does the university have a
25  policy and procedure on sole source purchases?

Page 76

1   A.  Yes.
2   Q.  Okay.  And then that's what would be followed?
3   A.  Yes.
4   Q.  What about the federal regulations, the terms of
5   the grant when you're dealing with a federal
6   agency, do they have special rules on purchasing
7   that you have to follow also?  As I understand it,
8   yes, they do?
9   A.  Yes.  Yes, of course.  Yeah.
10  Q.  Okay.  Now, again, going back to that sentence at
11  the bottom of Slide No. 4:  "KUCR combines
12  corporate flexibility with state stability."
13      What does the state stability refer to,
14  in 1999, not today?
15  A.  Yeah, there isn't much today.  I'm not sure what
16  they meant by that in 1999.
17  Q.  Okay.  Let's move ahead to page -- the Bates
18  number is 744.  There's a diagram pipeline.
19  A.  Uh-huh.
20  Q.  You're looking at that now.  Okay, it shows --
21  well, could you explain what that means to your
22  understanding?  I think I know what it means, but
23  what's trying to be depicted here.
24  A.  IN:  Proposals, Award Projects, Reviews,
25  Compliances.  OUT:  Accounts Receivable, Accounts

Page 77

1   Payable, Assets, Purchasing.
2       The only thing that this tells me, it
3   depicts that more of the money would flow through
4   the corporate bank account rather than the state
5   bank account.
6   Q.  Right.  It's just depicting in a way the relative
7   size of sponsored research handled by KUCR versus
8   KU in this new system?
9   A.  Yeah, I guess.  Yeah.
10  Q.  That's all I could make out.
11  A.  Yeah.
12  Q.  I wanted to make sure.
13      I'm moving up now to Bates Stamp KU 752.
14  There's a pie chart.
15  A.  All right.
16  Q.  So if I read this correctly, this pie chart shows
17  that of all the sponsored research what the
18  different sources are?
19  A.  Correct.
20  Q.  Okay.  And at this point in time, 1999, or FY98,
21  fiscal year ending 1998, which would be June 30,
22  1998 --
23  A.  Correct.
24  Q.  -- okay, 11 percent of the sponsored research came
25  from the State of Kansas?

20  (Pages 74 to 77)

DIANE GODDARD  1/22/2016          **Exhibit A**

Page 78

1   A.  Correct.
2   Q.  Okay.
3   A.  And that would have been agencies like Kansas
4       Health & Human Services, that doesn't mean
5       university.
6   Q.  Right.
7   A.  Okay.  Right.
8   Q.  Yeah, it's not an appropriation, it's a grant --
9   A.  Right.
10  Q.  -- or a cooperative agreement to do work?
11  A.  Right.  KDOT, yeah.
12  Q.  Yeah, on designing new traffic signals, something
13      like that?
14  A.  (Witness nods.)
15  Q.  The slide beneath that, Slide No. 8, Kansas
16      Considerations, it says Kansas R&D efforts.
17      EPSCoR, e-p-s-c-o-r.
18  A.  EPSCoR, yeah.
19  Q.  What is that?
20  A.  Well, we are an EPSCoR state, at least we were.  I
21      think we still are.
22  Q.  So that's a federal designation?
23  A.  It is, yeah.  And it -- it's not -- it's not a
24      prestigious thing to be an EPSCoR state.  It means
25      that federal dollars aren't naturally flowing to

Page 79

1       these states, and so the feds set up the EPSCoR
2       program in order to get more federal dollars to
3       those states so that they would get a bigger slice
4       of the federal pie.
5           So EPSCoR grants tend to be large grants
6       and they can be managed either at KU or at
7       K-State, but generally the EPSCoR money comes into
8       one university but is then subcontracted --
9       subcontracted out to the other region's
10      universities as well.
11  Q.  Okay.  So the grant comes to KU, first of all, or
12      KUCR, as the case may be?
13  A.  Yeah.
14  Q.  But then it goes out to others.  Is that what's
15      sometimes referred to as subrecipient as I see in
16      the financials?
17  A.  Exactly, yeah.  Yeah.
18  Q.  Okay.  Now, is EPSCoR, is that just for science or
19      does it also cover humanities or --
20  A.  We typically get two different kinds of EPSCoR and
21      they are -- I believe they're both fairly STEM
22      related.  I think NSF is one and NIH may be.
23  Q.  And STEM refers to science, technology,
24      engineering and mathematics?
25  A.  Yes.

Page 80

1   Q.  Let's move up to Bates No. KU 763.  Are you there?
2   A.  I believe so.
3   Q.  Okay.  There's a -- the bottom slide:  "Largest
4       Investment Recipients (FY98 and FY99 Combined)."
5           Do you see that slide?
6   A.  Yeah.
7   Q.  There's an asterisk at the bottom.  "Does not
8       include state budgeted funding."
9           Let's back up.  The entities listed there
10      are?
11  A.  It's a mixture.  You've got three schools -- four
12      schools listed.
13  Q.  LSI is what?
14  A.  Life Span Institute.
15  Q.  Okay.  Now, is that --
16  A.  That's the center.
17  Q.  Okay.  And that's the Schiefelbusch --
18  A.  Schiefelbusch.
19  Q.  Schiefelbusch?
20  A.  Yes.
21  Q.  Okay.
22  A.  Yeah.
23  Q.  Life Center.
24          Now, there's also something called the
25      Expanded Life Institute or Extended Life

Page 81

1       Institute.
2   A.  I don't know what that is.
3   Q.  Okay.  CLAS, College of Liberal Arts & Sciences?
4   A.  Liberal Arts & Sciences.
5   Q.  School of Engineering.
6   A.  Uh-huh.
7   Q.  HBC, Higuchi Biosciences Center?
8   A.  Center, correct.
9   Q.  ITTC?
10  A.  Information Technology --
11          DR. MOORE:  Communications.
12  Q.  (By Mr. Cofran) And communications?
13  A.  What's the second T, though?
14          DR. MOORE:  Telecommunications.
15  A.  That's it, telecommunications center.
16  Q.  (By Mr. Cofran) School of Pharmacy, Biodiversity
17      Research Center, Service Laboratories.  Service
18      Laboratories, those are what are sometimes
19      referred to as core labs?
20  A.  They could be.
21  Q.  Okay.  For example, Dr. Moore worked in the --
22  A.  MAI.
23  Q.  -- Microscopy, Analysis and Imaging lab, also
24      known as MAI lab.  That's sometimes referred to as
25      a service lab?

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016          **Exhibit A**

Page 82

1   A.  Correct.
2   Q.  Okay.  School of Education, Topeka Capitol Center.
3       That's apparently a university extension office?
4   A.  Well, for Public Affairs.  For the School of
5       Public Affairs.  It wasn't a school then, it was
6       an academic department.
7   Q.  My question is simply, the asterisk does not
8       include state-budgeted funding.  Again, is that in
9       the nature of appropriations --
10  A.  It would be --
11  Q.  -- or sponsored-research agreements?
12  A.  Yeah.  Or sponsored-research agreements?
13          No.  Does not include state -- given the
14      dollar amounts, I'm assuming -- FY98 and 99
15      combined.  I don't know what that is.
16  Q.  If you don't know, I don't want to --
17  A.  Yeah, I could invent something but...
18  Q.  No, we don't want you to invent.  We'll leave that
19      to others.
20  A.  Yeah.
21  Q.  Bates page KU 764.  Bottom slide:  Research
22      Development Fund (RDF).  We talked about that
23      earlier.  This is apparently a presentation by
24      Mr. Roberts.  It refers to highly leveraged
25      projects.  Does that mean they are matching fund

Page 83

1       type projects, and that's where the leverage is?
2   A.  Could be.
3   Q.  But we're not sure.  I mean, I understand we're
4       going back a few years here.
5   A.  Well, Research Development Fund, that's a fund
6       that invests in early career and early proof of
7       concept kind of research that we hope --
8   Q.  Right, our young chemistry professor example?
9   A.  -- that we hope to be able to leverage into larger
10      grants.
11  Q.  Okay.  Do you recall the "unabashedly about money"
12      comment?
13  A.  No.
14  Q.  Let's look at Bates page KU 777.
15  A.  Okay.
16  Q.  This is a presentation by Leslie Callahan.  Do you
17      recall who she was?
18  A.  Huh-uh.
19  Q.  We can look back at the minutes on that, but this
20      apparently has to do with technology transfer and
21      how well they're doing.
22  A.  Okay.
23  Q.  Okay.  The second slide on the page, it's numbered
24      6, bullet number 2 talks about:  Equity positions
25      in 4 spin-off companies."

Page 84

1           This may be beyond your area of
2       responsibility, but was KUCR taking stock
3       positions in some of these start-up companies?
4   A.  I don't believe so.  That might be a better
5       question for Jennifer.
6   Q.  Right, I think it's a little out of your area.
7   A.  Yeah.
8   Q.  I think that's all I have on this one.
9           MR. COFRAN:  It is right now noon.  You
10      have been talking for two hours.  What time do you
11      have the other person coming or --
12          MR. COOPER:  1:30.
13          MR. COFRAN:  I'm sorry?
14          MR. COOPER:  1:30.  It's not like we
15      can't call her if you're --
16          MR. COFRAN:  No, I've got more I want to
17      go through.  I'm just saying if we could take a
18      break, I could look at what I have here and maybe
19      move things along.
20          MR. COOPER:  Okay.
21          MR. COFRAN:  I sense that I might be
22      taking longer than till 1:30 with Ms. Goddard, but
23      I just want to give you all a heads-up that if I,
24      you know, go till 2, I go till 2.  But if I had a
25      break, that break could be to go get sandwich for

Page 85

1       you all.
2           MR. COOPER:  We can go off the record.
3           (Off the record.)
4           MR. COFRAN:  So let the record show we're
5       going -- taking a break right at 12 noon.
6           (Recess.)
7           MR. COFRAN:  We are back on the record at
8       12:26 p.m. after a short break.
9   Q.  (By Mr. Cofran)  Ms. Goddard, I'm going to hand
10      you what we've marked as Exhibit 14 -- oh, I'm
11      sorry, I should let our reporter bless it first.
12          (Deposition Exhibit No. 14 was marked for
13          identification.)
14  Q.  (By Mr. Cofran)  And I'll ask you to take a look
15      at that and identify it for us, if you can,
16      please.
17  A.  Okay.  So this is -- this is how we transferred
18      staff to the university from the -- from KUCR.
19  Q.  Okay.  So this is a three-page document, right?
20  A.  Yes.
21  Q.  Entitled "Transfer of University of Kansas Center
22      for Research, Inc. Staff to the University of
23      Kansas, Lawrence Campus - Notice of Changes"?
24  A.  Right.
25  Q.  And on page 3, at the end, it is dated 7/27/03?

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016          **Exhibit A**

Page 86

1  A.  Correct.
2  Q.  And it appears to be a handout that would have
3      gone to employees, an information sheet?
4  A.  Right.  Correct.
5  Q.  Okay.  And could you continue with your
6      explanation?  You testified earlier that there
7      came a point in time --
8  A.  Uh-huh.
9  Q.  -- when folks who were employees of CRINC, what we
10     have called CRINC, the earlier version of KUCR,
11     were employees of CRINC, the corporation, but
12     switched over and became employees of the
13     university?
14  A.  Correct.
15  Q.  Does this exhibit relate to that change?
16  A.  Yes, it does.
17  Q.  Okay.  And let's see, I may be wrong on my dates,
18     but this says it's effective July 27 of '03 in the
19     first paragraph.  I thought -- I understood the
20     explanation earlier that perhaps this had occurred
21     at an earlier date.
22  A.  The -- the transfer of the corporation from CRINC
23      to KUCR occurred in '98, '99.  This takes an
24      incredible amount of planning, so it did not
25      happen at the same time that --

Page 87

1  Q.  Sure.
2  A.  -- KUCR started encompassing all of the university
3      grants.
4  Q.  Sure.  As Ms. Armbrister indicated in an earlier
5      exhibit in changing over the system, it was a
6      matter of years to do this.  So --
7  A.  Right.  Yeah.
8  Q.  -- it's your recollection that the transition
9      regarding the employees would not have occurred
10     until a few years later?
11  A.  Right.
12  Q.  In this case the document being dated July of '03
13     is consistent with that --
14  A.  Yes.
15  Q.  -- process?
16  A.  Yes.
17  Q.  Okay.  Thank you.
18         And basically it just explains in the
19     changeover how fringe benefits and the like will
20     be handled?
21  A.  Correct.
22  Q.  Basically, they'll be treated like all other
23     university employees?
24  A.  Correct.
25

Page 88

1         (Deposition Exhibit No. 15 was marked for
2      identification.)
3  Q.  (By Mr. Cofran)  I'm going to hand you what we've
4      marked as Exhibit 15, and ask you to look it over.
5      This is the Affiliation Agreement.
6         MR. COFRAN:  David, I apologize, I just
7      have --
8         MR. COOPER:  I'll survive.  We have
9      copies.
10        MR. COFRAN:  I'm thinking you have a
11     copy.
12        MR. COOPER:  Yes.  1315.
13        MR. GRAUBERGER:  1315.
14        MR. COFRAN:  This is Exhibit 15.  Are you
15     all with me on that?
16        MR. COOPER:  Yeah, I'm just reading the
17     Bates numbers so he can pull it up in the book.
18        MR. COFRAN:  Okay.  One of your many
19     copies.
20  Q.  (By Mr. Cofran)  Okay.  Can you identify for us
21     what we have marked as Exhibit 15?
22  A.  You want me to do that?
23  Q.  Sure, please.
24  A.  It's the Affiliation Agreement between University
25     of Kansas and University of Kansas Center for

Page 89

1      Research, Incorporated.
2  Q.  Okay.  And it is dated, what, December 21, 2004?
3  A.  '4, correct.
4  Q.  Okay.  Now, once again, it was my understanding
5      that -- well, why was this agreement, if you know,
6      entered into at this time in December of 2004 as
7      opposed to an earlier date when this
8      reorganization was being done?
9  A.  I don't know if I can answer the specifics as to
10     why it happened in 2004 rather than 2000.
11        MR. COOPER:  Other than to formalize what
12     was really going on.
13  Q.  (By Mr. Cofran)  Yeah.
14  A.  Yeah, okay.  Yeah.  Yeah, because the -- if you
15     remember, the previous paperwork was pretty
16     general, was half a page signed by Frances
17     Horowitz.  This is much more detailed, so...
18  Q.  Let me ask.  It appears at this point in time the
19     university or KUCR was embarking on a pretty
20     aggressive building program.  You'd mentioned
21     before building the Multidisciplinary Research
22     facility and the Structural Biology Center?
23  A.  Correct.
24  Q.  Okay.  And let me mark then, to jog your memory
25     maybe, Exhibit 16.

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016          **Exhibit A**

Page 90

1          (Deposition Exhibit No. 16 was marked for
2          identification.)
3   Q.  (By Mr. Cofran)  And ask if you can identify that
4       for us, please?
5   **A.  I don't have it.**
6   Q.  Oh, I'm sorry.
7   **A.  This is the first amendment to the Affiliation**
8       **Agreement dated December 21, 2004.**
9   Q.  And that's the same date as the Affiliation
10      Agreement itself, December 21, 2004, Exhibit 15,
11      correct?
12  **A.  Yes.  That is correct.**
13  Q.  Only if you know, was the reducing to writing in
14      the Affiliation Agreement, Exhibit 15, somehow
15      connected with the -- strike that.
16          Let's identify Exhibit No. 16, First
17      Amendment to Affiliation Agreement.  Do you
18      recall --
19  **A.  Uh-huh.**
20  Q.  -- whether this had anything to do with the
21      building program?
22  **A.  Well, it looks like this occurred at the time that**
23      **we were refunding the revenue bonds for the**
24      **Multidisciplinary Research Building.**
25  Q.  In other words, they were being refinanced?

Page 91

1   **A.  Right.**
2   Q.  I'll just be perfectly frank.  It occurred to me
3       that perhaps as part of that refinancing
4       transaction, bond counsel or someone required an
5       agreement to be reduced to writing setting forth
6       the relationship between the university and KUCR.
7       If that rings a bell, fine.  If it does not,
8       that's fine, too.
9   **A.  That would make sense, but I don't remember that.**
10  Q.  Okay.  Let's go through back to Exhibit No. 15,
11      the --
12  **A.  I believe Theresa will be the person you need to**
13      **ask that specific question.**
14  Q.  Okay.  On the Affiliation Agreement itself,
15      several sections -- Section 1, Sponsored
16      Agreements, it states that:  KUCR -- and this is
17      paragraph No. 1, page 2:  "KUCR will manage and
18      administer all sponsored grants and contracts,
19      including federally sponsored research grants, for
20      the KU Lawrence and Edwards campuses, and will
21      provide appropriate accounting and purchasing
22      procedures for investigators."
23          So if I understand this, this is simply,
24      as counsel indicated earlier, reducing to writing
25      what the arrangement had been?

Page 92

1   **A.  Correct.**
2   Q.  KUCR is the party that does the administration and
3       whatnot for sponsored research or sponsored
4       agreements, is that what they are called?
5   **A.  Yeah.  Yes.**
6   Q.  Sponsored grants, I'm sorry.
7          So this doesn't really at this point in
8       time, 2004, change anything?
9   **A.  I haven't read the whole thing, but it doesn't**
10      **look like it.**
11  Q.  Okay.  Well, I don't want to...
12          Let's just go through it one sentence at
13      a time, and we're not going to do the whole
14      agreement.
15  **A.  Okay.**
16  Q.  Section 1, the second sentence says:  "KUCR shall
17      receive, collect and enforce collection of revenue
18      or other consideration derived from the
19      administration of sponsored grants and contracts."
20  **A.  Right.  That's what they were doing.**
21  Q.  Okay.  And that refers to what, retention of F&A?
22  **A.  "Collection of revenue or other consideration**
23      **derived from the administration of" — yes, I**
24      **believe that's correct.**
25  Q.  Okay.  I mean, that's talking about, yeah, F&A as

Page 93

1       opposed to license fees and royalties from patents
2       and the like?
3   **A.  "Derived from the administration of sponsored**
4       **grants and contracts," yes.**
5   Q.  Okay.  And, in fact, I think the next line maybe
6       helps us out.  Next sentence:  "KUCR shall retain
7       sponsored research overhead reimbursement of KU
8       costs associated with sponsored projects
9       ("Indirect Costs") undertaken by KUCR."
10  **A.  Correct.**
11  Q.  That's referring to what we've discussed today as
12      F&A or --
13  **A.  Right.**
14          MR. COOPER:  Indirect costs.
15  Q.  (By Mr. Cofran)  -- indirect costs and/or what was
16      the other?
17  **A.  Facilities and Administration.**
18  Q.  Facilities and Administration.  I'm no real
19      property lawyer.  F&A is fixtures.  It means
20      fixtures.
21          Then Section 2 on the next page --
22  **A.  Uh-huh.**
23  Q.  Internal Research Funds.  "KUCR will establish
24      and manage research funds for internal support of
25      KU faculty and staff research efforts."

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016          **Exhibit A**

Page 94

1    A.  Uh-huh.
2    Q.  That, again, is doing the administration for
3        internal research, that being within KU itself --
4    A.  Right.
5    Q.  -- funded, for example, by the RDF or the --
6    A.  GRF.
7    Q.  -- GRF?  Okay, thank you.
8            Let's jump to Section 4 on page 4,
9        Technology Transfer.
10   A.  Uh-huh.
11   Q.  First sentence:  "KUCR will manage and administer
12       all KU Lawrence and Edwards Campus intellectual
13       property in accordance with the Regents'
14       Intellectual Property Policy and the University of
15       Kansas Intellectual Property Policy for the
16       Lawrence Campus."
17   A.  Okay.
18   Q.  Okay.  So that's confirming what they were already
19       doing at that time --
20   A.  Correct.
21   Q.  -- in terms of tech transfer?
22           I'm sorry, I need to back up.
23       Facilities, Section 3 on page 3.
24   A.  Okay.
25   Q.  First sentence:  "All activities, contracts and

Page 95

1        research that are conducted in research facilities
2        developed and/or operated by KUCR shall be
3        consistent with the mission of KU and shall not
4        jeopardize KU or KUCR missions.  The management of
5        facilities owned or leased by KUCR shall be
6        conducted such that the property or properties
7        that are leased, developed or purchased will be
8        acquired, built and/or maintained in such
9        condition so as to be transferred to KU upon the
10       completion of their intended purpose or mission or
11       at a time the parties mutually agree to be
12       appropriate."
13   A.  Uh-huh.
14   Q.  Okay.  And as I understand it, there have been
15       some buildings that have been built that were --
16   A.  Uh-huh.
17   Q.  -- while still being constructed were transferred
18       to the university?
19   A.  Correct.
20   Q.  And that would be the Multidisciplinary Research
21       Building --
22   A.  That's correct.
23   Q.  -- and the Structural Biology Center?
24   A.  That's correct.
25   Q.  Okay.

Page 96

1    A.  We have the asset, they have the debt.
2    Q.  Yeah, that was nice for balance sheet people.
3           As I understand it, sponsored research is
4        undertaken in -- or can be undertaken in
5        facilities owned by KUCR or owned by the
6        university; is that correct?
7    A.  Yes.  There aren't very many buildings, though,
8        that are owned by KUCR.
9    Q.  Okay.  Could you tell us now which ones are owned
10       by KUCR?
11   A.  The buildings out on the corner of Wakarusa and
12       Bob Billings.  And there is also a building on
13       Saint Andrews that is used by AAI.
14   Q.  Okay.  Let's back up.  The Wakarusa address you
15       mentioned, is that sometimes referred to as the
16       Wakarusa facility or Wakarusa building?
17   A.  Well, there's -- I think there's two.
18   Q.  Help me out.
19   A.  I believe there's two.  There's the Wakarusa
20       building.  And then the one on the corner is the
21       life sciences building.  It's that complex of
22       several buildings.
23   Q.  Okay.
24   A.  Life sciences.
25   Q.  I noticed, for example, one time, the center known

Page 97

1        as CEBC was at Wakarusa.  Does that ring a bell?
2    A.  Yeah, that could be.  Yeah.  Uh-huh.
3    Q.  But in the first building you mentioned as opposed
4        to life sciences, only if you know?
5    A.  Yeah, I believe Wakarusa is down on Wakarusa.
6        It's about half a block from --
7    Q.  Okay.
8    A.  -- the buildings on the corner.
9    Q.  And then you mentioned the Saint Andrews AAI.
10       What is AAI?
11   A.  Neal Kingston's achievement -- the assessment
12       group.  AAI.  Academic Achievement Institute
13       maybe.
14   Q.  Okay.
15   A.  You'd be wise to Google it.
16           MR. COOPER:  You were right.
17           THE WITNESS:  Okay, good.
18           (Deposition Exhibit No. 17 was marked for
19           identification.)
20   Q.  (By Mr. Cofran)  Okay.  I'll hand you what we have
21       marked as Exhibit 17 which is titled "Employee
22       Services Agreement" consisting of one, two, three,
23       four, five, six, seven, eight pages.  And I will
24       ask you if you're familiar with this document?
25   A.  I have seen it before, yes.

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016          **Exhibit A**

Page 98

1  Q.  Now, then, this document is dated 14 June 2009.
2      The earlier Affiliation Agreement, Exhibit 15, was
3      earlier, December 21, 2004.  Do you know why this
4      document was prepared, this agreement, entered
5      into at this particular date several years later,
6      2009?
7  **A.  There was a very specific reason why we did this**
8      **when we did it, and you're going to have to ask**
9      **Theresa --**
10 Q.  Okay.
11 **A.  -- 'cause I'm not going to be able to pull it up.**
12 Q.  We're not going to ask you to guess.  Well, let me
13     ask you -- the document, of course, speaks for
14     itself, but in Section 1(a), the first sentence
15     states that:  "The University agrees to provide to
16     KUCR the services of University employees as
17     necessary and by mutual agreement of the
18     University and KUCR (the 'Employees'); provided
19     that the services of the Employees can be
20     modified, transferred or removed from KUCR at any
21     time, upon 14 days' prior written notice to KUCR
22     by KU."
23         Focusing on that sentence, what
24     categories of employees are we talking about?
25 **A.  I have no idea.**

Page 99

1  Q.  Okay.  So no idea whether that refers to
2      university employees while they're working under
3      sponsored research agreements or administrative
4      matters for KUCR?
5  **A.  It could be one or the other or both.**
6  Q.  You don't know.  That's fine.
7          Page 3 of the exhibit, Section 4,
8      Payment.
9  **A.  Uh-huh.**
10 Q.  Reads as follows:  "In consideration of the
11     services.
12 **A.  Okay.**
13 Q.  Okay.  "In consideration of the services of the
14     Employees provided to KUCR by the University, KUCR
15     agrees to pay to University an agreed-upon amount
16     for its management of grants, awards, and
17     contracts for which the University has delegated
18     for management authority to KUCR.  The amount paid
19     by KUCR to University shall be determined by the
20     parties taking into consideration the following
21     factors."
22         And then briefly subparagraph (a) refers
23     to employees where there is a specific number of
24     hours "established for the Employee's performance
25     of services."  And (b) is if there aren't specific

Page 100

1      numbers of hours.
2  **A.  Okay.**
3  Q.  Do you know -- I don't understand this.
4  **A.  Okay.  I do.**
5  Q.  Good.  Would you please help me out there.
6  **A.  We have a couple of things going on here.  First**
7      **of all, faculty can be paid from their grants.**
8      **They can hire research assistants.  They can hire**
9      **post docs.  They are university employees, but**
10     **they are paid -- their funds are over at -- in the**
11     **corporate bank account.**
12         **So we pay them on our payroll.  We take**
13     **care of all of their fringe benefits.  We take**
14     **care of all of their benefits, they're university**
15     **employees.  At the end of the pay period, we**
16     **submit a bill for reimbursement basically to the**
17     **corporation telling them this employee worked on**
18     **this grant, we paid them this amount, you need to**
19     **reimburse us.  And you know, as you can imagine,**
20     **we can have faculty split amongst many grants and**
21     **so it's a very detailed accounting.**
22         **They also use some of their F&A money to**
23     **pay the salaries of some of the like pre- and**
24     **post-award people.  The Vice Chancellor for**
25     **Research, he has a state budget and he also has**

Page 101

1      **access to corporate funds.  So he may have a need**
2      **for another pre-award person but the money that**
3      **he's going to use to pay for this person is**
4      **corporate money.**
5          **So we budget for them on the state side.**
6      **We budget a fund, 906, that basically says, okay,**
7      **the money for this person is in the KUCR bank**
8      **account.  They're university employees, they're**
9      **treated no differently than any other university**
10     **employee.  We pay them but then we are reimbursed**
11     **for those salaries.  It's the only way we can get**
12     **that money from one bank account to another bank**
13     **account.**
14 Q.  And KUCR's source of funds for that is either the
15     grant funds, direct services grant funds --
16 **A.  Right.**
17 Q.  -- or F&A --
18 **A.  Or indirect, yes.**
19 Q.  -- under the grant?
20         Okay.  Now, there is a -- what's been
21     called various things at KUCR -- business office?
22 **A.  Uh-huh.**
23 Q.  The people who are running the administrative
24     side?
25 **A.  Uh-huh.  Uh-huh.**

26  (Pages 98 to 101)

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016          **Exhibit A**

Page 102

```
 1   Q.  So I'm not talking about people working under
 2       sponsor agreements, sponsored research, but
 3       administrative staff, if you will.
 4   A.  Like the CFO?
 5   Q.  Yeah.  Yeah, okay.  Now that person, as I
 6       understand it, is an employee of the university?
 7   A.  Absolutely.
 8   Q.  And he or she is paid out of university funds.
 9       Now, does the university bill KUCR for
10       reimbursement?
11   A.  Depends how they're budgeted.  And that can change
12       year to year.
13   Q.  Okay.
14   A.  It's up to the Vice Chancellor for Research.
15       Right now I believe that person is funded with the
16       state money, budgeted and funded.
17   Q.  And by "state money," you mean?
18   A.  Money on deposit with the state.
19   Q.  Yeah.  University money on deposit with the state
20       that goes through the state system?
21   A.  Right.
22   Q.  Because it has to go through the state's bank and
23       whoever gets that contract?
24   A.  Uh-huh.
25   Q.  But that changes from year to year?
```

Page 103

```
 1   A.  Uh-huh.
 2   Q.  Okay.
 3   A.  Uh-huh.  It's no different than paying for this
 4       person this year from state-appropriated funds,
 5       next year paying them from tuition funds.  Then
 6       the next year they may be paid out of restricted
 7       fee.  Just depends on how we structure the budget.
 8   Q.  Okay.  Let's take a simpler example.  Let's take
 9       our example of the young professor who's working
10       on the de-icer.
11   A.  Uh-huh.
12   Q.  And she's got her grant now, her million-dollar,
13       two-million-dollar grant --
14   A.  Uh-huh.
15   Q.  -- to work on this.  Now, while she is doing the
16       work on that, is she paid with university funds or
17       with KUCR funds that are sourced from her grant?
18   A.  If she is doing work specific to the grant and
19       there is money in the grant budget to pay her for
20       that work, then we would charge the work back to
21       that grant.  So she may -- if she's working half
22       time on that grant and half time doing other
23       research, her funding may be split and should be
24       split so that it reflects her effort.  So she
25       could be -- in any one pay period, she could be
```

Page 104

```
 1       split from -- she could be paid from both sources
 2       of funding.
 3   Q.  Right.  She gets one check --
 4   A.  She gets one check, yes.
 5   Q.  -- at the pay period showing, yeah, from
 6       University of Kansas --
 7   A.  Right.
 8   Q.  -- drawn on some state account?
 9   A.  Right.
10   Q.  But the funding for that in your example, if she
11       split her time 50-50 between the grant --
12   A.  Uh-huh.
13   Q.  -- and her other responsibilities --
14   A.  Uh-huh.
15   Q.  -- you know, half of that would come from --
16       university would bill KUCR for half of her time?
17   A.  Right.
18       MR. COOPER:  Yeah.  I want to be sure
19       that you keep the -- originally the money comes
20       from the state's bank account that the state will
21       then bill KUCR --
22       THE WITNESS:  Yeah.
23       MR. COOPER:  -- and fund it back within a
24       relatively short period of time.
25   A.  Yeah, we bill them every pay period.
```

Page 105

```
 1       MR. COOPER:  And to really blow your
 2   mind, Dan, that can change pay period to pay
 3   period.
 4       MR. COFRAN:  We're on the same wavelength
 5   here.
 6       MR. COOPER:  Just think what happens at
 7   spring break.  Everybody runs to the lab.
 8   A.  Uh-huh.
 9   Q.  (By Mr. Cofran)  And then at the end of the year
10       there's probably some sort of a reconciliation?
11   A.  The reconciliation happens more frequently than at
12       the end of the year, but yes.  Plus, we also have
13       to reconcile back to the effort reports.
14   Q.  Well, let's take an example like Dr. Moore
15       situation where he's working in a core lab or a
16       service center.
17   A.  Uh-huh.
18   Q.  So, as I understand it, his time that is spent on
19       sponsored research he gets paid by the state but
20       then he gets the state -- he gets paid by the
21       university, but then the --
22   A.  Uh-huh.
23   Q.  Say for a pay period he spent half of his time
24       working on Project A, a sponsored-research
25       project.  So for that pay period, half of that
```

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

**DIANE GODDARD** 1/22/2016          **Exhibit A**

Page 106

1  money would come from the university -- well, it
2  would all come from university, but then
3  university would bill KUCR for one-half of his
4  time to reimburse them?
5        MR. COOPER: I've got to object to form.
6  You're assuming Dr. Moore is a PI in that
7  hypothetical.
8        MR. COFRAN: Oh, that's very good.
9  That's very good. Yeah, thank you for making that
10  distinction.
11  Q.  (By Mr. Cofran) Let's talk about nonPIs.
12        MR. COFRAN: You're helping me there,
13  yeah.
14  A.  Now, I have not looked at how Dr. Moore's position
15     was budgeted.
16        MR. COOPER: Right.
17  Q.  (By Mr. Cofran) Okay.
18  A.  But here's what I do know. Many of the center
19     directors -- the core, we're talking core labs.
20     The core labs sort of have to sit on their own
21     bottom. They need to generate -- they basically
22     eat what they kill. They have to generate the
23     money to support the lab. Oftentimes, and I don't
24     know if this was the case for MAI or not, the
25     university will with either corporate funds or

Page 107

1  university funds pick up the salary of the
2  director as a way to help support the lab.
3        In this particular case, as is the case
4  in almost all of the core labs, they are managed
5  by the university. And that money, when a core
6  lab does work for a PI on a grant, and they bill
7  that grant, the money comes in as a restricted fee
8  money, and it is restricted fees on deposit with
9  the state. Then those salaries are generally
10  covered by that pot of money. And so, there is no
11  billing back to KUCR 'cause that's a university
12  function.
13        And I know it's confusing because the
14  directors of the core labs still report to the
15  Vice Chancellor for Research. But, remember, half
16  of that budget is on the state side. The
17  corporate side is just very -- it's part of the
18  vice chancellor's budget. Core labs are managed
19  on the state side of that budget, not on the
20  corporate side.
21        So we do bill grants, but the money then
22  comes in and sits in a restricted fee account on
23  deposit with the state. That money doesn't sit
24  over -- once that bill is -- that invoice is paid,
25  it doesn't sit on the corporate -- in the

Page 108

1     corporate bank account.
2  Q.  I'm getting there. So that first sentence of
3  Section 4: In consideration of the services of
4  the Employees provided by -- to KUCR by the
5  University. Employees provided by KUCR --
6  provided to.
7        "In consideration of the services of the
8  Employees provided to KUCR by the University," so
9  categories of employees, that could include
10  principal investigators --
11  A.  Uh-huh.
12  Q.  -- working under a grant?
13  A.  Correct.
14  Q.  Their research assistants --
15  A.  Correct.
16  Q.  -- working under that grant?
17  A.  Post docs working on the grant.
18  Q.  Okay. And some KUCR administrative employees, but
19  that's subject to change from time to time?
20  A.  Well, KUCR doesn't have employees. They're Office
21     of Research employees who the vice chancellor
22     chooses to pay with funds on deposit with the
23     corporation.
24  Q.  Right. Well, for example, there was a woman who
25  was supposed to provide accounting for the core

Page 109

1     labs.
2        DR. MOORE: Demetria or --
3        MR. COFRAN: No, no.
4        DR. MOORE: Liz Bennett.
5  A.  Oh.
6  Q.  (By Mr. Cofran) Liz Bennett Monroe?
7  A.  Liz Bennett, yeah.
8  Q.  I don't know if you're familiar with this
9  individual, but, as I understand it, this is a
10  person -- her responsibility was to provide
11  accounting support for core labs and perhaps other
12  things.
13  A.  Uh-huh.
14  Q.  Now, she could be funded either with university
15  funds or --
16  A.  Uh-huh.
17  Q.  -- with corporate funds?
18  A.  Correct.
19  Q.  That's a determination made year to year or pay
20  period to pay period?
21  A.  It's generally we — they're budgeted one way or
22     the other each year and it can — that funding can
23     change during the year temporarily.
24  Q.  Sure. Okay. And then, I'm sorry, you've
25  explained this once before, a core lab director --

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016          **Exhibit A**

Page 110

1   A.  Uh-huh.
2   Q.  -- under what circumstances would his or her
3       compensation be funded out of corporate monies?
4   A.  That would -- that would be a determination made
5       by the Vice Chancellor for Research.
6   Q.  The same as the accounting person I just
7       mentioned?
8   A.  Yes.  Yeah.
9   Q.  Yeah.  It's just a determination of --
10  A.  Yeah.
11  Q.  -- how we're going to fund it this year?
12  A.  Right.
13  Q.  Okay.  I guess it's good that we're not all still
14      using green columns or pads to do all this.
15  A.  I know.
16      (Deposition Exhibit No. 18 was marked for
17      identification.)
18  Q.  (By Mr. Cofran)  Let me hand you what has been
19      marked as Exhibit 18, and I'll ask you to identify
20      it for us, if you can, please.  You may or may not
21      be able to do so.
22  A.  This looks like -- looks like an operating
23      agreement between the trustees of the California
24      State University and the San Diego State
25      University Foundation that was faxed to Barbara

Page 111

1       Armbrister on September 14th of 2005.
2   Q.  Yes.  And she at that time was the director of
3       administration for KUCR; is that correct?
4   A.  Correct.
5   Q.  Now the comments at the bottom says:  Information
6       pertaining to your e-mail questions.
7           You've probably not seen this before; is
8       that correct?
9   A.  Huh-uh.  No, I haven't.
10  Q.  Let me state for the record that it -- like the
11      Affiliation Agreement, Exhibit 15, it's a similar
12      sort of an agreement used out in California.
13  A.  Yeah.  Right.
14  Q.  Do you know any reason why Dr. -- or Ms.
15      Armbrister would have been looking to see what was
16      being done at this particular university?
17  A.  You know, this is not -- this isn't surprising to
18      me.  Universities often reach out to other
19      universities to not have to reinvent the wheel.
20      We do it all the time.  Universities are like
21      corporations in the real world share information
22      constantly.  And so, there could have been any
23      reason for Barbara to reach out to say, you know,
24      hey, we'd like to see your Affiliation Agreement
25      or whatever for whatever reason.

Page 112

1       (Deposition Exhibit No. 19 was marked for
2       identification.)
3   Q.  (By Mr. Cofran)  Similarly, I will hand you --
4           MR. GRAUBERGER:  What Bates number?
5           MR. COFRAN:  Bates is KU 1328.
6   A.  This is the University of Kentucky, Policies and
7       Procedures for Soliciting, Receiving, Recording
8       and Administering Grants and Contracts for
9       Sponsored Projects.  Fax to Barbara Armbrister
10      same day, September 14, 2005.
11  Q.  (By Mr. Cofran)  And would this be -- you've not
12      seen this before, correct?
13  A.  No, I haven't.
14  Q.  But based upon your brief examination, it would be
15      another example of seeing how another university
16      handles it?
17  A.  Yeah.  Well, and it doesn't surprise me that she
18      reached out to the University of Kentucky.  That's
19      where Bob Hemenway came from.  And it is how KUCR
20      was modeled very similarly to how their research
21      foundation was modeled.
22  Q.  Oh, okay.  Change gears a little bit here.  Now,
23      you are -- or have been anyway a member of the
24      Board of Trustees of the corporation as well as a
25      member of the executive committee?

Page 113

1   A.  Yes, correct.
2   Q.  Do certain members of the trustees and the
3       executive committee serve as ex officio members,
4       correct?
5   A.  Correct.
6   Q.  Okay.  Do those persons have votes --
7   A.  Yes.
8   Q.  -- on corporation matters?
9   A.  Yes.
10  Q.  Thank you.
11          Does the university bill the Center for
12      Research for use of any kind of central services
13      such as computing?
14  A.  We -- let me think about this.  We -- first of
15      all, we wouldn't treat the research office any
16      differently than we would any other department.
17      So, for instance, there are certain maintenance
18      things that we do just because there's -- central
19      facilities is budgeted to do things.
20          Then there are requests that could come
21      in that are above and beyond what they're funded
22      to do and they would bill for those services.  And
23      they would bill the Office of Research the same
24      way they would bill the Department of Engineering,
25      the comptroller, the library.

29  (Pages 110 to 113)

DIANE GODDARD 1/22/2016          **Exhibit A**

Page 114

```
1        We typically don't bill for general
2    services.  There is one area where we do have an
3    administrative overhead rate and it is based on
4    outside revenue coming in.  We bill annually and
5    it's 5 percent.  So every department that gets
6    money in from a non-KU or non-KUCR bank account,
7    that money is taxed 5 percent to help support the
8    administrative structure.  And Research pays it
9    the same way everybody else pays it.
10  Q.  Okay.  We talked earlier about policies --
11   purchasing policies in particular for purchasing
12   sole source versus normal purchasing.
13  A.  Uh-huh.
14  Q.  I'm wondering about the extent to which, that
15   you're aware, that KUCR follows other state
16   regulatory requirements.  For example, disposition
17   of assets, if it sells a building which may or may
18   not be the case, or a major piece of equipment,
19   does it comply with any state regulations on that?
20  A.  It depends on who's -- if there is a piece of
21   equipment that even a dollar of state funding was
22   used for in the purchase, then it is a KU asset.
23   And even though it's an asset assigned to
24   Research, if a dollar of state money was spent,
25   then it's on our inventory and it's regardless
```

Page 115

```
1    of -- I mean, a PI could buy a hundred thousand
2    dollar piece of equipment, and if one dollar of it
3    came from the state side, then that's not a KUCR
4    asset, it's a KU asset.  All of those assets
5    follow the state asset rules and regulations.
6  Q.  For sale surplus -- you have to be declared
7    surplus property, for example, and then sold under
8    certain procedures?
9  A.  Exactly.  Exactly.  If it was 100 percent funded
10   and maintained using corporate money, and there's
11   not a lot of that, but they do have some assets, I
12   would not require that asset -- if it's still on
13   the KUCR asset part of the system, I would not
14   require them to go through state surplus because I
15   don't have to and because state surplus takes a
16   share, and so I wouldn't require them to go
17   through them.
18        Now, on the purchasing side, quite
19   honestly, we have been delegated -- all of the
20   regions have been delegated purchasing authority,
21   and so we don't follow the same rules as the state
22   does for any of our money.  We write our own
23   policies.  And I do require any money that's on
24   deposit with KUCR to follow those same purchasing
25   rules, but they're not the state rules.
```

Page 116

```
1  Q.  Okay.  And then that's because -- I misunderstood
2    a word you used earlier.  Somehow KU is permitted
3    to have its own purchasing policies and
4    procedures?
5  A.  We have been delegated all purchasing authority.
6  Q.  By the Board of Regents?
7  A.  No, it's a state statute, 76769.
8  Q.  Okay.
9  A.  So the legislature gave us that authority.
10       Now, all the regions -- each region's
11   institution has to develop their own policies and
12   procedures and we do report those or share those
13   with the Board of Regents.  The Board of Regents
14   approves them, but we develop all of our own
15   purchasing procedures.
16  Q.  What about when KUCR goes out for -- to borrow
17   money?  Say they just need to borrow money, not
18   bonded debt, but a local bank is willing to loan
19   them a million dollars secured by some revenue
20   stream.  Do they have any requirements that are
21   put on them in terms of how they, you know, apply
22   for and place that kind of a loan?
23  A.  It would have to be approved by the executive
24   committee.
25  Q.  Of?
```

Page 117

```
1  A.  KUCR.
2  Q.  Okay.
3  A.  Which, again, is the chancellors, the president --
4    you know, we have -- we haven't done that.  If we
5    chose to do that, it would be a university
6    decision and we would just use the KUCR vehicle.
7  Q.  Okay.  I don't want to just speculate if that's
8    not what happened.
9  A.  So we do also have a Capital Finance Committee.
10   If somebody was borrowing money to fund a capital
11   purchase, whether it's a large piece of equipment
12   or a building or land, any capital, so -- and that
13   would include Fisher Scientific, okay.  We'll
14   extend to you interest free -- if you're buying a
15   million dollar piece of equipment, you can spread
16   it over five years.  We still require those to
17   come to the Capital Finance Committee regardless
18   of what money is used.
19  Q.  Generically a seller-financed purchase?
20  A.  Right.
21  Q.  Okay.  But is there a specific state regulation
22   that applies to seller-financed purchases that
23   you're aware of?
24  A.  No, it's just good business practice.
25        And in this case, the Board of Regents
```

Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax

DIANE GODDARD  1/22/2016          **Exhibit A**

---

Page 118

1  asks each of the region's institutions to come up
2  with policies relating to capital financing.  And
3  so ours are fairly robust for KU, and we do
4  require all sources of funds.  Even if it's
5  Endowment, we're doing something with Endowment,
6  it's got to come to Capital Finance before it's
7  approved.
8  Q.  So the university's policy on capital finance --
9  A.  Yes.
10 Q.  -- would apply to KUCR?
11 A.  Absolutely.
12 Q.  I guess we talked about travel earlier because
13    you've got the feds involved.
14 A.  Uh-huh.
15 Q.  What if it's not the feds, if it's travel on a
16    foundation-sponsored research project, do the PIs
17    have to follow state regs on travel?
18 A.  I am 95 percent certain if the money is on deposit
19    with KUCR, I would allow them to use the federal
20    reimbursement rates.  They've got to use one or
21    the other, they can't come up with a third.  It's
22    either the federal acquisition regulations or KU's
23    policy.
24 Q.  In terms -- I think I know the answers, but I'm
25    going to try and go through this quickly.  What

---

Page 119

1  are the relationships, if any, between KUCR and a
2  bunch of other centers and laboratories and
3  institutes that are affiliated with the
4  university?  For example, the Higuchi Biosciences
5  Center, if the Higuchi Biosciences Center was
6  conducting sponsored research, that would go
7  through --
8  A.  Uh-huh.
9  Q.  -- this structure we've been talking about,
10    correct?
11 A.  Uh-huh.
12        MR. COOPER:  Yes?
13 A.  Yes, sorry.  I got really good there for a while.
14    Yes.
15 Q.  (By Mr. Cofran)  Yeah, but if Higuchi was not
16    involved -- well, let me take another example.
17    The Kansas Geological Survey, which is a state
18    survey, it would have dealings with the KUCR only
19    if it was doing sponsored research?
20 A.  Well, yes.  The director reports to one of the
21    Associate Vice Chancellors for Research.
22 Q.  Uh-huh.
23 A.  So there can be two ways an individual on campus
24    would have to interact with Research.  They could
25    either report up through Research or somebody in

---

Page 120

1  the college who reports up to that dean could have
2  sponsored projects on deposit at KUCR, and then
3  they would have to interact with Research.
4  Q.  Is it fair to say it's either driven by chain of
5    command or money?
6  A.  It's more driven by chain of command, but you can
7    say or by money.
8  Q.  Now, in terms of the different buildings that are
9    used by KUCR --
10 A.  Uh-huh.
11 Q.  -- that's better for the other witness in terms of
12    how they -- how they're financed and that sort of
13    thing?
14 A.  Theresa really is our capital expert.
15 Q.  Well, let me just go ahead in case --
16 A.  Yeah, I'm happy to try but --
17 Q.  Well, for example, the significant borrowings for
18    the Multidisciplinary Research facility and the
19    Structural Biology Center.
20 A.  Uh-huh.
21 Q.  And as I understand it, that was done through a
22    state agency.  I forget the name of it right now.
23 A.  KDFA?
24 Q.  KDFA.
25 A.  Kansas Development Finance Authority.

---

Page 121

1  Q.  Authority.  Okay.  And you mentioned earlier the
2    debt service was four to five million dollars on
3    those?
4  A.  Uh-huh.
5  Q.  Okay.  But that debt service is funded out of F&A?
6  A.  Uh-huh, correct.
7  Q.  In other words, it's not that the authority
8    floated these bonds and built the buildings, the
9    money was used to build the buildings and KUCR
10    doesn't have to pay it back; it's not a grant, so
11    to speak?
12 A.  The university is ultimately on the hook.  The
13    university has to pay it back.
14 Q.  Okay.  Like a guarantor or...
15 A.  Yeah, if there were no F&A monies available, the
16    university would still have to pay that debt
17    service.
18 Q.  Okay.  But the way it's set -- I'm assuming KUCR
19    would not proceed with a borrowing like that
20    unless they felt that they had the F&A coming in
21    over the next 20 years or whatever to serve --
22 A.  The university would not let them do that.  All
23    capital financing is very tightly controlled by
24    the university, whether it's athletics, whether
25    it's -- whether we're using the corporation.

---

31  (Pages 118 to 121)

DIANE GODDARD 1/22/2016          **Exhibit A**

Page 122

```
 1        'Cause sometimes it is easier, we can build things
 2        much faster if we're using one of the
 3        corporations.  But the university is very much in
 4        control of that bond issue.
 5   Q.   Okay.  And why is it you can build it much faster
 6        if you go through the corporation?
 7   A.   If we can build a building that is bonded through
 8        the corporation and it sits on endowment land
 9        while it's being built, we can build it much more
10        quickly because we're not having -- state still
11        has to do the code review but they don't have to
12        be involved in every single decision while the
13        building is being made.  They still have to do the
14        fire code and the building codes and all that.
15   Q.   Okay.  And by decisions, you mean every decision
16        relating to code or building --
17   A.   Design and --
18   Q.   -- codes and design and that sort of thing?
19   A.   Right.  It's why we did the multi-disciplinary
20        research center.  We used that mechanism because
21        we needed to build it in 18 months.  Can't do that
22        when it's being funded on the state side.
23   Q.   Because of state inspection requirements?
24   A.   Exactly.
25   Q.   Okay.  Are there other reasons you can build it
```

Page 123

```
 1        more quickly if you do it through the corporation?
 2             MR. COOPER:  Procurement.
 3   A.   Yeah, procurement, but we -- but we control that
 4        procurement now.  Back in 1999, we didn't.
 5   Q.   (By Mr. Cofran)  How did you not -- when you say
 6        "we," you mean the university?
 7   A.   The university, yeah.
 8   Q.   Okay.  How did you not control it back in '99?
 9   A.   We did not have delegated authority back in
10        1999 --
11   Q.   Okay.
12   A.   -- like we do now.
13   Q.   Are there other assets or buildings of the
14        corporation that have been built by the
15        corporation in order to do it more quickly or for
16        other reasons?
17   A.   Just the SBC, Structural Biology Center.
18   Q.   Right.  And those are two big ticket items?
19   A.   Yeah.
20             MR. COFRAN:  If I wanted to ask what
21        other facilities or buildings KUCR uses, would
22        that be best directed to Ms. Goddard or the lady
23        coming later?
24             MR. COOPER:  Theresa's got more detail.
25             THE WITNESS:  Yeah.
```

Page 124

```
 1             MR. COOPER:  I mean, she knows which
 2        buildings are on state's -- on KU's asset
 3        inventory and which ones aren't, but...
 4   Q.   (By Mr. Cofran)  Well, let's see if we can cover
 5        that quickly.  So we've talked about structural
 6        but cell -- Structural cell --
 7   A.   Structural Biology.
 8             MR. COOPER:  Biology Center.
 9             MR. COFRAN:  Thank you, sir.
10   Q.   (By Mr. Cofran)  And the MRB.
11   A.   Those are university buildings.
12   Q.   Right.
13   A.   They're on our --
14   Q.   I understand.  Those were conveyed to the
15        university while they were in progress?
16   A.   Yeah.
17   Q.   But the corporation still carries the debt on its
18        books?
19   A.   Right.
20   Q.   Okay.  I saw that in an audit.  Do you know why
21        that's the case?  That may be an accounting or a
22        legal --
23   A.   Ask Theresa.  Theresa can cite statute and --
24   Q.   Okay.  What other buildings does KUCR own or
25        use -- or does it own any buildings anymore?
```

Page 125

```
 1        You've mentioned Wakarusa?
 2   A.   Uh-huh.  And then there's the building that they
 3        just purchased for AAI.
 4   Q.   Saint Andrews?
 5   A.   Uh-huh.  Are there other buildings that they use?
 6        Research uses lots of our buildings.
 7   Q.   We're thinking the same thing at the same time.
 8        Sponsored research goes on --
 9   A.   Everywhere.
10   Q.   -- in university buildings all over whether it's
11        Hayworth or --
12   A.   Right.  Right.
13   Q.   Okay.  Are you aware of any judgments that have
14        ever been entered against KUCR?
15   A.   I am not.
16             MR. COOPER:  Nor is anybody else at the
17        university.
18   A.   Okay.  I was going to say ask Theresa.  I'm not.
19   Q.   (By Mr. Cofran)  Buildings, it's my understanding
20        that the corporation lent the university money for
21        the construction of a book depository on endowment
22        association land.  Does that ring a bell?
23   A.   That's not exactly how I would describe that.
24   Q.   Or KUCR loaned money to --
25   A.   No.
```

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD 1/22/2016          **Exhibit A**

Page 126

```
 1   Q.  Okay.  What's your recollection?
 2   A.  I used money that was on deposit with KUCR to
 3       build the library annex.  And the library is
 4       paying me back.
 5   Q.  Okay.  When you say "the library is paying me,"
 6       who is me?  Which hat?
 7   A.  University.
 8   Q.  Okay.  When you say the library is paying the
 9       university, the library is not an entity separate
10       from the university, is it?
11   A.  No, just a department.
12   Q.  It's a department?
13   A.  It's a department.
14       MR. COOPER:  Dan, if you've got insurance
15       questions, Diane has the 30,000-foot view as to
16       why does everybody have insurance.  She can talk
17       about what kinds of insurance they are.  If you
18       care.  I just know that she's going to tell you
19       she makes everybody get it.
20       THE WITNESS:  Yeah.
21       MR. COOPER:  This little thing called a
22       microburst in K-State changed everybody's attitude
23       about it.
24   Q.  (By Mr. Cofran)  What forms of insurance, if any,
25       does KUCR carry in its own name as the insured, if
```

Page 127

```
 1       you know?
 2   A.  I know they carry directors -- whatever the
 3       directors.
 4       MR. COOPER:  Do you know?
 5   A.  Because we've got some outside members on the
 6       Board of Trustees, and so we do have a policy that
 7       KUCR -- that we use KUCR funds to pay for because
 8       it -- otherwise, I think we'd have a hard time
 9       getting people to serve on that Board of Trustees.
10   Q.  (By Mr. Cofran)  What about -- does have its own
11       general liability policy.
12       MR. COOPER:  Auto --
13   A.  I don't know.
14       MR. COOPER:  -- to the extent they have
15       cars titled in them.  That's a Theresa question,
16       though.
17   A.  It is.  Risk management reports directly to
18       Theresa.
19   Q.  (By Mr. Cofran)  I'm assuming -- does KUCR have
20       any automobiles or vehicles titled to its name?
21   A.  I'm not sure they do.
22   Q.  Not the big limos?
23   A.  No.  No.  If they do, we would have used that for
24       a specific reason.  And I think when Engineering
25       had an airplane, I think we required -- 'cause I
```

Page 128

```
 1       didn't want to -- we didn't want to have to deal
 2       with the state owning an airplane.  But I don't
 3       think they owned any vehicles.
 4   Q.  What about casualty insurance?  Of course, they
 5       don't have any buildings really.  Well, they have
 6       two buildings or two properties.
 7   A.  Yeah, and you'll have to ask Theresa how we handle
 8       that.  They may be on our policy and we just make
 9       them reimburse us.
10   Q.  Well, yeah, going back to Exhibit 15, the
11       Affiliation Agreement.
12   A.  Uh-huh.  Are you on page 7?
13   Q.  Yep, I'm on page 5, Section 7, Insurance and
14       Indemnification.
15   A.  So, yeah, okay.
16   Q.  There's a requirement and I will try and
17       paraphrase.  Well, it says, beginning on line 2,
18       "KUCR agrees to maintain liability insurance
19       coverage for its operations in a commercially
20       reasonable amount, and in no event and in an
21       amount less than $1 million per incident and $2
22       million in the aggregate per year."
23       So does KUCR retain that?
24   A.  Yeah.
25       MR. COOPER:  We did an inventory for
```

Page 129

```
 1       policies and we'll get copies of this.
 2       MR. COFRAN:  Oh, I'd appreciate that very
 3       much.
 4       MR. COOPER:  Yes.  And yes, they have a
 5       GL policy.
 6       MR. COFRAN:  A what, sorry?
 7       MR. COOPER:  They do have a GL policy
 8       that meets the limits you just read.
 9   Q.  (By Mr. Cofran)  Okay.  But that's really just a
10       matter of business prudence as opposed to a
11       requirement of state law or university
12       regulations?
13   A.  Uh-huh.
14   Q.  I mean, it's all about allocating risk?
15   A.  Right.
16   Q.  Okay.  It's not all about allocating risk.
17       MR. COOPER:  That, and finding out that
18       you can't get the legislature to give you $8
19       million to rebuild something that the wind blew
20       over.
21       MR. COFRAN:  Well, that's -- the
22       legislature, that's all very unpredictable these
23       days, I suppose.
24   Q.  (By Mr. Cofran)  Let's see.  You mentioned a
25       moment ago, Ms. Goddard, that in terms of major
```

33  (Pages 126 to 129)

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

DIANE GODDARD  1/22/2016          **Exhibit A**

---

Page 130

1  capital decisions, like major construction --
2  well, any construction project probably, that the
3  university maintains a pretty tight control over
4  that?
5  **A.  Uh-huh.**
6  Q.  How does it do that with KUCR?  Is there an
7  agreement in place that -- or is it just practice
8  or is there some agreement in place that requires
9  university approval of major construction
10  projects?
11  **A.  Well, it's actually pretty easy because the Vice**
12  **Chancellor for Research reports to the chancellor,**
13  **and he simply can't -- I mean, he has to follow**
14  **campus policies and procedures.  It doesn't matter**
15  **whether he's using Endowment money --**
16  Q.  If he went off and decided --
17  **A.  -- KUCR money I...**
18  Q.  -- to do it on his own, he might be looking for
19  another job?
20  **A.  Yeah.**
21  Q.  Okay.
22  **A.  It just doesn't happen.**
23  Q.  I understand.
24  **A.  Even athletics can't do that.**
25  Q.  That's all I have, Ms. Goddard, except for one

---

Page 131

1  last question.
2  **A.  Yes.**
3           MR. COFRAN:  Do you have any
4  cross-examination, gentlemen?
5           MR. COOPER:  Wait a minute.  I might have
6  one thing to clear up.  Let me check.
7           EXAMINATION
8  BY MR. COOPER:
9  Q.  I think this was addressed, but there was a
10  question earlier, Ms. Goddard, with respect to
11  sponsored research occurring at KUCR facilities.
12  Non-sponsored research can occur at KUCR
13  facilities as well, correct?
14  **A.  There would be no prohibition against that.**
15  Q.  Well, the seed money sorts of --
16  **A.  Yeah.  Right.  Right.**
17  Q.  Okay.  That's what I...
18           MR. COOPER:  That's it.  Just want to
19  clarify that.  I think you understand that from
20  what you said, but...
21           MR. COFRAN:  Well, redirect just to make
22  sure I understand that.
23           EXAMINATION
24  BY MR. COFRAN:
25  Q.  Are you calling it seed money projects?

---

Page 132

1  **A.  Like RDF, GRF.**
2           MR. COFRAN:  Oh, that's what you're
3  talking about?
4           MR. COOPER:  Yes.
5           MR. COFRAN:  Okay.  That's all we have
6  then for you, Ms. Goddard.  Let me show it
7  is 1:42 in the afternoon.  Those go back to the
8  reporter who will now prepare a flawless verbatim
9  record of today's deposition.
10           THE WITNESS:  Okay.
11           MR. COFRAN:  You then have the right --
12  you have the right of presentment, which means --
13  I don't know if we still have that or not, but...
14           MR. COOPER:  No, not in Kansas.
15           MR. COFRAN:  We don't, okay.
16           MR. COOPER:  She'll read and sign.
17           MR. COFRAN:  Okay.  You'll have the
18  opportunity to read, and like I said before, do an
19  errata sheet and submit it.  I guess I get the
20  original.  So that concludes our examination.  We
21  really want to thank you for your time.
22           THE WITNESS:  Yes.  Thank you.
23           (The deposition concluded at 1:42 p.m.)
24
25

---

Page 133

1  RE:  DAVID S. MOORE, Ph.D. v The University of Kansas,
      et al.
2  PG/LN      Correction and Reason for Change
3  _____ _____
4  _____ _____
5  _____ _____
6  _____ _____
7  _____ _____
8  _____ _____
9  _____ _____
10 _____ _____
11 _____ _____
12 _____ _____
13 _____ _____
14 _____ _____
15 _____ _____
16 _____ _____
17 _____ _____
18 _____ _____
19 _____ _____
20 _____ _____
21 _____ _____
22 _____ _____
23
24           _____
                 DIANE GODDARD
25  LM

---

**Court Reporters Unlimited, LLC  913.962.5700  913.962.5701 Fax**

**DIANE GODDARD  1/22/2016**        **Exhibit A**

Page 134

1    RE:  DAVID S. MOORE, Ph.D. v The University of
        Kansas, et al.

2

3    _____I certify that I have read my testimony
4       and request that NO changes be made.

5

6    _____I certify that I have read my testimony
7       and request that the above changes be
8       made.

9

10

11   _____
12   DIANE GODDARD

13

14

15      Subscribed and sworn to before me
16   this _____ day of _____, 20_____

17

18   _____
19   Notary Public
20   State of _____
21   County of _____
22   My commission expires _____

23

24   LM

25

Page 135

1         C E R T I F I C A T E

2

3        I, Lea Ann Martin, a Certified Shorthand
4    Reporter of the State of Kansas, do hereby certify:

5        That prior to being examined, the witness was
6    first duly sworn;

7        That said testimony was taken down by me in
8    shorthand at the time and place hereinbefore stated and
9    was thereafter reduced to typewriting under my
10   direction;

11       That the foregoing transcript is a true record
12   of the testimony given by said witness;

13       That I am not a relative or employee or
14   attorney or counsel of any of the parties or a relative
15   or employee of such attorney or counsel or financially
16   interested in the action.

17       Witness my hand and seal this 6th day of
18   February, 2016.

19

20

21

22         Lea Ann Martin
23         Certified Shorthand Reporter
24         State of Kansas

25

35  (Pages 134 to 135)