**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID S. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-02420-SAC-KGS |
| ) | |
| THE UNIVERSITY OF KANSAS, ET AL, ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF INTENT TO SERVE SUBPOENA
# FOR BUSINESS RECORDS

YOU ARE HEREBY NOTIFIED that Defendants intend to serve a subpoena for business records on the following:

Kay Freyer-Rose, B.SN., R.N., M.A. A.C.R.P.S, L.P.C.
4505 Madison Avenue
Kansas City MO  64111

A copy of the proposed Subpoena is attached hereto.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street
Topeka, Kansas  66606
Office:  (785) 232-7761 | Fax: (785) 232-6604
E-Mail:    dcooper@fisherpatterson.com
              kgrauberger@fisherpatterson.com

s/David R. Cooper
David R. Cooper                              #16690
Kevin J. Grauberger                        #18763
**ATTORNEYS FOR DEFENDANTS**

{T0444471}                                      - 1 -

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on the 17th day of June, 2016, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel R. Cofran
Attorney at Law
1000 W. 70th Street
Kansas City, Missouri 64113
dcofran@swbell.net
**ATTORNEYS FOR PLAINTIFF**

        **s/David R. Cooper**
        David R. Cooper