IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| Plaintiff, | ) ) ) | Case No. 2:14-CV-02420-SAC-KGS |
| vs. | ) ) | Hon. Sam A. Crow |
| THE UNIVERSITY OF KANSAS, *et al.*, | ) ) | Hon. K. Gary Sebelius |
| Defendants. | ) | |

**Filed Electronically CM/ECF**

**PLAINTIFF'S RESPONSE TO REPORT AND RECOMMENDATION
REGARDING MOTION FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT**

COMES NOW plaintiff David S. Moore, Ph.D., by and through his attorney, and for his response to the Court's June 3, 2016 *Report and Recommendation* (ECF No. 206) regarding *Plaintiff's Motion for Leave to File Third Amended Complaint* (ECF No. 164) states plaintiff concurs with the Court's June 3, 2016 *Report and Recommendation* (ECF No. 206) and expresses appreciation for the Court's time and attention addressing this matter.

Respectfully submitted,

/s/ Daniel R. Cofran
Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone: 816-363-1218
Email: dcofan@swbell.net

ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH. D.

**Certificate of Service**

The undersigned hereby certifies that copies of the above and foregoing *Plaintiff's Response to Report and Recommendation Regarding Plaintiff's Motion for Leave to File Third Amended Complaint* were mailed by first class mail, postage prepaid; facsimile; hand delivery; electronic mail; and/or CM/ECF electronic filing, as indicated, this 17th day of June, 2016 to:

David R. Cooper, Esq.            (By CM/ECF Electronic Filing)

Kevin J. Grauberger, Eq.          (By CM/ECF Electronic Filing)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas,
University of Kansas Center for Research, Inc.,
Bernadette Gray-Little, Jeffrey S. Vitter,
Steven F. Warren and Joseph P. Heppert.


     /s/ Daniel R. Cofran
          Daniel R. Cofran