**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID S. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )       Case No. 2:14-cv-02420-SAC-KGS |
| | ) |
| THE UNIVERSITY OF KANSAS, ET AL., | ) |
| | ) |
| Defendants. | ) |

---

## <u>NOTICE OF SERVICE OF DISCOVERY RESPONSE</u>

Defendants University of Kansas and the University of Kansas Center for Research, Inc.,

notify the Court and counsel that on the 24th day of June, 2016, they have electronically served

upon counsel for plaintiff *Defendants' Supplemental Response to Plaintiff's First Set of Requests*

*for Production of Documents.*


FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
Topeka, Kansas  66606
Office:  (785) 232-7761 | Fax: (785) 232-6604
E-Mail:    dcooper@fisherpatterson.com
            kgrauberger@fisherpatterson.com


**s/Kevin J. Grauberger**

| | |
|---|---|
| David R. Cooper | #16690 |
| Kevin J. Grauberger | #18763 |

**ATTORNEYS FOR DEFENDANTS**

{T0444594}                                   - 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing responses were served electronically on the 24th[th] day of June, 2016, to the following:

Daniel R. Cofran
Attorney at Law
1000 W. 70th Street
Kansas City, Missouri 64113
dcofran@swbell.net
**ATTORNEYS FOR PLAINTIFF**

s/Kevin J. Grauberger

112.30413                                          Kevin J. Grauberger