# Exhibit JJ

MINUTES OF THE EXECUTIVE COMMITTEE
University of Kansas Center for Research, Inc.
Thursday, May 27, 2004
246 Youngberg Hall

David Shulenburger, vice chair, convened the meeting of the Executive Committee at 3:30 p.m. Other members present were James Roberts, George Wilson, Diane Goddard, Stuart Bell, Gunda Georg, Mary Lee Hummert, Theresa Klinkenberg, Leonard Krishtalka, Lynn Parman, Steve Warren and Barbara Armbrister. Members Robert Hemenway, Sam Campbell, and Kim Wilcox were unable to attend. Others present were James Baxendale, Lindy Eakin, Joanne Ebihara and Arjun Sanga.

Dr. Shulenburger asked if there were any corrections to the minutes from the February 20, 2004, meeting. Barbara Armbrister presented one correction relating to the amount of liability insurance carried by the corporation. The correct amounts are $1 million per incident with a $4 million umbrella rather than a $5 million umbrella. The minutes were approved as amended.

Prior to turning the meeting over to the President, Dr. Shulenburger recognized and congratulated James Roberts as the permanent Vice Provost for Research and President of the KU Center for Research, Inc. (KUCR). Dr. Roberts proceeded with the agenda items in order.

The draft Conflict of Interest policy was distributed to the members for their review. Comments and questions should be sent to Dr. Roberts and there will be further discussion about this policy at the next meeting.

Theresa Klinkenberg provided an update from the Investment Committee. The committee had met with several people to discuss asset allocation and reserve policies as requested by the Executive Committee. The committee is gathering information from banking, bond counsel, and non-profit management experts. There is additional work to do before bringing recommendations to the Executive Committee. A summary of activity is enclosed as attachment 1.

Dr. Roberts presented the financial review for FY'04 noting the significantly large increase in award activity over the past two years. He explained that an F&A prediction model has been developed based on the F&A award activity for the past four quarters. The model provided data consistent with the increased proposal activity, increased expenditures, and increased F&A income, and it can be updated quarterly to assist in the alignment of actual income to actual expenditures.

The current year review showed a surplus from FY'03 of $938,000 that was dedicated to the Structural Biology Center (SBC) building that is under construction. A $2 million surplus, expected from FY'04 activities, will also be dedicated to research space needs. It was suggested that current year budgets be presented separately from surpluses to more easily evaluate current activities.

KU-001181

Executive Committee Minutes
May 27, 2004
Page 2

Because of the significant growth in F&A income and because of the critical need for research space, there is a specific budget item for a research space set-aside. In FY'05, this budget item is $3 million with a target by FY'07 of $4 million. Other highlights of the FY'05 budget include funding for the Major Program Project Grants (revamped RDF), new positions in research units and in infrastructure, and increased startup funds.

Some questions were raised about the income predictor and its flexibility to account for success rates of proposals and the reduction of budgets by NIH. Currently, the annual proposal submissions are compared on a dollar basis only but perhaps an algorithm could be developed to predict proposal success based on types of proposals by PIs, departments or agencies. At this point, the predictor is expected to be agile enough to recognize downturns in income so adjustments can be made in expenditures. Dr. Roberts' slides are enclosed as attachment 2.

George Wilson, Vice President, provided an update on research space activities and budgets. He explained that increased flexible funds provide an opportunity to significantly expand the research base at KU by enhancing infrastructure and resources. Additional faculty positions, funded through the tuition enhancement and through the Kansas Economic Growth Act (KEGA), will require significant growth in research space. More importantly, working ahead of the need produces available research space that can be an important factor in winning major programs, as we found out with the LSRL space and the winning of the NSF Engineering Research Center. Hence, we intend to be aggressive. KUCR will take a lead role in planning and financing new research space, estimated to be 250,000 sq. ft. over the next three to five years at an approximate cost of $130 million. KUCR has partnered with the Provost's office to build the SBC phases I and II, providing contiguous space focused on enabling technologies for bioscience research. Following that model, KUCR and the Provost have proposed a match to NIH for Phase III which would provide space for bioscience and pharmaceutical research in one location, freeing up space in Malott and in the Life Sciences Research Laboratories (LSRL).

Other funding needs for research space include remodeling the electron microscopy facility in Haworth, remodeling the animal care unit for transgenic mice, adding research space on main campus, and remodeling space in Strong Hall for location of some research administration personnel. Additionally, a multi-disciplinary building of approximately 100,000 sq. ft. would provide for overlapping technologies and themes that would bring scientists together in a collaborative way. Proposals for the use of this space are being evaluated.

The aggressive financing of research space also includes the retirement of bond debt on the Simons building (FY'09) and the state bond for research equipment (FY'11). Additional debt may be required to build a second multi-disciplinary building. Related infrastructure needs such as roads, utilities and telecom must also be considered. It is important to build for the future with state of the art technologies being accommodated. Bold, innovative plans must be developed. Timetables for hiring eminent scholars must be considered so that outstanding resources are available for them.

KU-001182

# Exhibit JJ

Executive Committee Minutes
May 27, 2004
Page 3

The Provost noted these are exciting times at the university and at KUCR. The research enterprise is producing positive changes that provide opportunities to build quickly and to hire strategically. A summary of Dr. Wilson's remarks is enclosed as attachment 3.

The technology transfer finances and FY'05 budget were presented by James Baxendale, Director. It was noted that grant proposals are more often requiring inclusion of economic development impact statements as part of the submission. The financial reports showed the distribution of revenue by discipline or area that is typical of most university technology transfer offices with the majority of activity being in life sciences. A summary of the technology transfer report is enclosed as attachment 4.

Dr. Roberts described a request from the University for KUCR to assist with the short-term financing of a book depository to be built on west campus. This facility would store approximately 800,000 library books that are seldom used that are currently housed in various campus libraries. The space freed up would be used for student study areas. The stored books would be recallable within one day. The land for the building is being provided by the KU Endowment Association. The funds from KUCR would be repaid with interest from tuition funds available to the University over the next three years. Dr. Roberts emphasized that this transaction would have no impact on the KUCR operating budget. Dr. Kristalka asked if a museum repository could be included with this, but funding for that type facility has not been identified. It was moved for KUCR to approve a construction contract of approximately $4 million to build and own the Book and Archival Records Depository (BARD). The motion was seconded and approved. A summary of the BARD discussion is enclosed as attachment 5.

It was moved and seconded to approve the FY'05 operating budget and the technology transfer budget as proposed. The motion passed.

Dr. Shulenburger ended the meeting by expressing his joy with the financial situation of the corporation and with how it can help build a better KU. He reiterated that space is the greatest need on campus, and that the Executive Committee should stand united in resisting efforts to divert the increased F&A income for other purposes. In particular, there should be resistance to an increased percentage of F&A returned algorithmically to deans, directors and PIs. Research space investment is critical for KU's future.

Meeting adjourned at 5 p.m.

_____
Diane Goddard
Secretary-Treasurer

Attachment 5

# KU Center for Research, Inc.

## Book & Archival Records Depository (BARD) Construction Approval

# Book and Archival Records Depository (BARD)

- Estimated total cost - $5 M
- Approx. $1 M in equipment and fixtures – financed through KDFA master lease
- $4 M to be financed by KUCR
  - $1 M to be paid by University to KUCR on July 1, 2004
  - $3 M to be repaid by University over 3-5 years
  - Interest to be paid