**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID S. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-02420-SAC-KGS |
| ) | |
| THE UNIVERSITY OF KANSAS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO TAKE DEPOSITION

TO:   The parties above named and their respective attorneys of record:

You, and each of you, will take notice that defendants will take the deposition of plaintiff, **David S. Moore**, commencing at **9:00 a.m.**, on the **8th and 9th** days of **August**, **2016**.  Said deposition will be taken by stenographic means at the law offices of Fisher, Patterson, Sayler & Smith, L.L.P., 51 Corporate Woods, Suite 300, 9393 West 110th Street, Overland Park, Kansas 66210, and will continue from day to day until said deposition is complete.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street
Topeka, Kansas  66606
Office:  (785) 232-7761 | Fax: (785) 232-6604
E-Mail:   dcooper@fisherpatterson.com
             kgrauberger@fisherpatterson.com


**s/Kevin J. Grauberger**
David R. Cooper                              #16690
Kevin J. Grauberger                         #18763
**ATTORNEYS FOR DEFENDANTS**

{T0445243}                                       - 1 -

- 2 -

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing on the 26th day of July, 2016, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

  Daniel R. Cofran
  Attorney at Law
  1000 W. 70th Street
  Kansas City, Missouri 64113
  dcofran@swbell.net
    **ATTORNEYS FOR PLAINTIFF**

            **s/Kevin J. Grauberger**
112.30413            Kevin J. Grauberger

{T0445243}       - 2 -