**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID S. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-02420-SAC-KGS |
| ) | |
| THE UNIVERSITY OF KANSAS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO TAKE DEPOSITION DUCES TECUM OF
## KAY E. FREYER-ROSE, BSN, RN, MA, ACRPS, LPC

TO:   Kay E. Freyer-Rose, BSN, RN, MA, ACRPS, LPC
      4505 Madison Avenue
      Kansas City, Missouri  64111

The parties above named and their respective attorneys of record:

You, and each of you, will take notice that defendants will take the deposition **Kay E. Freyer-Rose, BSN, RN, MA, ACRPS, LPC** commencing at **9:00 a.m.**, on the **19th** day of **August**, **2016**. Said deposition will be taken at the offices of Ms. Freyer-Rose, at her address as reflected above. The taking of said deposition, if not completed on the date scheduled, will be continued from day-to-day until completed.

To the extent not already produced to counsel for defendants in this case, the witness is requested to bring with her the following:

1. Your file(s) for this matter, and to the extent not included within your file(s), the following documents and tangible things:  All materials reviewed and or relied upon in formulating the opinions of Kay E. Freyer-Rose, BSN, RN, MA, ACRPS, LPC in this matter; any deposition transcripts for depositions which you have previously given which are in your possession.

2. Your invoices/bills and time sheets or other documents that itemize and/or describe your work in this matter.

3. Your copies of the "materials" you stated you reviewed including, without limitation, the original copies of any other "reports" or written opinions that you consulted or reviewed.  (Please produce your copies without removing or redacting any notations, comments, highlights, post-it notes, etc.)

4. Any summaries, narratives, pleadings deposition transcripts, discovery responses, and other documents and tangible things provided to you by the plaintiff or her attorneys.  (Please produce your copies without removing or redacting any notations, comments, highlights, post-it notes, etc.)

5. Your notes, journals, logs, and other documents reflecting any measurements, observations, or work made and/or performed by you in this case including, without limitation, any notes made of any deposition you reviewed.

6. Any photographs and/or videotapes taken by or provided to you in connection with this case.

7. Any notes and/or recordings made of any conversations that you have had with any person or business in connection with this matter.

8. Any correspondence (including faxes, e-mail and wireless correspondence) sent, received and/or generated in connection with this case.

9. Any documents or tangible things on which you base your opinions in this case.

10. Any documents or tangible things that you considered, consulted or reviewed in connection with this deposition or case, but on which you do not base any of your opinions.

11. All publications, articles, books, journals, treatises, periodicals you authored, co-authored, edited or contributed to since January 1, 2006.

12. Copy of any and all work notes prepared by you in connection with the preparation of your report.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Office: (785) 232-7761 | Fax: (785) 232-6604
E-Mail:  dcooper@fisherpatterson.com
         kgrauberger@fisherpatterson.com


**s/Kevin J. Grauberger**
David R. Cooper                              #16690
Kevin J. Grauberger                          #18763
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing on the 15th day of August, 2016, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Daniel R. Cofran
    Attorney at Law
    1000 W. 70th Street
    Kansas City, Missouri 64113
    dcofran@swbell.net
        **ATTORNEYS FOR PLAINTIFF**

                                            **s/Kevin J. Grauberger**

112.30413                                                 Kevin J. Grauberger