### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al.*, | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

*Filed Electronically CM/ECF*

### NOTICE OF INTENT TO FILE MOTION TO WITHDRAW APPEARANCE AS LEGAL COUNSEL FOR PLAINTIFF

COMES NOW Daniel R. Cofran, Esq., counsel for plaintiff David S. Moore, Ph.D. in this cause, and herewith provides the Court and counsel with this courtesy notice of his intent to file a formal motion to withdraw his appearance as legal counsel for plaintiff David. S. Moore, Ph.D. in this cause. Counsel informs the Court and counsel as follows:

1. Plaintiff David S. Moore, Ph.D. has consented to this withdrawal.

2. Counsel has commenced the withdrawal process under Local Rule 83.5.5(a). At this time counsel does not know if there will be an entry by substitute counsel. In any event, it is unlikely there will be substitute counsel before the undersigned files his formal motion for leave to withdraw. The undersigned believes the Local Rule 83.5.5(a) process will be completed and his formal motion for leave to withdraw will be filed in one week.

3. The undersigned yesterday, August 15, 2016, informed legal counsel for defendants of this development. Counsel are working together to effect this withdrawal with timely communications and may seek a telephone conference with the Court for guidance, in addition to the undersigned's complying with Local Rule 83.5.5(a).

Respectfully submitted,

/s/ Daniel R. Cofran
Daniel R. Cofran, Esq.

NOTICE OF INTENT TO FILE
MOTION FOR LEAVE TO WITHDRAW AS
LEGAL COUNSEL FOR PLAINTIFF

1

DAVID S. MOORE, PH.D. V.
UNIVERSITY OF KANSAS, ET AL.
D.KAN. NO. 2:14-CV-02420-SAC-KGS

Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone:  816-363-1218
Email:  dcofan@swbell.net

ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH.D.

### Certificate of Service

The undersigned hereby certifies that copies of the above and foregoing *Notice of Intent to File Motion for Leave to Withdraw Appearance as Legal Counsel for Plaintiff* was mailed by first class mail, postage prepaid; or sent by facsimile; hand delivery; electronic mail and/or filing with the Court's EM/ECF electronic filing system, as indicated, this 16th day of August, 2016, to:

David R. Cooper, Esq.                  (By the Court's EM/ECF electronic filing system)
Kevin J. Grauberger, Esq.              (By the Court's EM/ECF electronic filing system)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc., Bernadette Gray-Williams, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

              /s/ Daniel R. Cofran
              Daniel R. Cofran