### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al.*, | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

*Filed Electronically CM/ECF*

### MOTION FOR LEAVE TO WITHDRAW
### APPEARANCE AS LEGAL COUNSEL FOR PLAINTIFF

COMES NOW Daniel R. Cofran, Esq., counsel for plaintiff David S. Moore, Ph.D. in this cause, and herewith requests that the Court grant the undersigned leave to withdraw his appearance as legal counsel for plaintiff David. S. Moore, Ph.D. in this cause. In support of his request, the undersigned counsel states as follows:

1. On Tuesday, August 16, 2016, counsel for plaintiff filed his *Notice of Intent to File Motion to Withdraw Appearance as Counsel for Plaintiff* (ECF No. 239) and has commenced the process for withdrawal under Local Rule 83.5.5(a), preceded by an informal email notice to counsel for defendants the preceding day, Monday, August 15, 2016.

2. Plaintiff David S. Moore, Ph.D. has consented to this withdrawal. Setting forth the reasons for the withdrawal would violate standards of professional conduct, particularly, the confidentiality of attorney-client communications, Rule 226 – 1.6, Kansas Rules of Professional Conduct.

3. Plaintiff desires to secure substitute legal counsel. Substitute counsel has not been secured at this time.

4. The Court conducted a conference call with counsel for plaintiff and counsel for defendants on Wednesday, August 17, 2016, at 4:30 p.m., to discuss the undersigned's notice of intent to withdraw and a deposition scheduled for Friday, August 19, 2016. *See Minute Entry* (ECF 241). During the conference call, the Court requested counsel for plaintiff and counsel for defendants to confer and

submit to the Court a plan for the Court's consideration continuing the deposition and proposing a plan for staying discovery and other deadlines during plaintiff's securing substitute counsel.

5. The undersigned on Thursday, August 18, 2016 submitted to plaintiff a proposed plan for staying these proceedings while plaintiff secures substitute legal counsel.  However, plaintiff has not assented to the proposed plan, notwithstanding several requests by counsel for plaintiff that plaintiff review the proposed plan.  Counsel for plaintiff believes the proposed plan is reasonable and is in the best interests of plaintiff.  Because a timely response to the Court's request of August 17, 2016 for a proposed schedule is warranted, counsel for plaintiff submitted the proposed schedule to the Court without the assent of plaintiff to avoid further delay of this action.  *See Plaintiff's Motion for Interim Amended Scheduling Order and Temporary Stay of Proceedings* (ECF No. 244).

6. The undersigned has conferred with legal counsel for defendants about terms for staying these proceedings while plaintiff secures substitute legal counsel and counsel for defendants has no objection to such terms.  *Plaintiff's Motion for Interim Amended Scheduling Order and Temporary Stay of Proceedings* (ECF No. 244).

7. The undersigned has sent to plaintiff by certified mail, return receipt requested, as well as by electronic mail, a letter admonishing plaintiff that he is personally responsible for complying with all orders of the Court and time limitations established by the rules of procedure or by court order, a true and correct copy of which is attached as Exhibit A.  Plaintiff has acknowledged his receipt of the letter by signing and dating his name at the end of the letter.  When the undersigned receives the certified mail return receipt for this letter, the undersigned will file a copy with the Court.

8. The undersigned in the aforesaid letter informed plaintiff of all pending trial, hearings, conferences and deadlines, as follows:

| Deadline Date | Source | Party | Item |
|---|---|---|---|
| Aug. 19, 2016 | *Notice of Deposition*, ECF No. 238 | All Parties | Deposition, Kay Freyer-Rose |
| Aug. 26, 2016 | *Order*, ECF No. 235 | David Moore | Motion to Compel Answers to David S. Moore's Interrogatories and Document |

| Deadline Date | Source | Party | Item |
|---|---|---|---|
| | | | Requests |
| Aug. 26, 2016 | *Notice of Service Requests for Production of Documents*, ECF No. 225 | KU and KUCR | Responses to Plaintiff's Second Set of Requests for Production of Documents (NSF, etc. Audits) |
| Aug. 31, 2016 | *Order*, ECF No. 162 | All Parties | Completion of All Discovery |
| Sept. 7, 2016 | *Order*, ECF No. 162 | All Parties | Proposed Pretrial Order |
| Sept. 14, 2016 9:30 a.m. | *Order*, ECF No. 162 | All Parties | Final Pre-Trial Conference (by telephone) |
| Sept. 15, 2016 | *Order*, ECF No. 233 | All Defendants | Defendants' Expert Witness Disclosures |
| Sept. 28, 2016 | *Order*, ECF No. 162 | All Parties | Dispositive Motions |
| No Setting | NA | All Parties | Trial |

9. The current mailing address and telephone number for plaintiff is as follows:

David S. Moore, Ph.D.
17222 W. 70th St.
Shawnee, Kansas 66217
Telephone:  (913) 962-9486

Respectfully submitted,

/s/ Daniel R. Cofran
Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone:  816-363-1218
Email:  dcofan@swbell.net

ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH.D.

**Certificate of Service**

The undersigned hereby certifies that copies of the above and foregoing *Motion for Leave to Withdraw Appearance as Legal Counsel for Plaintiff* was mailed by first class mail, postage prepaid; or sent by facsimile; hand delivery; electronic mail and/or filing with the Court's EM/ECF electronic filing system, as indicated, this 22nd day of August, 2016, to:

David R. Cooper, Esq.          (By the Court's EM/ECF electronic filing system)
Kevin J. Grauberger, Esq.      (By the Court's EM/ECF electronic filing system)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc., Bernadette Gray-Williams, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

David S. Moore, Ph.D.   (By Certified Mail No. 7011 3500 0001 897 3703, Return Receipt Requested)
17222 W. 70th St.
Shawnee, Kansas 66217

            /s/ Daniel R. Cofran
               Daniel R. Cofran