IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| DAVID S. MOORE, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-CV-02420-SAC-KGS |
| | ) | |
| vs. | ) | Hon. Sam A. Crow |
| | ) | |
| THE UNIVERSITY OF KANSAS, *et al.*, | ) | Hon. K. Gary Sebelius |
| | ) | |
| Defendants. | ) | |

*Filed Electronically CM/ECF*

EXHIBIT INDEX FOR
MOTION FOR LEAVE TO WITHDRAW
APPEARANCE AS LEGAL COUNSEL FOR PLAINTIFF

| Exhibit | Type | Date | Description |
|---|---|---|---|
| A | Letter | Aug. 16, 2016 | Letter from Daniel R. Cofran, Esq. to David S. Moore, Ph.D. and Jann Stevens Moore |

Respectfully submitted,

/s/ Daniel R. Cofran
Daniel R. Cofran, Esq.
Kansas Supreme Court Enrollment No. 23258

1000 W. 70th St.
Kansas City, Missouri
Phone:  816-363-1218
Email:  dcofan@swbell.net

ATTORNEY FOR PLAINTIFF DAVID S. MOORE, PH.D.

**Certificate of Service**

The undersigned hereby certifies that copies of the above and foregoing *Index to Exhibits for Motion for Leave to Withdraw Appearance as Legal Counsel for Plaintiff* were mailed by first class mail, postage prepaid; or sent by facsimile; hand delivery; electronic mail and/or filing with the Court's EM/ECF electronic filing system, as indicated, this 22nd day of August, 2016, to:

David R. Cooper, Esq.                  (By the Court's EM/ECF electronic filing system)
Kevin J. Grauberger, Esq.              (By the Court's EM/ECF electronic filing system)
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas  66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc.,

Bernadette Gray-Little, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

        /s/ Daniel R. Cofran
          Daniel R. Cofran

INDEX TO EXHIBITS FOR
MOTION FOR LEAVE TO WITHDRAW
APPEARANCE AS LEGAL COUNSEL FOR PLAINTIFF

2

DAVID S. MOORE, PH.D. V. UNIVERSITY OF KANSAS, ET AL.
CASE NO. 2:14-CV-02420-SAC-KGS
UNITED STATES DISTRICT COURT, DISTRICT OF KANSAS