# Exhibit A

# DANIEL R. COFRAN
LAW
MEDIATION

| LAW<br>ADMITTED IN KANSAS AND MISSOURI<br>MEDIATION<br>APPROVED IN KANSAS AND MISSOURI | 1000 W. 70TH STREET<br>KANSAS CITY, MISSOURI 64113 | OFFICE (816) 363-1218<br>CELL (816) 507-9681<br>E-MAIL dcofran@swbell.net |
|---|---|---|

## CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION

August 16, 2016

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED NO. 7011 3500 0001 8977 3697
BY ELECTRONIC MAIL TO DAVID.S.MOORE.PHD@GMAIL.COM
BY ELECTRONIC MAIL TO CIDERHOUSE@ME.COM

David S. Moore, Ph.D.
Ms. Jann Stevens Moore
17222 W. 70th St.
Shawnee, Kansas 66217

    Re:    Withdrawal as Legal Counsel
            David S. Moore, Ph.D. v. University of Kansas, et al.
            United States District Court for the District of Kansas
            Case No. 2:14-cv-02420-SAC-KGS

Dear David and Jann:

    Under Rule 83.5.5(a) of the Local Rules of the United States District Court for the District of Kansas, I am providing you with the following information regarding your case and my withdrawal as your legal counsel.

    1.    My withdrawal is not effective until the Court grants my motion for leave to withdraw as your attorney. In the event you do not have substitute legal counsel who has formally entered his or her appearance as your attorney by the time the Court rules on my motion, the Court's order granting my withdrawal *may* allow you additional time, for example, thirty days, for you to secure substitute legal counsel. I will remain your attorney in this case until that time expires if the order so provides.

    2.    Once the Court grants my withdrawal, you will be personally responsible for complying with all orders of the Court and time limitations set by the Court's procedural rules or court order.

    3.    Deadlines coming up in this case are as follows. You are responsible for meeting these deadlines.

| Deadline Date | Party | Item |
|---|---|---|
| Aug. 18, 2016 | KUCR | Defendant's Response to Plaintiff's Surreply Legal Memorandum in Opposition to "Arm of the State" Motion for Summary Judgment |
| Aug. 18, 2016 | All Defendants | Defendants' Answer to Plaintiff's Third |

# Exhibit A

**DANIEL R. COFRAN**

**CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION**

David S. Moore, Ph.D.
Ms. Jann Moore
August 16, 2016

Page 2

| Deadline Date | Party | Item |
|---|---|---|
| | | Amended Complaint for Disability Discrimination and Retaliation, Whistleblowing Retaliation and Deprivation of Constitutional Rights |
| Aug. 19, 2016 | All Parties | Deposition, Kay Freyer-Rose *(I am filing a motion for protective order to continue the deposition)* |
| Aug. 26, 2016 | David Moore | Motion to Compel Answers to David S. Moore's Interrogatories and Document Requests *(I believe the court will not have ruled on my motion for leave to withdraw by this date. If not I will prepare and file this motion)* |
| Aug. 26, 2016 | KU and KUCR | Responses to Plaintiff's Second Set of Requests for Production of Documents (NSF, etc. Audits) |
| Aug. 31, 2016 | All Parties | Completion of All Discovery |
| Sept. 7, 2016 | All Parties | Proposed Pretrial Order |
| Sept. 14, 2016 9:30 a.m. | All Parties | Final Pre-Trial Conference (by telephone) |
| Sept. 15, 2016 | All Defendants | Defendants' Expert Witness Disclosures |
| Sept. 28, 2016 | All Parties | Dispositive Motions (Summary Judgment) |
| No Setting | All Parties | Trial |

Sincerely,

*/s/ Daniel R. Cofran*

Daniel R. Cofran

**Acknowledgment of Receipt**

The undersigned hereby acknowledge their receipt of the above and foregoing letter.

Date: August 18, 2016      */s/ David Moore*
                           David S. Moore

Date: August 18, 2016      */s/ Jann Moore*
                           Jann S. Moore