**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID S. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-cv-02420-SAC-KGS |
| | ) |
| THE UNIVERSITY OF KANSAS, ET AL., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS LEGAL COUNSEL FOR PLAINTIFF

Defendants hereby notify the Court that they do not oppose the Motion for Leave to Withdraw Appearance as Legal Counsel for Plaintiff filed by Dan R. Cofran, Esq. on August 22, 2016 (Doc. 245).

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street
Topeka, Kansas  66606
Office:  (785) 232-7761 | Fax: (785) 232-6604
E-Mail:   dcooper@fisherpatterson.com
          kgrauberger@fisherpatterson.com


**s/Kevin J. Grauberger**
David R. Cooper                    #16690
Kevin J. Grauberger                #18763
**ATTORNEYS FOR DEFENDANTS**

{T0445845}                          - 1 -

- 2 -

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing on the 24th day of August, 2016, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

 Daniel R. Cofran
 Attorney at Law
 1000 W. 70th Street
 Kansas City, Missouri 64113
 dcofran@swbell.net
  **ATTORNEY FOR PLAINTIFF**

           **s/Kevin J. Grauberger**
112.30413          Kevin J. Grauberger

{T0445845}    - 2 -