# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID S. MOORE, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 14-2420-SAC |
| | ) |
| THE UNIVERSITY OF KANSAS, *et al*., | ) |
| | ) |
| Defendants. | ) |

## INTERIM AMENDED SCHEDULING ORDER
## AND TEMPORARY STAY OF PROCEEDINGS

Plaintiff David S. Moore, Ph.D. having filed his *Unopposed Motion for Interim Amended Scheduling Order and Temporary Stay of Proceedings* (ECF No. 244) requesting an interim amended scheduling order temporarily staying discovery and other deadlines in this action in order to allow plaintiff time to secure substitute counsel and it appearing there is good cause for the requested interim relief, it is by the Court

ORDERED that the proceedings in this case shall be stayed temporarily in order to allow plaintiff time to secure substitute counsel under the following interim amended schedule and conditions:

### Interim Amended Scheduling Order

1. <u>Time for Securing Substitute Counsel; Status Reports</u>.  Plaintiff shall be and hereby is allowed thirty days to find substitute counsel and have said counsel enter his or her appearance in this case.  Plaintiff shall and hereby is ordered to report to the Court every ten calendar days, beginning from the date of this order, to advise the Court and defendants' legal counsel of the status of plaintiff's progress.

(a) Current counsel for plaintiff shall submit such reports on behalf of plaintiff until such time as the Court grants a motion by plaintiff's current counsel for leave to withdraw, subject to the Court's directing that plaintiff's counsel continue to represent plaintiff during any temporary stay of proceedings and until plaintiff's counsel is discharged by the Court.

(b) Thereafter, plaintiff personally shall submit such reports *pro se* using the Court's Case Management/Electronic Case Filing system.

2. <u>Stay of Discovery and Deadlines</u>. All pending deadlines shall be and hereby are stayed until such time as substitute counsel for plaintiff enters his or her appearance as provided above and an amended scheduling order is entered as provided below. Deadlines affected by this stay are as follows:

| **Deadline Date** | **Source** | **Party** | **Item Stayed** |
| --- | --- | --- | --- |
| Aug. 19, 2016 | *Notice of Deposition*, ECF No. 238 | All Parties | Deposition, Kay Freyer-Rose |
| Aug. 26, 2016 | *Order*, ECF No. 235 | David Moore | Motion to Compel Answers to David S. Moore's Interrogatories and Document Requests |
| Aug. 26, 2016 | *Notice of Service Requests for Production of Documents*, ECF No. 225 | KU and KUCR | Responses to Plaintiff's Second Set of Requests for Production of Documents (NSF, etc. Audits) |
| Aug. 31, 2016 | *Order*, ECF No. 162 | All Parties | Completion of All Discovery |
| Sept. 7, 2016 | *Order*, ECF No. | All Parties | Proposed Pretrial Order |

| Deadline Date | Source | Party | Item Stayed |
|---|---|---|---|
|  | 162 |  |  |
| Sept. 14, 2016 9:30 a.m. | *Order*, ECF No. 162 | All Parties | Final Pre-Trial Conference (by telephone) |
| Sept. 15, 2016 | *Order*, ECF No. 233 | All Defendants | Defendants' Expert Witness Disclosures |
| Sept. 28, 2016 | *Order*, ECF No. 162 | All Parties | Dispositive Motions |
| No Setting | NA | All Parties | Trial |

3. <u>Amended Scheduling Order; Scheduling Conference</u>.  Within ten days of entry of his or her appearance as substitute counsel for plaintiff, legal counsel for all parties shall and hereby are ordered to schedule a scheduling conference with the Court, by telephone, to re-set all deadlines, including an amended scheduling order, preceded by their conferring and agreeing on a proposed amended scheduling order, which proposed scheduling order shall be filed with the Court on its CM/ECF system at least 24 hours before the conference call with the Court.

Dated this 15th day of September, 2016.


<u>s/ K. Gary Sebelius</u>
K. Gary Sebelius
U.S. Magistrate Judge