**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS AT KANSAS CITY, KANSAS**

DAVID S. MOORE, Ph.D.,

Plaintiff, vs. Case No. 2:14-CV-02420-SAC-KGS

Hon. Sam A. Crow )

THE UNIVERSITY OF KANSAS, *et al.*, Defendants. )

**PLAINTIFF'S FOURTH TEN-DAY STATUS REPORT REGARDING RETENTION OF SUBSTITUTE COUNSEL**

COMES NOW plaintiff David S. Moore, Ph.D., *pro se*, and for his *Third Ten- Day Status Report Regarding Retention of Substitute Counsel* states as follows:

1. On August 22, 2016, Daniel R. Cofran, Esq. filed his *Motion for Leave to Withdraw as Attorney for Plaintiff David S. Moore, Ph.D.* (ECF No. 245). Contemporaneously, Mr. Cofran on behalf of plaintiff filed plaintiff's *Unopposed Motion to Amend Scheduling Order and for Temporary Stay of Proceedings* (ECF No. 244) requesting, *inter alia*, thirty days in which to secure substitute legal counsel in the event the Court granted the August 22, 2016 *Motion for Leave to Withdraw as Attorney for Plaintiff David S. Moore, Ph.D.* filed by Daniel R. Cofran, Esq.

2. On September 15, 2016, the Court entered its *Order* (ECF No. 248) granting the *Motion for Leave to Withdraw as Attorney for Plaintiff David S. Moore, Ph.D.* (ECF No. 245) and entered its *Interim Amended Scheduling Order and Temporary Stay of Proceedings* (ECF No. 249) granting plaintiff's request for thirty days in which to retain substitute legal counsel in this matter and requiring that plaintiff every ten days to report to the Court the status of his securing substitute legal counsel.

3. Since the August 22, 2016 filing of the *Motion for Leave to Withdraw as Attorney for Plaintiff David S. Moore, Ph.D.* (ECF No. 245) and the *Unopposed Motion to Amend Scheduling Order and for Temporary Stay of Proceedings* (ECF No. 244), plaintiff has taken the following steps to secure substitute legal counsel:

Hon. K. Gary Sebelius

---

Ten-Day Status Report Regarding Retention of Substitute Counsel

1

David S. Moore, Ph.D. v. University of Kansas, et al. D.Kan. No. 2:14-cv-02420-SAC-KGS

. (a)  Plaintiff has been advised that he has a better probability of retaining counsel if he asks the court to withdraw the complaint without prejudice, in order to provide new attorneys with the ability to re-structure the case under a new time line, and permit new attorney's to re-file the case.

(b) Plaintiff does not know the appropriate means by which to request that the court permit him to withdraw the case without prejudice, but this is what the plaintiff would like to request at this time.

Respectfully submitted,
/s/ David S. Moore, Ph.D.
David S. Moore, Ph.D., *pro se*
17222 W. 70th St.
Shawnee, Kansas 66217
Telephone: (913) 962-9486
Email: david.s.moore.phd@gmail.com
**Certificate of Service**

The undersigned hereby certifies that copies of the above and foregoing *Ten-Day Status Report Regarding Retention of Substitute Counsel* was or were mailed by first class mail, postage prepaid; or sent by facsimile; hand delivery; electronic mail and/or filing with the Court's EM/ECF electronic filing

system, as indicated, this

7th day of October

2016, to:

_____  _____

David R. Cooper, Esq.
Kevin J. Grauberger, Esq.
Fisher, Patterson, Sayler & Smith, L.L.P.
3550 SW 5th Street
P.O. Box 949
Topeka, Kansas 66601-0949
Attorneys for defendants University of Kansas, University of Kansas Center for Research, Inc., Bernadette Gray-Williams, Jeffrey S. Vitter, Steven F. Warren and Joseph P. Heppert.

/s/David S. Moore, Ph.D. David S. Moore, Ph.D.

(By the Court's EM/ECF electronic filing system) (By the Court's EM/ECF electronic filing system)

---

TEN-DAY STATUS REPORT REGARDING RETENTION OF SUBSTITUTE COUNSEL

2

DAVID S. MOORE, PH.D. v. UNIVERSITY OF KANSAS, ET AL. D.KAN. NO. 2:14-CV-02420-SAC-KGS