**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID S. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-02420-SAC-KGS |
| ) | |
| THE UNIVERSITY OF KANSAS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' RESPONSE TO MOTION TO DISMISS

On October 31, 2016, Plaintiff filed a Status Report with the Court requesting this case be dismissed without prejudice in order to allow him to obtain substitute counsel. On November 3, 2016, the Court entered an order construing the Status Report as a motion to dismiss without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and allowed the Defendants twenty-one days to file a response.

This case has been pending before the Court for approximately two years. In that time, the parties have engaged in extensive discovery and pretrial motions practice. General discovery in the case was ongoing at the time Plaintiff's counsel withdrew from the case and all matters were subsequently stayed. However, the parties had completed all discovery relating to the issue of whether the University of Kansas Center for Research, Inc. ("KUCR") was entitled to immunity under the Eleventh Amendment of the United States Constitution and that matter had been submitted to the Court on KUCR's motion for summary judgment. The parties had also engaged in extensive written discovery and document production, including the turnover of more than 9,000

pages of documents. Further, Plaintiff had made his final expert witness disclosures and Defendant was preparing to depose one of Plaintiff's experts at the time the stay was entered in this case. Finally, the parties had obtained rulings from the Court on a myriad of issues relating both to discovery and the merits of Plaintiff's claims.

Defendants want to ensure that the time, effort, and expense of defending this case for the past two years is not wiped clean by the dismissal and refiling of this case. Defendants also want to ensure they are not prejudiced by allowing Plaintiff to reopen issues that have been previously resolved by the Court. Therefore, Defendants do not object to the dismissal of this case without prejudice, provided the following terms and conditions be imposed by the Court, pursuant to the powers granted it by Rule 41(a)(2):

1. Any discovery previously conducted in this case can be used by the parties in any subsequently filed case;

2. No additional discovery is allowed on the issue of whether KUCR is entitled to Eleventh Amendment immunity in any subsequently filed case;

3. Plaintiff is prohibited from designating any additional expert witnesses in any subsequently filed case, but may continue to rely on expert witnesses previously disclosed provided they do not seek to provide any opinion testimony that was not included in their prior disclosures; and

4. Any prior rulings or orders by the Court shall have full force and effect in any subsequently filed case.

Subject to the imposition of these limited restrictions on the refiling of this case, Defendants have no objection to Plaintiff's motion to dismiss without prejudice.

        **FISHER, PATTERSON, SAYLER & SMITH, LLP**
        3550 S.W. 5th Street
        Topeka, Kansas  66606
        Office:  (785) 232-7761 | Fax: (785) 232-6604
        E-Mail:   dcooper@fisherpatterson.com
                  kgrauberger@fisherpatterson.com

        **s/Kevin J. Grauberger**
        David R. Cooper          #16690
        Kevin J. Grauberger       #18763
        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on the 23rd day of November, 2016, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

I further certify that I caused the foregoing document and notice of electronic filing to be mailed by first-class mail to the following non-CM/ECF participant:

    David S. Moore, Ph.D.
    17222 West 70th Street
    Shawnee Mission, Kansas  66217
    **PLAINTIFF PRO SE**

and a chamber copy mailed to:

    Honorable Sam. A Crow
    U.S. District Court
    444 SE Quincy
    Topeka, Kansas 66683

        **s/Kevin J. Grauberger**
112.30413        Kevin J. Grauberger